**ROBERT EMERT**

**2351 VISTA LAGO TERRACE**

**ESCONDIDO, CA 92029**

**760-612-9328**

robemert@msn.com



**FILED**

Jan 02 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ GloriaVocal          DEPUTY

# FEDERAL DISTRICT COURT OF SOUTHERN
## CALIFORNIA

'24CV0002 AGS AHG

**ROB EMERT**

      **Plaintiff**

**vs.**

**Andrea Schuck, Jose Badillo, Deputy**

**District Attorney Dawn Balerio**

**Defendants**

**42 U.S.C. §1983 related to breach of plea agreement and 28 U.S.C. §1331 (Federal Question Jurisdiction)**

§1983 provides a cause of action for constitutional violations committed by those acting "under color of state law".

The involvement of the Deputy District Attorney in negotiating the plea agreement qualifies as state action.

Breaching the agreement violated my due process rights by depriving me of the promised agreement without proper due process.

Courts have allowed §1983 claims alleging due process violations in the plea bargain context before. See e.g. Brooks v. Missouri, 817 F.2d 1310 (8th Cir. 1987).

My parental rights are also constitutionally protected interests under the 14th Amendment. Interference with those rights further supports a §1983 claim.

I have no other recourse for the constitutional deprivation and am therefore requesting injunctive relief.

# Contents

Parties: .................................................................................................................................................... 2

Jurisdiction: ........................................................................................................................................... 2

Venue: ................................................................................................................................................... 2

Facts: ..................................................................................................................................................... 2

Irreparable Harm: ................................................................................................................................. 3

Inadequate Remedies at Law: .............................................................................................................. 3

Constitutional Violations ...................................................................................................................... 3

Due Process Violation: .......................................................................................................................... 3

Equal Protection Violation: ................................................................................................................... 4

Prayer for Injunctive Relief: .................................................................................................................. 4

Conclusion ............................................................................................................................................ 4

"crime-fraud' exception to wiretapping ............................................................................................... 4

Exhibits ................................................................................................................................................. 5

This is from a transcribed call on 05/01/23 between Rob Emert and Jose Badillo. .................................. 5

00:07:14 – Badillo " The conversation we had with the DA that I explained to you, she's (Schuck) on the record talking to the DA and I. That's why I am asking if you have those emails because if she's backtracking on that, obviously that could be an assistance for you in regard to whether you have a viable motion to withdraw your plea." .............................................................................................................. 5

00:16;58 {jose badillo} the DA knows that you resolved the case based on the conversation she and I had with Andrea. So if she is backpedaling on that and not agreeing to that, that could be an issue that can be raised." .............................................................................................................................................. 5

A.    04/11/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND ANDREA SCHUCK ................................ 7

B.    04/13/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND ANDREA SCHUCK ................................ 8

C.    04/13/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO ..................................... 9

D.    04/25/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO ................................... 10

E.    05/01/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO ................................... 11

F.    05/03/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO ................................... 12

G.    04/18/23 EMAIL BETWEEN ROB EMERT AND ANDREA SCHUCK WHERE Andrea Schuck WANTED TO ALTER THE PLEA AGREEMENT WITHOUT PUTTING ANYTHING IN WRITTING. ................................... 13

I, Rob Emert declare,

This lawsuit is only about four pages. The exhibits are the rest and well bookmarked.

## Parties:

Plaintiff: Robert Emert

Defendants: Jose Badillo, Andrea Schuck, Deputy District Attorney Dawn Balerio

## Jurisdiction:

This Court has federal question jurisdiction under 28 U.S.C. §1331 because this action alleges violations of Plaintiff's constitutional rights under 42 U.S.C. §1983 related to a plea agreement that was not honored made between himself and the defendants.

Deputy District Attorney Balerio's role in making the plea agreement, which the other defendants failed to honor, is the key basis for alleging 14th Amendment violations and seeking an injunction in federal court.

## Venue:

The venue is proper because all parties reside in this district and the events occurred here.

## Facts:

On April 4, 2023, Plaintiff's attorney Jose Badillo represented that Plaintiff's ex-wife Andrea Schuck and Deputy DA Dawn Balerio agreed to a plea deal whereby Plaintiff's son Bryce Emert would return to Plaintiff's custody in a shared custody arrangement if Plaintiff pled guilty to resolve criminal charges.

Criminal defense attorney, Jose Badillo, negotiated the plea deal with DDA Balerio, acting on behalf of the state.

DDA Balerio's involvement created a binding agreement under the color of state law.

By breaching this agreement, the defendants deprived plaintiff of the promised custody rights without due process.

In reliance on this representation, Plaintiff accepted the plea deal and pled guilty on April 4, 2023.

Defendant Badillo failed to secure the plea agreement regarding Bryce's custody in writing.

After pleading guilty, there were many phone calls and emails between Plaintiff, Badillo and Schuck demonstrating there was a plea deal where Bryce was to return to a joint physical custody arrangement. Bryce is the son of Rob Emert and Andrea Schuck.

Defendant Schuck later added extra-contractual conditions for ANY agreement to even proceed.

Defendants now falsely claim the plea deal did not contain any agreement regarding letting Bryce reside with plaintiff.

Plaintiff has many audio recordings demonstrating the plea agreement included Bryce returning to a joint custody agreement between Rob Emert and Andrea Schuck.

The recordings are definitive and will be listed in exhibits with full transcripts.

## Irreparable Harm:

Plaintiff and his son are suffering irreparable harm due to their ongoing separation in violation of their constitutional rights as parent and child. The Supreme Court has recognized the "essential" and "basic civil right of man" for a parent and child to have a relationship free from unwarranted government interference. Stanley v. Illinois, 405 U.S. 645 (1972). Unlawful denial of custody and companionship between parent and child constitutes per se irreparable harm.

## Inadequate Remedies at Law:

Monetary damages are inadequate to remedy the harm Plaintiff has suffered and continues to suffer from the unlawful deprivation of custody of his son. The parent-child relationship cannot be reduced to a mere monetary value. No amount of money could compensate for the loss of companionship and bonding caused by the ongoing separation.

Additionally, Plaintiff lacks an adequate remedy at law because Defendants have sovereign immunity and cannot be sued for damages. DDA Balerio acted under the color of state law, which bars claims for monetary relief.

The extraordinary remedy of an injunction ordering specific performance of the plea agreement is required because Plaintiff has no recourse through an action for legal damages. Only equitable relief can remedy the irreparable harm.

Numerous federal courts have held that depriving a parent custody of a child without due process of law results in irreparable harm to the parent-child relationship for which there is no adequate legal remedy. See e.g. Brokaw v. Mercer County, 235 F.3d 1000 (7th Cir. 2000); Heartland Acad. Cmty. Church v. Waddle, 335 F.3d 684 (8th Cir. 2003).

Plaintiff has suffered and continues to suffer irreparable damage to his relationship with his son by Defendants' failure to uphold the plea agreement's custody provision. Only injunctive relief ordering specific performance can remedy this ongoing harm.

## Constitutional Violations

Plaintiff alleges violations of his rights under the Due Process Clause and Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, enforceable through 42 U.S.C. §1983.

## Due Process Violation:

Plaintiff's criminal defense attorney negotiated the plea agreement regarding custody rights over Plaintiff's son with Deputy District Attorney Balerio, who was acting on behalf of the state. The participation of DDA Balerio in crafting the plea bargain created a binding agreement under color of state law.

By breaching this plea agreement, Defendants violated Plaintiff's procedural and substantive due process rights. Plaintiff had a constitutionally protected property interest in the custody rights to his son under the terms of the plea bargain negotiated with the DDA. This interest could not be deprived without due process of law.

## Equal Protection Violation:

By denying Plaintiff the custody rights afforded under the terms of the plea agreement, without proper legal justification, Defendants violated Plaintiff's right to equal protection.

Plaintiff was intentionally discriminated against in being deprived of custody rights granted to other similarly situated parents finalizing custody through plea bargains crafted with the state's representative, DDA Balerio.

## Prayer for Injunctive Relief:

Injunctive relief ordering Defendants to specifically perform the original plea agreement by letting Bryce live with his father per his wishes and best interests.

**Plaintiff intends to amend this Complaint once as a matter of course pursuant to Rule 15(a)(1) to provide additional factual details and evidence supporting his claims.**

However, the core allegations herein regarding the breach of the oral plea agreement backed up by phone conversations with the transcripts in the exhibits below are sufficient by themselves to warrant this injunctive relief.

## Conclusion

As established above, Plaintiff has demonstrated: 1) the existence of an enforceable plea agreement between himself and Defendants, negotiated by his defense attorney and the Deputy District Attorney; 2) Defendants' breach of the plea agreement violated Plaintiff's constitutional rights under the Due Process Clause and Equal Protection Clause of the Fourteenth Amendment; and 3) Plaintiff will continue suffering irreparable harm without injunctive relief ordering specific performance of the custody provision of the plea agreement.

Plaintiff has sufficiently demonstrated his right to injunctive relief and respectfully requests this Court order Defendants to specifically perform the original plea agreement by granting Plaintiff rights to his son in accordance with the terms negotiated with the state's representative and make clear in the following exhibits.

## "crime-fraud' exception to wiretapping

The recorded conversations are admissible under the 'crime-fraud' exception to wiretapping laws. Under this exception, under federal law, the crime-fraud exception applies broadly to "any communication" related to criminal or fraudulent conduct, not just attorney-client communications.

This exception applies because Plaintiff had a good faith basis to believe the conversations related to Defendant Schuck's ongoing fraudulent conduct depriving him of custody rights with false claims and Defendant Badillo's coercion to plead guilty despite prosecutor

misconduct and exonerating evidence. The content of the calls confirms they contained discussions furthering the fraud and bad faith denial of the custody provision of the plea agreement.

## Exhibits

The attached exhibits conclusively demonstrate that Defendants made and breached an enforceable plea agreement.

In the six transcribed audio calls listed below, it is clear that Bryce returning home to his father was part of the plea deal.  The deal is referenced so many times in the calls/transcripts, I won't list them all here except for these two from my then attorney Jose Badillo where it simply can't be any more clear and in the context of all the calls and emails provided here in exhibits if someone wants to claim Bryce coming home to his father was not part of the plea deal it simply strains their credibility.

## This is from a transcribed call on 05/01/23 between Rob Emert and Jose Badillo.

00:07:14 – Badillo " The conversation we had with the DA that I explained to you, she's (Schuck) on the record talking to the DA and I. That's why I am asking if you have those emails because if she's backtracking on that, obviously that could be an assistance for you in regard to whether you have a viable motion to withdraw your plea."

00:16;58 {jose badillo} the DA knows that you resolved the case based on the conversation she and I had with Andrea. So if she is backpedaling on that and not agreeing to that, that could be an issue that can be raised."

A.  04/11/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND ANDREA SCHUCK

B.  04/13/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND ANDREA SCHUCK

C.  04/13/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO

D.  04/25/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO

E.  05/01/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO

F.  05/03/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO

G.  04/18/23 EMAIL BETWEEN ROB EMERT AND ANDREA SCHUCK WHERE Andrea Schuck WANTED TO ALTER THE PLEA AGREEMENT WITHOUT PUTTING ANYTHING IN WRITTING.

In the audio recording dated 04/11/23 between Rob Emert and Andrea Schuck, it is clear that Andrea Schuck was going to agree to a joint custody agreement as was the plea deal that was presented to Emert from his then attorney Badillo who had negotiated this deal with Schuck and DDA Balerio.  Then, in the second call on 04/13/23, Schuck backpaddles and then in the email on 04/18/23, Andrea Schuck says she won't even negotiate unless Emert agrees to more items that were never even discussed as part of the original plea deal.  It is important to note that Andrea Schuck included DDA Balerio in this email.

## A.   04/11/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND ANDREA SCHUCK

This is a transcript of a recorded call between Rob Emert and Andrea Schuck on 04/11/23 where clearly Schuck appears to honor the deal of Bryce custody that was part of the plea deal that Rob Emert's attorney Jose Badillo never got in writing.  These are <u>exact quotes</u> from the transcript and full audio file included with link in this document.  Schuck clearly says multiple times that Bryce living with Rob Emert almost full time is/was the plan.

:35 **"On my Honor, I took that deal because they said that you wanted to work something out."**

**"You know, it's like I'm I'm like, I mean, <u>I took the deal because</u> I thought it was maybe better.**
**00:08:45 EMERT For all of us and.**
**00:08:50 SCHUCK**
**It can be.**

Context: Schuck agrees to testify on Emert's behalf about the custody deal.

**00:21:42 - "I would be willing to testify at your sentencing on your behalf."**

Context: Schuck agrees to help get the protective order dropped.

**00:42:03 - "I can find out about getting the protective order dropped too."**

Context: Schuck suggests family therapy and activities to help with reunification.

00:20:17 - "We all four of us need reunification therapy."

00:53:51 - "We should try to do something like a family dinner to help."

Context: Schuck agrees to have her lawyer draft up custody agreement.

**00:18:08 - "I have a meeting with my lawyer tomorrow about talking about what we could do in terms of a different custody order."**

**00:00:55 - "I took that deal because they said that you wanted to work something out. And I thought it would be better that, you know Bryce and Skyler, we have something worked out together."**

Context: Emert asks for a custody arrangement as part of a deal.

**00:01:08 - "Can you say here's what we're going to do regarding custody of the kids?"**

**00:09:54**

EMERT I know, and I and I'm I'm sure I I told you that I would be great. I thought I was going to die. I wanted him to have his mom. I'm telling you, I was worried. And so, you know, while we both go cheap shots in in each other, I was always hopeful that it was going to end up more like that movie, Daddy's home where we would still see each other and get our cheap shots in. It'd be funny.

00:13:11 EMERT "So whatever fair deal you think I'll take. "

00:13:17 SCHUCK 00:13:21 SCHUCK

"why don't I  just start with Its not the deal. I'm just going to".

"Send over the." 00:13:23 SCHUCK00:14:30 SCHUCK This is what they told me, so I was like, oh,

God, rob take the deal like this is what I'm thinking"00:14:40 EMERT That I never did. 00:14:41

EMERT Anything maliciously"00:14:52 SCHUCK To let me talk to Bryce.00:14:54 SCHUCK That was

malicious."00:16:25 SCHUCK No, it's that you can talk to her. You can talk. 00:16:30 SCHUCK To

her. But if she doesn't want.00:16:31 SCHUCK To talk to you, she doesn't have to talk to you.

00:16:34" EMERT Context: Schuck refers to giving terms for Bryce to live with Emert full time.

**00:04:37 - "I gave you like a list of things I wanted in terms of Bryce, which was to live with you full time." ."**

Context: Schuck agrees to Bryce being with Emert as much as possible.

00:35:01 - "I want him to be with you as much as he can be."

Context: Emert refers to drafting a stipulation for Bryce to live with him most of the time.

00:41:02 - "Have your  lawyer draft a new stipulation to allow Bryce to live with me most of the time."

Context: Schuck agrees Bryce can stay with Emert most of the week as part of their agreement.

**00:46:09 - "He can stay over here for most of the week once we get things turned around."**

## Audio file

Andrea 2 (+1 760-214-8677) ↗ (phone) 2023-04-11 12-10-50.mp3

**Speaker 2 is Rob Emert**

**Speaker 1 is Andrea Schuck**

## Transcript

00:00:09 EMERT

Hello. Hey, it's me. Hello. Hello.

00:00:13 SCHUCK

Fine, thanks. How are you?

00:00:14 EMERT

I've been better. OK. So thanks for picking up. I really appreciate it. The you probably know the you and I can talk, but going forward, I will always just do by text or talking parent whatever you want to do. But the reason why I want to talk to you now and thanks for picking up is because.

00:00:35 EMERT

**The There's so many, so many balls up in the air regarding appeals and this the criminal case and on my Honor, I took that deal because they said that you wanted to work something out.**

00:00:55 EMERT

And I thought it would be better that, you know Bryce and Skyler, we have something worked out together. So please tell me please that there's something where I can drop all my cases.

00:01:08 EMERT

And you can say here's what we're going to do regarding custody of the kids, or if you have keep custody or visitation or whatever. Just please don't let you do supervised visitation because.

00:01:21 EMERT

That's just mean. And the kids don't deserve that.

00:01:24 EMERT

You know, I, you know.

00:01:26 EMERT

They just don't deserve that.

00:01:27 EMERT

You know, and I and I, that's why. That's why I don't. That's why I didn't reach out to Skyler a lot is because I didn't want her to have to, you know, I mean, stop playing with her friends just to go sit with a stranger and me. It's just it's just it's not. That's my opinion is it's not good for the kids.

00:01:44 EMERT

So what kind of what kind of bone can you throw me so I can drop all this crap and go get a job and try to live a life that's somewhat normal? I've almost died, like, three times, Andrea.

00:01:56 EMERT

Jail for 90 days. I I don't. I don't deserve this.

00:01:59 EMERT

You know that.

00:02:00 EMERT

I you know, I just don't.

00:02:02 EMERT

So I would never. I've never would have never done this to you.

00:02:07 EMERT

And you know that.

00:02:09 EMERT

So could you tell me? I I feel so horrible right now.

00:02:12 EMERT

I feel so bad.

00:02:14 EMERT

And I just.

00:02:16 EMERT

I just want to live and I and I have all this, all this stuff, and it's just it's ridiculous. You know, I've been pummeled.

00:02:25 EMERT

Can you help me and and basically do something nice so I could see the kids. We're going forward. It's not. We don't have to go to court anymore and then I can just end all these. All this crap and.

00:02:39 EMERT

And we have something, but don't make me come groveling with supervised. That's just I'm. I'm begging you not to do that because I I have to do that. Then I probably have to keep plugging along with all this

other crap. And I I really don't want to do that. You know, it's just a waste of time. It's money and time that I could be with the kids or doing something productive. And this, this, you know.

00:03:00 EMERT

This thing is this is this is horrible, these vultures.

00:03:04 SCHUCK

I I don't. I I will work with you Rob for sure. But I don't want to talk about how you think the people are corrupt anymore.

00:03:15 EMERT

OK, that's fine.

00:03:15 SCHUCK

Ever, ever again. You can think that that's fine, but I don't. I'm not corrupt and.

00:03:21 EMERT

I know that that's why I'm calling you now. I'm hoping that you'll just help me out of this somehow and Get Me Out.

00:03:26 SCHUCK

I can tell you that I I I'm not corrupt, and I do want to work with you, and I think Bryce needs to you. I think you need to give Skylar a little bit of time.

00:03:38 EMERT

But it just breaks my heart because I never did anything that would warrant that.

00:03:43 SCHUCK

But she she.

00:03:47 EMERT

Let's not go there. Just what can you tell me? Because I know you don't have a lot of time probably to talk now and we're not going to resolve anything now. But I feel seriously.

00:03:56 EMERT

I don't even know if I'm going to make it.

00:03:59 EMERT

That's how. That's how bad it is. Jail for 90 days. It's just was ridiculous. And they they could have let me out. And it, you know, based on the documentation, and it kept me in there illegally. And, you know, they did. And it's just, you know, that I've I've pissed off the wrong people. And I just did so.

00:04:19 EMERT

I'm. I'm asking you what? What realistically?

00:04:24 EMERT

Can you do?

00:04:26 EMERT

Like like what? How do you see this playing out like?

00:04:29 EMERT

If, like they would like seeing the kids and stuff, would you just basically.

00:04:35 EMERT

Go ahead.

00:04:37 SCHUCK

Well, I I want to remind you, I mean and I I want to give you some benefit of the doubt rob. I want to remind you that I gave you like a list of things I wanted in terms of Bryce, which was to live with you full time.

00:04:51 SCHUCK

But to let me.

00:04:52 SCHUCK

Have like certain days of the week, like maybe comes over on Sundays for dinner, but he's in school.

00:05:00 SCHUCK

And I'm on his IEP team and if he has both of them that they have play our concert, we can both

go. 00:05:09 EMERT

Is the on certificate or diploma?

00:05:12 SCHUCK

He right now he's a.

00:05:14 SCHUCK

Year off from his credit.

00:05:17 SCHUCK

So he will graduate and be able to go to a junior college, but he won't be able to go to a four year university.

00:05:23 SCHUCK

And that's what I'm doing summer school.

00:05:25 EMERT

Is it because?

00:05:27 EMERT

Will we get a diploma or is it like a certificate?

00:05:30 SCHUCK

Its a diploma.

00:05:31 EMERT

OK.

00:05:32 SCHUCK

Keep the classroom and I don't want to switch in schools. I don't think as much as he's not liking it at carlsbad I don't think switching yet again is the answer. I've seen that with like Tina with her son, with just people switching around. We need to do is change his growth mindset and support him in it. He that he's actually made a really nice group of kids.

00:05:53 SCHUCK

A friend, but he has people.

00:05:56 EMERT

So again, not. So not again, not getting too detailed. So basically, if I like, of course kept him at your

school, he could live with me a lot.

SCHUCK

aha

00:06:10 EMERT

And but of course then you have the ultimate say on everything, which that's I mean that.

00:06:15 SCHUCK

It doesn't have to be the ultimate solution. We can work together, we can make decisions together.

00:06:22 SCHUCK

I KNOW we can. We can make decisions together. We can. We always were able to.

00:06:28 EMERT

OK. Thank you.

00:06:31 SCHUCK

UM.

00:06:35 EMERT

I just. I want the best for them and I just if I.

00:06:37 SCHUCK

I do too.

00:06:39 EMERT

The the mess. The mess that I'm in right now is that I don't think.

00:06:44 EMERT

I mean, I have to.

00:06:46 EMERT

I I got really I I just got in such bad advice from lawyers. I've been trying to do this on my own and I just. It's like gotten to a point now where I'm just like I want out. I I I just. I just want to just be out.

00:06:59 SCHUCK

A lot of the advice that you got were from people who were not.

00:07:02 SCHUCK

Lawyers who were court watcher groups, and that's you. Don't see it. And I know they're your friends, but they steered you in the wrong way. Like.

00:07:14 SCHUCK

You know, I tell Bryce he doesn't believe me all the time. I still love you rob.

00:07:18 EMERT

Thank you.

00:07:18 SCHUCK

I love you. I love you and my heart has been broken for you and your family this whole time and.

00:07:27 SCHUCK

But the damage that Bryce is in with Bryce and I is really bad.

00:07:32 EMERT

Well, let's fix it because I think we can, if he, you know, I think we can fix it. And I just, you know I you know, because what happened was they again they they the lawyer I have in the Criminal Court he said you you're you know they're not going to probably let Bryce testify and you know I saw how that was.

00:07:48 EMERT

Panning out and I didn't want to. Basically, you know, I said, I honestly didn't want to have you go up there on the stand and have us turn in this big fight even more so, I took the deal thinking that what they told me was that it could all go be defaulted to family court, but then I go back and now they're like everybody's laughing on me, going rob your ******* idiot dude.

00:08:08 EMERT

You're a ******* convicted felon. You're gonna get nothing in family court.

00:08:13 EMERT

You know what?

00:08:13 SCHUCK

That's not true rob. That's not. You know, The thing is, even if you ask my parents.

00:08:19 SCHUCK

We want you. We want.

00:08:21 SCHUCK

You to be with Bryce.

00:08:23 SCHUCK

Skyler, we want.

00:08:24 SCHUCK

You to be with her, but we want.

00:08:25 SCHUCK

Her to want to be with you.

00:08:26 SCHUCK

Like right now and you don't hear, you don't know she's going through some stuff too. And you can imagine.

00:08:33 SCHUCK

And she's going through some really.

00:08:34 SCHUCK

Great stuff and she's missed you. And she wants you. She just.

00:08:38 SCHUCK

She's hurt by the whole thing, too, I mean.

00:08:41 EMERT

You know, it's like I'm I'm like, I mean, I took the deal because I thought it was maybe better.

00:08:45 EMERT

For all of us and.


00:08:50 SCHUCK

It can be.

00:08:52 SCHUCK

It can be. It can be, it can be and hear me.

00:08:53 EMERT

OK.

00:08:55 EMERT

Because the the appeals are coming up, I have two motions coming up to this next month, next month, and I think if we if we drew up a stipulation, I think the court would be happy to get rid of us.

00:09:05 SCHUCK

I'd like to send you back the stipulation that I sent to Steven Mackintosh to send to you. Originally, we want you to look at it really, really hard and I want you to look at it from a really objective lens. But I don't want you to talk about it with Mark or your mom or anyone else. I want you to put yourself in the position that I was really coming at this.

00:09:25 SCHUCK

With good intentions. Hey, maybe you could see Bryce on Sundays and.

00:09:30 EMERT

Here's the thing, andrea.

Seriously. 00:09:32 EMERT

I'm so beat. I'm so beat down.

00:09:35 EMERT

But I would just if if I get to see the kids and not on supervised visitation, I'll take anything. I just don't want to do that to the kids. That's my main thing.

00:09:46 SCHUCK

Well, and you know I need bryce

00:09:49 SCHUCK

To change his his.

00:09:54 SCHUCK

Hang on.

00:09:54 EMERT

I know, and I and I'm I'm sure I I told you that I would be great. I thought I was going to die. I wanted him to have his mom. I'm telling you, I was worried. And so, you know, while we both go cheap shots in each other, I was always hopeful that it was going to end up more like that movie. Daddy's home where we would still see each other and get our cheap shots in. It'd be funny.

00:10:14 EMERT

I never wanted it to turn into the war of the Roses. You know what I mean? I mean, this is

this. 00:10:19 EMERT

Got this has gotten way out of hand.

00:10:20 EMERT

And and I just like I I just I I the fact that you said that you know or are are are generally indicating when they're not promising anything but just that you that you're saying that you want to do this makes my day so much better because I'm looking at all this stuff that I have to do.

00:10:40 EMERT

I don't want to do it anymore, I just. I'm wasting my life. I'm wasting the kids lives and all the money resources is ******* just ******* stupid, you know?

00:10:52 SCHUCK

Well, what I think it's kind of funny, Rob.

00:10:55 SCHUCK

Is that I don't have any money.

00:10:57 SCHUCK

I'm scraping by I I'm not. I'm not I.

00:11:01 SCHUCK

I don't know.

00:11:01 SCHUCK

What you ever thought I needed money but.

00:11:06 SCHUCK

One day at a time with money like.

00:11:09

All right.

00:11:10 EMERT

All right. Well, let's, I'll, I'll take whatever you give me at this point.

00:11:14 EMERT

Because I'm broken.

00:11:17 EMERT

I really AM.

00:11:17 SCHUCK

I'm   sorry,   I'm   sorry.

00:11:21 SCHUCK

I never wanted this for you rob. I love you and I never wanted this for you. I.

00:11:28 SCHUCK

I'm mad at you because of Bryce's education.

00:11:31 SCHUCK

That is, that is the thing that I really struggle with the most.

00:11:35 EMERT

Well, can you give me just a little bit of credit if you could and think about it? Because where?

00:11:39 EMERT

He was at.

00:11:40 EMERT

Emotionally, I I did what I thought was right and he grew up a lot in that year. He there's a lot of benefits that he got in that year.

00:11:47 SCHUCK

I thought I I thought he did too.

00:11:50 SCHUCK

I thought he I'm pulling.

00:11:51 SCHUCK

Over because I was driving.

00:11:53 SCHUCK

I thought he did too, and now he's quite back to where he was. He didn't grow up. He he he takes pictures of me and sends them to your mom. Like bad pictures of me. And they laugh and.

00:12:05 EMERT

I know. I think it's because he, he thought when I told him because I told him not to run away and that's how much I loved him. As I said, Bryce, I don't know how this is going to play out and I said don't run away from your mom, see the best of your mom, try to have some fun with your mom and.

00:12:21 Speaker 2

I said try to have some fun.

00:12:21 SCHUCK

He did at first.

00:12:23 SCHUCK

Did it first and then your mom?

00:12:25 SCHUCK

Your mom has been working on him hard. Rob like.

00:12:27 EMERT

OK, I will fix that because.

00:12:31 EMERT

Hold on.

00:12:36 EMERT

Hold on

00:12:42 EMERT

I'll fix it.

00:12:45 EMERT

I'll fix that, I promise.

00:12:57 EMERT

I just want to see the kids and.

00:12:59 EMERT

I just don't know.

00:13:00 EMERT

I I can't do this anymore.

**00:13:11 EMERT "So whatever fair deal you think I'll take. "**

00:13:17 SCHUCK

"why don't I just start with Its not the deal. I'm just going to".

00:13:21 SCHUCK

Send over the.

00:13:23 SCHUCK

Stipulation that I wrot up to the DA investigator Steven Mackintosh. Whatever her name is, and I want you to look at it and see where it was coming at and see how even.

00:13:32 SCHUCK

Then I was really.

00:13:34 EMERT

Well, here's the.

00:13:35 SCHUCK

Work with you.

00:13:35 EMERT

Deal. Well, here's the thing. I know, but at this point, I just want something done and I want it simple. And if you want total control, you can have it. And then if you'll, I mean, you'll listen to me, which is great. And that's all. That's all I need at this point. And I just, I want this to be done. I want to be able to go into court.

00:13:57 EMERT

And say, here's our agreement and I would think that the judges would probably say, thank God I will take it. You agree to it? Get the **** out of my courtroom.

00:14:07 EMERT

That that's what I'm hoping they say.

00:14:11 EMERT

But my life is ruined because they they didn't tell me like I wasn't going to plead guilty and I was going to take it to trial and they were like, no, don't take it to trial. It's not good for bryce and you know.

00:14:21 EMERT

You could stay in jail longer.

00:14:23 SCHUCK

They told me you were.

00:14:25 SCHUCK

They said their case was so.

00:14:26 SCHUCK

Strong. You were going to

lose. 00:14:30 SCHUCK

This is what they told me, so I was like, oh, God, rob take the deal like this is what I'm thinking

like. 00:14:35 EMERT

Well, but the way the thing the Penal Code works and is going to turn over there. But here's what it comes down to is.

00:14:40 EMERT

That I never did.

00:14:41 EMERT

Anything maliciously, they, they and that, that and they, then they can't. I didn't. I really didn't.

00:14:47 SCHUCK

Hey. Hey.

00:14:50 SCHUCK

When I begged you.

00:14:52 SCHUCK

To let me talk to Bryce.

00:14:54 SCHUCK

That was malicious. You shouldn't. That's where that's.

00:14:58 SCHUCK

I just if you had literally, I would.

00:15:00 SCHUCK

Have dropped the whole thing.

00:15:01 SCHUCK

If I could.

00:15:01 SCHUCK

Have just talked to him. If he had been in.

00:15:03   SCHUCK

School and I could.

00:15:04 SCHUCK

Talk to him. We wouldn't be here right now.

00:15:06 EMERT

OK, well, I'm sorry I I did the best I could. So thank you for picking up because I seriously, I'm. I'm not going to tell you I'm feeling because it would be alarming, so I won't.

00:15:19 EMERT

We can fix it.

00:15:21 EMERT

And I need to put this thing I need to put it back together, but the fact that you picked up the fact that it sounds like you're not going to make me do supervised visitation.

00:15:32 EMERT

It sounds like that and I know you can't promise or guarantee anything, but that's that's all I want is I just want to be.

00:15:39 EMERT

I want to be able to get back to work. I want to be involved in the kids lives and the fact that my daughter doesn't want to see me. It's just there's things.

00:15:50 SCHUCK

She doesn't not wanna.

00:15:51 SCHUCK

See. She's just. It's just like bryce.

00:15:53 SCHUCK

enough time goes by.

00:15:55 SCHUCK

And you just don't know what you know.

00:15:58 SCHUCK

And you know you.

00:15:58 EMERT

That, you know, they need everything from me, that they're everything to me.

00:15:59 SCHUCK

Can't you do not have you know?

00:16:02 SCHUCK

Me too. You know that to me.

00:16:04 SCHUCK

Too, but rob.

00:16:06 SCHUCK

also you do not have a criminal protective order against you with Skyler right now, so feel free

to. 00:16:13 SCHUCK

Reach out to her.

00:16:15 EMERT

OK. I I would.

00:16:15 SCHUCK

Text her. Sorry. Sorry. She wants to hear from you. Tell her you love.

00:16:19 SCHUCK

Her tell her happy.

00:16:20 EMERT

Easter. Tell her, isn't there an order in from the court, though that says.

00:16:24 EMERT

That I'm not. I don't.

00:16:25 SCHUCK

No, it's that you can talk to her. You can talk.

00:16:30 SCHUCK

To her. But if she doesn't want.

00:16:31 SCHUCK

To talk to you, she doesn't have to talk to

you. 00:16:34 EMERT

Well, that's that's fine. I mean, I would never force her to do.

00:16:37 EMERT

Anything she didn't want to do.

00:16:37 SCHUCK

So well and you know that's what we're different. I would ask you, I would ask you to force Bryce to talk to me. That's.

00:16:47 SCHUCK

And you know what? Well, we do need therapy.

00:16:50 SCHUCK

You were so against reunification therapy. We all four of us need it. You need it with Skyler. I need it with Bryce.

00:16:57 SCHUCK

We need to like.

00:16:59 SCHUCK

We need to go. The four of us.

00:17:05 EMERT

If that's what you want to do, I'll do it because I'm.

00:17:07 EMERT

Just happy you're talking to me.

00:17:10 SCHUCK

Well, I want you and Skylar to.

00:17:12 SCHUCK

Get I want.

00:17:17 SCHUCK

I want me and Bryce to be OK and I want you and skylar to be OK.

00:17:20 EMERT

OK.

00:17:24 EMERT

Thank you.

00:17:24 SCHUCK

I'm so sorry for all of this. It's awful.

00:17:25 EMERT

You know.

00:17:26 EMERT

So am I. So am I I.

00:17:29 EMERT

I'm sorry that I was a bad husband.

00:17:34 EMERT

I know I messed up, I know.

00:17:38 SCHUCK

I messed up too rob

00:17:42 SCHUCK

And you know, The thing is that Jesus just died, and rose on the cross.

00:17:48 SCHUCK

For us so that we could be forgiven.

00:17:54 EMERT

Can you?

00:17:58 EMERT

Can you have?

00:18:01    EMERT

Can you just have?

00:18:04 EMERT

I don't know if UM, if something could just be drawn up, but basically.

00:18:08 SCHUCK

I have a meeting with my lawyer tomorrow.

00:18:11 EMERT

Which one?

00:18:13 SCHUCK

Sarah, about talking about what we could do in terms of a different custody order. I had already. This was already on my heart.

00:18:21 SCHUCK

Before you called.

00:18:23 EMERT

Alright. I mean, but again whenever you want give me just please.

00:18:27 EMERT

Don't make supervised visitation. I just I I don't. You know, it's just not good for the kids, and they're all probably going to press you. The court might even press you to say, look, I trust rob with the kids. And at this point, I I trust that he's not going to do anything, you know, drastic at this point because I'm I'm not in jail.

00:18:47 EMERT

And that's ******* horrible. You have no idea.

00:18:54

Right here.

00:18:55 EMERT

It's well, 90 days, 90 days. And you seriously. I thought I knew about it a little bit and it it's nothing. It's it's worse than you think. And.

00:19:08 EMERT

Yeah, it's, it's bad. It's bad, but I'll leave it at that, the.

00:19:13 Speaker 2

And but if I I if Sarah could just Draw Something up that where you have, I mean, if you want to throw me a couple of bones and you know, you know, leave me in on, you know, being allowed to show up virtually to like, the IEPs, I'd appreciate that.

00:19:32 EMERT

I'll try to give you as much space as you want. So like maybe have something in there like where basically keep it open, but if there's an issue, you can have the final say and you on everything, that's fine.

00:19:48 EMERT

And again, I'm going to ask in return is that that, you know, you don't do supervised visitation so that I just think that would that would make things worse in a lot of respects where everybody would be resentful the kids would be resentful and it just would be it would get ugly. And it. I don't think it would help anybody, so I think.

00:20:10 EMERT

You know this is, you know, we want the best. I'm going to try to work with bryce. You work with Skyler to try to help this out. I'll.

00:20:16 EMERT

Go to the reunification therapy.

00:20:17 SCHUCK

I, by the way, I have the trying with Skyler. I asked her to text you on Easter and she's like, I don't want to and.

00:20:24 SCHUCK

I'm like, OK.

00:20:26 SCHUCK

Like I think he would really, really love to hear from you. You were not allowed to talk to him, but you you can. So please.

00:20:32 SCHUCK

She's like, I don't. She's she's she's kind.

00:20:34 SCHUCK

Of upset with your.

00:20:35 SCHUCK

Mom too, because she hears.

00:20:37 SCHUCK

She bryce is so loud.

00:20:39 EMERT

Right.

00:20:40 SCHUCK

We hear everything he says

00:20:43 EMERT

You know, so just just let her. I mean, here's a saying. It's like, again, I'm so. I'm so bummed. I want her to know there's more to the story, but at this point, I'm just. I don't care about the story anymore. I just want to fix it. And I sort of say sorry, that's it. And, you know, I've made a lot of.

00:20:58 SCHUCK

But I'm probably the only way that she would probably move forward is by not judging the past.

00:21:03 EMERT

Right. I just I just want to to go so if you could have because I we I have the appeal.

00:21:10 EMERT

I have the appeal, the appellate brief. Uh, like this month I have a motion this month. I have a motion next month, I've got Criminal Court now and it's and you know. And then I have the it's. It's such a nightmare. And if I if I know that I have a deal with you.

00:21:27 EMERT

That I think the court will take it. That's what I'm thinking, you know, I mean, now they I I'm not sure how that works with the.

00:21:37 SCHUCK

And you know, well, I would be willing to testify at your sentencing.

00:21:42 SCHUCK

If that would help.

00:21:46 SCHUCK

On your behalf.

00:21:47 EMERT

Thank you. Yeah, I think it would help. I think it'd be part of the the biggest thing where because I was going to file a motion to withdraw my plea.

00:21:57 EMERT

And uh, there's a whole court process for that. Where, because I didn't, they didn't explain the ramifications on how bad this ***** me up and and and so many other things.

00:22:06 EMERT

Like I think it even it even takes away my health insurance, like my my free, my, my medical. I think so. It's like it really. You know what I mean? And I have heart condition. So I mean it's like I'm just, I'm ****** across the board so bad and I don't know how I'm going to dig myself out of this hole. I really dont

00:22:23 EMERT

And but if the if this is, is is step in the right direction, so.

00:22:29 SCHUCK

Now I tried to tell your family that I wanted to help you and they just did. Things like Sister went bonkers and file the crazy restraining order on me.

00:22:41 SCHUCK

Mark and cole, like every time I like extended an olive branch, I was smacked down.

00:22:51 SCHUCK

By these people, they believe what your narrative was about me, which you may or may not believe that I.

00:22:57 SCHUCK

I don't think it's true.

00:22:59 EMERT

Well, yeah. I mean, yeah, no, just you helping me now it's picking up the phone and not telling me to go **** *** when I'm basically it doesn't. I don't get any lower than this. So you are proving it because you could basically burn me right now and say haha, you know and hang up.

00:23:14 EMERT

So thank you.

00:23:16 SCHUCK

I wished I wishing you the whole time that's not who I am rob.

00:23:19 EMERT

No, I know, I know. That's what.

00:23:21 EMERT

I'm thank. Thank you.

00:23:23 EMERT

OK.

00:23:25 EMERT

Whatever you think is fair and you know, just have Sarah.

00:23:29 EMERT

Write it up and you know if if Bryce can live here most of the time.

00:23:35 EMERT

Like initially like for a while, I think that would be awesome because I think then he will appreciate you more when he's back with me and you know, sometimes you know when you, you know, he's missing me. So I think if he gets to hang out with me for a lot again. But then when he's with you, he'll appreciate you more.

00:23:54 EMERT

You know, that's what I'm hoping is that so? If you or maybe.

00:23:58 SCHUCK

Well, I think that if you can.

00:24:03 Speaker 1

Literally undo some of the harm that you've done.

00:24:07 SCHUCK

Then bryce and I have a chance

00:24:10 EMERT

Well, here's the good news. I I told Bryce. I always told him that I said bryce here, that whatever's going on to you and your mom is that I and again on my honor, is that I think she wants the best for you. And I think that when you get a bit older, you're gonna have a great relationship with her, I think because.

00:24:28 EMERT

You know, a lot of your things, or maybe she wants to treat you like a little kid. Or. And I just, I was just speculating and I said so maybe you get older. You know, you won't have these. The issues that you have right now. So again, I always prepped him that things were going to work out for you guys. I did. I always prepped him for that.

00:24:47 SCHUCK

He tells me every single day he hates me.

00:24:52 SCHUCK

Every day, he said. He is he's mean. He's mean to my parents, he's

mean. 00:24:58 SCHUCK

He's mean to.

00:24:58 SCHUCK

Everyone mainly his new friends, he is mean to his old friend.

00:25:02 Speaker 2

OK, well, let's help him because I'm. I'm I'm. I'm scared for him. I really am. So let's fix it. And so, so, so more than likely you'd let bryce live over here, but you have full cold custody and you have full legal that you'd, you know, say that just kind of let him live over here. But I of course got to make sure that he gets to school on time.

00:25:22 SCHUCK

Right. And and I do think it would be important for you to listen to what his IEP.

00:25:31 SCHUCK

Are in his goals and.

00:25:34 SCHUCK

You know, like the accommodation hes getting because.

00:25:38 SCHUCK

He's actually doing. He's doing OK, he's doing.

00:25:40 SCHUCK

OK, doing that.

00:25:41 SCHUCK

Straight like like marketing but he is doing OK and he's trying hard.

00:25:48 SCHUCK

I'm really proud of him for that

00:25:51 EMERT

Well, here's the thing. I'm happy too because of the the the plan.

00:25:54 EMERT

I had for.

00:25:54 EMERT

Him is that it was good and he's happy about it. But the fact that he's at your school, I know there's certain things that you can get done that's going to benefit him and I don't care how it gets done, but the fact is it benefits him and that's all I care about.

00:26:09 SCHUCK

Absolutely, he, he.

00:26:13 SCHUCK

You know he.

00:26:16 SCHUCK

School is hard for him and he's working, really.

00:26:17 SCHUCK

Hard and he's angry about it.

00:26:19 SCHUCK

Because he just wants.

00:26:20 SCHUCK

To be home schooled and I.

00:26:21 SCHUCK

Think that if he came from here that you.

00:26:23 SCHUCK

Know I can't.

00:26:23 SCHUCK

Home school. You have to go to school. That would go a long way.

00:26:28 EMERT

Right.

00:26:28 SCHUCK

Because that's what he thinks is going to happen, that he's going to get back to.

00:26:32 SCHUCK

You and you're.

00:26:33 SCHUCK

Going to, I just think, Rob socially, if you watch bryce around kids his own age, he doesn't know how to be. You know, he's great, but cole, but cole is an adult cole acts like he's 25 year old CEO of the company.

00:26:46 SCHUCK

Right.

00:26:48 SCHUCK

Brady, all they talk all they.

00:26:50 SCHUCK

Talk is in Fortnite.

00:26:52 SCHUCK

Yeah. OK.

00:26:55 SCHUCK

Being sitting around kids his.

00:26:56 SCHUCK

Own age. He is very awkward.

00:26:59 SCHUCK

Doesn't know how to be like.

00:27:02 SCHUCK

Hey, what's up? And he needs to be around kids whether he likes it or not.

00:27:08 EMERT

Yeah, it just breaks my heart for them though that I mean, because sometimes people never really fit in, sometimes in some areas at school and when they get older, you know, they just don't. So it's just, I don't know. I mean we.

00:27:19 EMERT

Just you know.

00:27:19 EMERT

Go with it, but it's.

00:27:24 EMERT

Go ahead.

00:27:26 SCHUCK

I I appreciate what you're saying, but.

00:27:29 SCHUCK

He's learned how to adapt around that.

00:27:37 SCHUCK

He actually has really nice, nice, dirty.

00:27:43 SCHUCK

Sweet kids, inviting place and all the time.

00:27:48 EMERT

Thank you.

00:27:48 SCHUCK

Went to the picture of yesterday. They're really nice kids.

00:27:53 EMERT

Did you have a good time?

00:27:58 EMERT

Does he have a good time?

00:28:00 SCHUCK

Oh yeah. He had a blast.

00:28:02 EMERT

Well, good. So if you yeah. So just if you could, what I'll do is with my motions, I'll

just. 00:28:11 EMERT

I don't know. I'll check.

00:28:14 SCHUCK

This will be quick, with Sara

00:28:16 SCHUCK

Whatever it is, I'll make sure so that you will have that before you have.

00:28:20 SCHUCK

To respond to any of the other things.

00:28:22 Speaker 2

And then I'll just, I'll just basically, I'll just, I'll just withdraw my appeal and then I'll withdraw the appeal and I'll withdraw. And my my other motions, I'll just uhm, I can. I'm pretty sure I could just take them off. Maybe what I'll do is I'll show up.

00:28:39 EMERT

And then we'll have the the stipulated agreement.

00:28:47 EMERT

For everything regarding custody will be always saying that I want you to think about is. I don't have any money, so I don't know. I mean, how I could give you child support.

00:28:58 SCHUCK

I I don't. I'm not asking for child support. I never was. I only did that because I couldn't talk to my son. And I'm like, dude, you know, he he can't take him away from me with no contact.

00:29:06 EMERT

OK.

00:29:14 SCHUCK

And you got to have some and.

00:29:16 SCHUCK

Theres rules I will.

00:29:18 SCHUCK

I can release the Child Support, I don't.

00:29:20 SCHUCK

Care about that?

00:29:21 EMERT

Thank you. I just yeah know if you could release that.

00:29:24 SCHUCK

I wish I had.

00:29:25 SCHUCK

Just talked to me. Talk to me like this.

00:29:28 SCHUCK

Six months ago.

00:29:29 EMERT

You know, I I I should have and.

00:29:31 EMERT

What happened but?

00:29:32 EMERT

If there's like it's it's, it's not.

00:29:34 EMERT

Been easy for.

00:29:35 EMERT

Me it it really hasn't. I've I've. I've had a lot of challenges. I'll spare the details on it. But it's uh, you know?

00:29:43 SCHUCK

But you've also collected this group of lunnies.

00:29:47 EMERT

Yeah, yeah, there's a lot of.

00:29:51 SCHUCK

The earth is Flat and you know our, you know, first thing first thing you could do if you want any of this to happen, you know, and Michelle's working video down because kids have seen it and horrible for Bryce.

00:30:05 EMERT

Right.

00:30:06 SCHUCK

That that you could do that would be the first good faith.

00:30:09 SCHUCK

Thing you could show me?

00:30:10 EMERT

OK. No, I I, I haven't even. I haven't even watched it because it I

yeah. 00:30:12 SCHUCK

Let me.

00:30:15 SCHUCK

Well, you shouldn't and you should.

00:30:17 SCHUCK

Also know that.

00:30:18 SCHUCK

It you googled Bryce's name on YouTube?

00:30:20 SCHUCK

Guess what pops up that video.

00:30:25 EMERT

Alright, I'll get it. I'll.

00:30:26 SCHUCK

So he's at a new school, and I know kids know.

00:30:27 EMERT

Get it? You take it down.

00:30:29 SCHUCK

There's one kid.

00:30:30 SCHUCK

Said to me.

00:30:31 SCHUCK

Oh, I don't have any one of my. I don't have any social media. I only.

00:30:33 SCHUCK

Have YouTube that looked at me and I'm like.

00:30:37 SCHUCK

Not because I care what people think about me, but I care to think about you. So I kept trying to tell.

00:30:46 SCHUCK

Dawn and everyone, this isn't good for Rob either. Take it down. This isn't. Don't fight the cause and fight for yourself.

00:30:56 EMERT

So do you think that so you really think that you'll be OK with bryce living over here a bunch and and? And if then when you want him to be over there, if he's with you a lot, I can say Bryce, Just go with your mom, please, and I'll and I'll get him to go.

00:31:07 SCHUCK

Well, I think that will happen.

00:31:09 SCHUCK

Like I've always wanted, we'll have.

00:31:10 SCHUCK

Like a Sundays, he comes over.

00:31:12 SCHUCK

Hey, wouldn't it be great. If you came over for.

00:31:14 SCHUCK

Dinner on Sunday.

00:31:16 SCHUCK

What if we had family dinner on Sunday?

00:31:20 SCHUCK

And tuesday nights. Skylar would do something with you, and Bryce would do something with me. How would that be, Rob?

00:31:27 EMERT

I'm. I'm just happy because I was basically on such thin ice today.

00:31:32 EMERT

That I'm just.

00:31:35 EMERT

Really, really happy that you're talking to.

00:31:36 EMERT

Me and and saying you'll do this for me.

00:31:39 EMERT

And for the kids, thank you.

00:31:43 EMERT

I really appreciate it.

00:31:43 SCHUCK

Well, start with, start with that video.

00:31:46 EMERT

Yeah, that's fine. I'll, I'll call kristen and tell you take it.

00:31:48 SCHUCK

I want I like it down.

00:31:50 SCHUCK

And you know, she she's.

00:31:52 SCHUCK

Been coming after me hard, so I would.

00:31:53 SCHUCK

Like it, if you would.

00:31:54 SCHUCK

Just say stand down from her.

00:31:56 EMERT

You know what's sad is that she got her story so sad. I don't know if you know

her. 00:32:00 EMERT

Full yeah.

00:32:00 SCHUCK

I know her story. I do know.

00:32:01 SCHUCK

Her school school, right.

00:32:03 SCHUCK

And it's not my story. And I never wanted, brcye. Although, you know, you know, bryce has.

00:32:08  SCHUCK

An eating disorder.

00:32:10 EMERT

Yeah, well, yeah, there's a there's a back story to that. I I'll tell you about it another time.

00:32:15 SCHUCK

No, I mean, I don't think.

00:32:18 SCHUCK

He's going to get weighed in  today.

00:32:20 SCHUCK

He weighs 123 pounds

00:32:25 EMERT

What's he supposed to weigh?

00:32:27 SCHUCK

He's literally weight under 135 and additional to that he lost £60 in four months from the time he got that foot injury.

00:32:39 SCHUCK

To when I got him, took him to the doctor on January 6, he lost like 40.

00:32:45 SCHUCK

Unhealthy to leave that?

00:32:46 EMERT

Between what time frame?

00:32:48 SCHUCK

Remember when you took him for his toe infection?

00:32:51 SCHUCK

To the time I took them on January 6th because they have.

00:32:55 EMERT

Those records right where it happened was again just so he. So he he was being teased for his weight by a lot of people for a long time and he was really upset by it. And so I took him to 24 hour fitness and I got him a couple of private lessons with a.

00:33:11 EMERT

A nutritionist.

00:33:13 EMERT

And support people that would show a new team. So we actually went to 24 hour fitness like every day for a long time and he's working out.

00:33:21 SCHUCK

Yeah, I know.

00:33:21 SCHUCK

I know that he's pissed off because he can't because his membership is with you. You go with him, he goes to go. So.

00:33:22 EMERT

OK.

00:33:29 EMERT

Uh, left and changed that, and then he was drinking water. I was really proud of him. And what happened was I think he got, he saw the results and he was so surprised that he got a little carried away, possibly with it and.

00:33:42 SCHUCK

Listen, he's more than carried away. He's he's more. He just please. If you hear one thing that I've said today.

00:33:44 EMERT

OK.

00:33:50 SCHUCK

He's more than carried away.

00:33:51 SCHUCK

He has problems. Yeah. OK.

00:33:53 EMERT

OK. Well, we can we'll fix it.

00:33:56 EMERT

We'll fix it. We'll fix it. No, no, I.

00:33:57 EMERT

Know, I know it's too.

00:33:57 SCHUCK

Well, he was.

00:33:59 SCHUCK

He was one pound away from going into and in care.

00:34:04 SCHUCK

Rudy's hospital program about a month ago for this?

00:34:08 EMERT

Please put him in there.

00:34:09 SCHUCK

I'm not gonna. I'm not. I'm not. I'm not.

00:34:12   SCHUCK

Going I don't want.

00:34:13 SCHUCK

To put him in there but the kid needs to eat. And then he is cold and he wants to buy every calorie, every day. Ask your parents. Ask. Dawn all he talks about his food. What did I eat today? How many calories was it? He goes getting a burger. He looks up the calorie.

00:34:28 SCHUCK

He's obsessed, I said. I bought him some, some, like teen.

00:34:33 SCHUCK

Boy. Vitamins. Oh, I can't.

00:34:35 SCHUCK

Eat those that has 30 calories.

00:34:38 SCHUCK

Like, are you kidding? I have the.

00:34:40 EMERT

Oh well, OK.

00:34:42 SCHUCK

Green, green vibrance. You can't take

that. 00:34:44 SCHUCK

Has calories like. Are you kidding?

00:34:45 EMERT

OK, we'll, we'll, we'll.

00:34:46 EMERT

We'll work together and fix it, I promise.

00:34:50 EMERT

How? Like just again. I know you're not setting anything in stone, but like, what kind of time frame? Like would? How much would you let him be? Like over here during the week? Usually, like living and spending the night.

00:35:01   SCHUCK

Well, I don't know.

00:35:02 SCHUCK

I'm I'm driving and I've been driving since pretty much we're talking and I'm I want him to be with you as much as he can be and maintain a relationship with him.

00:35:07 EMERT

Alright, thank you.

00:35:10 SCHUCK

As much as can.

00:35:11 SCHUCK

Can be and maintain a relationship with him. So and I want the same for Skyler to be with me.

00:35:18 SCHUCK

To say so.

00:35:18 EMERT

OK.

00:35:22 SCHUCK

And I.

00:35:23 SCHUCK

Want you to.

00:35:23 SCHUCK

Have a relationship with Skyler. I think it's so.

00:35:25 SCHUCK

Important you know.

00:35:26 SCHUCK

She had a lead role in her play.

00:35:28 EMERT

What you have, what you get?

00:35:30 SCHUCK

She was a miss Miss Honey and Matilda.

00:35:34 SCHUCK

And I it was so awesome. I'll send you some videos.

00:35:37 EMERT

You know how crushing it because you know you mean this is what I told you a long time ago. Nobody's ever done and know certain things about our marriage or how I was with the kids. And the kids are going to forget about a lot of stuff when they're little. You know how much I love those kids.

00:35:51   SCHUCK

Saying back at you.

00:35:52 EMERT

Yeah, I know and, but it's just like, so, you know, and other people, it's like a lot of people like, well, who, who cares, just the kids to turn 18 and they'll come around to you and whatever and I'm thinking.

00:36:03 EMERT

That's that's not even an option. I think about. You kidding? I would. I would. I would go insane. By the time they were 18, if I basically feel like such a loser. If I was like not a part of their lives, you know what I mean?

00:36:13 SCHUCK

And I don't. I never wanted that. That's the thing. Like I now wanted that. But it wasn't. You have to remember that right now you're broken. So you're, like, open to talking to me. But you weren't before.

00:36:27 SCHUCK

You weren't before you were. It's my right. This is what's going to happen. You're going to do it my way. And I was like, how about we, you know, stick to the rules and just do it the fair way is what I always wanted. Just stick to the rules and do it the fair way.

00:36:43 EMERT

Thank you. I mean, I there's the time.

00:36:44 EMERT

When I said.

00:36:45 EMERT

That to you too though. But I mean, I I really did, you know, early on when I.

00:36:49 SCHUCK

Now you always you always.

00:36:50 SCHUCK

Said let him go back and forth.

00:36:52 SCHUCK

As they please

00:36:55 SCHUCK

I think that that was going to come as they got to be teenagers, but at that time when they were younger, I didn't believe that and I still kind of think that for my sake, I'd like to know, oh, this is my weekend with bryce so I can plan some things so.

00:37:09 SCHUCK

I can you.

00:37:10 SCHUCK

Know have the food he wants in my house. I like I like.

00:37:17 SCHUCK

You have bryce believing that that's just stupid.

00:37:21 EMERT

Well, anything you don't like, just let me know and I'll work on it.

00:37:26 EMERT

OK, I will because again I you know, I just uh, at this point I've I've,

UM. 00:37:32 EMERT

You know, I'm just happy that you're talking to me. I'm happy that I that bryce can live over here and then I know you're going to retain

00:37:41 EMERT

For legal full final say on everything, that's fine.

00:37:46 SCHUCK

And he wants to get his drivers permit. He couldn't sleep last night, so he texted me at 3:00 in the morning and said, can you take me to get my drivers permit? I want to make sure he's ready for it.

00:37:57 EMERT

Yeah, yeah, we'll work. We'll work on that together. And then and then if you just like when it comes

to. 00:38:06 EMERT

The kids, if I, if I could, I I wouldn't. I will take an active role in Skylar at school because I might **** her off right now, so I'll just back off on everything. Skyler, until we repair whatever is going on there.

00:38:20 SCHUCK

Well, and that's what you got. You gonna need that for unification therapy as well.

00:38:24 SCHUCK

You do you need. She needed you needed.

00:38:31 SCHUCK

And I will always support it. I will fully support you in skylars life.

00:38:37 SCHUCK

I always have, but I will fully support you in skylars life.

00:38:42 SCHUCK

She needs her dad, they both need their dad.

00:38:48 SCHUCK

And I believe they I believe in shared parenting. I believe in equal parenting.

00:38:52 SCHUCK I

do. I always have.

00:38:57 EMERT

No, I I again, andrea, you actually saved me more in more ways than you know right now. So thank you.

00:39:05 EMERT

I was like.

00:39:07 EMERT

I didn't know I was going to, like, move forward. I I was, like, paralyzed looking at. And I'm usually good with this kind of stuff. And I and I, I just looked at the mountain of legal crap flying at me. And I'm just like, what a waste. What a waste of a life. And I'm thinking, I just don't want to do this anymore. And I just hope I said I I just was hoping I call you and you'd be like, give me a way out.

00:39:28 EMERT Of

it. So thank you.

00:39:32 SCHUCK

I'm sorry that you're.

00:39:33 SCHUCK

Hurting so bad and.

00:39:36 SCHUCK

I'm sorry bryce is hurting so bad. Skyler and me. And I'm sorry for my part in this job, I don't think.

00:39:41 SCHUCK

That you're blameless.

00:39:43 EMERT

Thank you.

00:39:44 SCHUCK

I mean that you're like, I think I have had a.

00:39:46 SCHUCK

Part in it too.

00:39:47 SCHUCK

Too, but.

00:39:50 SCHUCK

I tried so hard, tried so hard.

00:39:54 SCHUCK

He gave you things I gave you like, hey, how about this? And you say you did too, but they were like, no, they're your way.

00:40:01 SCHUCK

I know, I know what you're thinking to think. I know down the size as well, but I know it's thinking I offered you this. I offered you this.

00:40:09 EMERT

No, I know, I know, I know. I know. I made a lot of mistakes and I and I, I'm sorry for.

00:40:14 SCHUCK

I made a lot of mistakes.

00:40:15 SCHUCK

Too. And I I hear that in your voice.

00:40:19 EMERT

But thank you.

00:40:20 schuck

You wouldn't be bad if we could end up being at our kids graduations and sitting by each other and being joyful and happy and being at their wedding together. And wouldn't that be great?

00:40:32 emert

It would be great. That's what I want.

00:40:36 emert

Thank you.

00:40:38 emert

Because at this point you could say no and hassle me with restraining orders and protective orders, and I'd be ******. So thank you.

00:40:46 schuck

Well, I mean, I could call the DA.

00:40:47 schuck

Right now and say he broke the protective order but.

00:40:50 schuck

I'm not going to do that.

00:40:54 emert

They, they, they, they took it off and they said.

00:40:56 emert

I could call you.

00:40:57 schuck

OK, good.

00:41:00 schuck

Only about court matters though, right?

00:41:02 emert

Yeah, they said. I call for family. They said I call because I I got a I I texted my lawyer and he said, yeah, I know you. You can telephone it.

00:41:10 emert

With with Andrea.

00:41:16 emert

And I, yeah. So he said. He said you need to call her first. And I said no, I just, I'm going to call her and.

00:41:21 emert

And ask her for a way out because I need a way out and he's like alright and so.

00:41:28 {emert}

But no, thank you for not throwing me under the bus. The and the. The sooner the better. In on, on. Whatever Sarah Bear can draw up and then you know.

00:41:41 {emert}

I didn't. I don't know how that works with Criminal Court. If you're able to call the DA and just say hey, look, Rob and I have an agreement.

00:41:51 {emert}

Can you remove the

00:41:53 emert

Protective order.

00:41:57 emert

There we worked some things out. I mean, I think I don't know if you have to do that or how that works.

00:42:03 schuck

Yeah, she's got. She's out of town.

00:42:06 schuck

For a while so.

00:42:07 schuck

Like a week or something so.

00:42:09 schuck

I will look you back. I'll talk to her.

00:42:13 emert

OK. Thank you.

00:42:15 SCHUCK

I emailed there and it bounced back.

00:42:21 SCHUCK

Back I was. I don't remember why I emailed her, but I had emailed Sarah saying hey, now that this criminal trial is over what can we do in terms of getting rob with bryce.  I can Send you the e-mail and you'll be like, Oh my God.

00:42:39 EMERT

OK. Yeah. No, just whatever. Whatever sara can draw up And then when we go to court, we could basically just present it. Here's here's what we agreed to and that's.

00:42:47 EMERT

Probably say fine.

00:42:49 Speaker

Get out of here. You know, that's what I what I'm hoping for.

00:42:52 EMERT

That's the only thing that would hold it up is I think, the protective order that's still in.

00:42:57 SCHUCK

Now I can find out about that too.

00:42:59 EMERT

Yeah, but.

00:43:00 SCHUCK

Alright, we'll go to rest and.

00:43:07 SCHUCK

You know, like I said, at the very first 3 minutes, we were on the phone. I love you, Rob, and I don't. I don't want bad things for you. I never did.

00:43:13 EMERT

Thank you. I agree. I love you. I really appreciate it.

00:43:20 EMERT

Thank you. I don't know. I don't know how going to dig myself out of this mess, but this.

00:43:21 SCHUCK

I've been.

00:43:24 EMERT

Is you're you're you're throwing me a lifeline. So you have no idea what this does for me today? It's it's. It's so much better.

00:43:31 EMERT

You have no idea.

00:43:33 SCHUCK

Well, if you could just call off the dogs

00:43:35 SCHUCK

That would be great.

00:43:36 EMERT

No, they're, they're. Don't worry about that anymore on, you know.

00:43:41 EMERT

I'll think we'll we'll fix this and.

00:43:45 EMERT

If if you at your discretion, of course, just maybe tell the kids that you and I have. Have you know, maybe we'll working something out and maybe in the in the next couple of weeks we should have a much better plan. Maybe that'll make maybe that will calm bryce down a little bit, let him know that he's, you know, to kind of come back and forth a little bit as you know.

00:44:04 EMERT

As he wants to.

00:44:05 EMERT

UM.

00:44:07 EMERT

Within within reason you know, within parental discernment or whatever that you know, you can't just say Mom's brocoii I'm gonna go to dad's house. You.

00:44:14 EMERT

Know. Of course I'm not going to support that.

00:44:17 SCHUCK

The kid eats broccoli every day so.

00:44:21 EMERT

Yeah. No, it's funny. I I try to get him to start eating cauliflower and broccoli a while back. And it's funny because, you know, it doesn't smell good. But I said that's the best thing. When he got done is when he got in his fitness kit.

00:44:34 EMERT

It's pretty it's pretty impressive. I mean, he really I think what it was was he saw the results and he was like he realized that how?

00:44:42 SCHUCK

And you know.

00:44:43 SCHUCK

He has the the.

00:44:43 SCHUCK

OCD sort of like this is prohibit.

00:44:47 SCHUCK

Like an OCD bit like. He's diligent. You know, he really don't.

00:44:50 EMERT

Right. And so and you drink so much water, it says so often.

00:44:54 SCHUCK

You know, he's actually drinking. The doctor thinks he's drinking too much water.

00:44:58 EMERT

Oh well.

00:44:59 SCHUCK

Yeah, she said. He's pulled back like he's, like deleting any kind of minerals and nutrition he's getting from his food, out from his pee pees like in an hour, maybe four or five times.

00:45:12 EMERT

Right.

00:45:13 SCHUCK

So he he needs to. And unfortunately I can't get him off the monster and I need to do. I need to do that. That's so bad. But I was.

00:45:22 SCHUCK

Just looking at the ingredients for it so bad.

00:45:25 EMERT

Yeah. No, it's bad. It's.

00:45:28 EMERT

Hey, I'm gonna. I'm gonna let you go so it's so again just thinks that you have no idea. Thank you. If I call you ever. And you don't want to talk to me, just say say text me and I'll make sure I text you.

00:45:42 SCHUCK

OK.

00:45:43 EMERT

I promise I'm not going to be a ******** at all because I was promised some of the shift head at all because again, I I just. You're giving me a way out. I'm not going to look a gift horse in the mouth. I know you look at that for the kids and me. So thank you. I'll leave it at that.

00:45:59 SCHUCK

OK, OK.

00:46:00 EMERT

But you think bryce will be able to stay over here for like most of the week like?

00:46:03 EMERT

Once we get.

00:46:03 EMERT

Things turned around.

SCHUCK

Yah, yah

00:46:09 EMERT

And then I'm thinking, you know, I think initially that'd be awesome just because.

00:46:14 EMERT

He's he's so missing it. But maybe when he realizes that, you know, because when you grow up, I think maybe when he starts to grow up even a little bit more, he'll realize that that was pretty awesome there, but.

00:46:25 EMERT

There's something else now that you might want to do where he starts to realize that it's not the end all be all, and he'll want to go back to your house and that's what I'm trying to get him to realize is that find the best at my house, find the best at your house, find the best at your parents house, find the best of you know, I mean of everything and and take the best.

00:46:43   EMERT

And leave the rest.

00:46:45 EMERT

You know of wherever he's at. So I I really.

00:46:52 SCHUCK

Are you getting any therapy?

00:46:54 EMERT

I was and UM, I I stopped it because my my insurance benefits were cut.

00:47:03 EMERT

And so I I didn't have I.

00:47:05 EMERT

Didn't have the benefits anymore.

00:47:07 SCHUCK

Well, I'd be willing to help pay.

00:47:10 SCHUCK

For it, if you want to go.

00:47:12 EMERT

Yeah, I I'm really scared. If they if they cut off benefits, if they don't, you know they they told me that my my part of the deal is that.

00:47:21 EMERT

He said that he would go from a felony to a misdemeanor as long as I didn't do anything stupid. I'm like, well, that's fine. I won't do anything stupid. So I think when it goes to a misdemeanor, that's fine, and then it's all looked at that. But it's a felony. I mean, it's just really ***** up so much in my life. I was like, I can't do that.

00:47:41 EMERT

And so they didn't explain that to me. So I I was going to fight it and and have it, you know, try to, you know, go through the proper channels.

00:47:48 EMERT To

  have it removed.

  00:47:50 EMERT

But it's just so much work and effort I'm thinking I could put it. I could put that into something better. And so that's again why I want to call you. Like, I just, I don't want.

00:47:58 EMERT

To do that anymore, it's just such a waste.

00:48:01 EMERT

You know, so I'll just take the felony and then it'll go to a misdemeanor as long as you know.

00:48:11 EMERT

I don't **** you off or.

00:48:13 EMERT

You know, brake, pull or whatever.

00:48:15 SCHUCK

It's not a matter of.

00:48:17 EMERT

No, I know. I was being funny, but yeah. No, as long as I don't, you know, **** ** parole or any violations or anything like that, it goes to a misdemeanor, which is fine, but I really.

00:48:30 EMERT

Thank you. You have no idea I can actually breathe today, and I was actually in a really dark place and I wasn't going to call you. So the fact that you picked up, you have no idea. Thank you.

00:48:43 SCHUCK

I actually.

00:48:46 SCHUCK

I was talking to bryce when you called.

00:48:47 EMERT

Oh well.

00:48:50 EMERT

But, but maybe if he's having a hard time, maybe just tell him. But you and I.

00:48:55 EMERT

Working it out and that as long as he's good, you know, use it as a, you know, as a carrot serious. There's always a good. I'll let you start living with your dad again and you'll be able to kind of come back and forth. And I think that'll maybe I think when he starts I think when he has a little bit of freedom there I think he's going to circle back to you. I always told you that I really believe.

00:49:14 SCHUCK

Yeah, it's it's not. It doesn't.

00:49:15 EMERT

He's going to circle back.

00:49:17 SCHUCK

Do something. I want you to change the language. Well, he does have freedom.

00:49:21 SCHUCK

He has freedom here. He. I hear Michelle freaking. Whatever. He's locked in his room. He's not locked in his room. He and I watched Cobra Kai seasons one through 6 and then all of a sudden your mom started talking to him. And.

00:49:35 SCHUCK

He seemed to me to him all the time.

00:49:36 EMERT

Dude, Johnny. Johnny. The ones. How ******* funny is that? There's no plenty of mine. Give me.

00:49:41 EMERT

Like 80.

00:49:44 SCHUCK

But what I want to say.

00:49:45 SCHUCK

Is that it was like it was OK and we were we were spending time together and then he started talking to mom and she started getting all this stuff and.

00:49:54 SCHUCK

Get him all growed up and then he locked me. He I never. He's never locking the door. He's not locked in his room.

00:50:00 EMERT

Well, here's the good news that's going to stop. So just don't worry about it. It's going to stop and and I'll get the the video down. And again, just if you can have sara write something up so that because I'm just I'm I'm done with all this crap. I'm going to put everything in a file and put it on the cloud and forget about it as best I can.

00:50:19 EMERT

And and put it in the past where it belongs. I'm never. I'm never going to look back. I just can't look back in this garbage anymore. It's so ugly. It's such a waste of time and resources. I just. I feel. I feel ugly.

00:50:35 EMERT

I just. I I yeah, I just, I I don't. I don't want to waste anymore time on it. So whatever you can do to to maybe get the DA or whatever maybe e-mail them and say hey we've come doing agreement if we could remove that protective order. I I trust rob I'll show up at his his hearing to to for whatever and and then you know give Sarah whatever.

00:50:55 EMERT

So that when we go.

00:50:57 EMERT

To the hearing on, I think it's this month or something, but maybe she could just.

00:51:02 SCHUCK

Yeah, I was going to.

00:51:03 SCHUCK

Ask you when is it.

00:51:05 EMERT

It's have to actually look. I think it's like the between the 17th and the 20th, but I also have the.

00:51:11 EMERT

Appeal one too, but if we come to an agreement, that kind of overrides all that crap to say, have a, you know, say here's the agreement and that override basically.

00:51:24 EMERT

You know.

00:51:25 EMERT

Basically the the I know we're already divorced, but here this overrides any anything else. And here's our here's our here's our stipulated agreement for everything. And then sara  could just basically put it in there. But then I think a lot of it, as long as we're keeping open communications, some of that could maybe be bent here and there where even if you said bryce can live over here.

00:51:47 EMERT

For a couple days and you want them home? Of course. I'm going to say Bryce. Your mom was really cool about this. You need to go and respect your wishes and go do blah, blah, blah. I promise I'll do that for you.

00:51:58 EMERT

OK.

00:52:01 EMERT

You have no idea how much I can. I can go in. My heart's breaking too, because.

00:52:07 EMERT

Bryce and I. You know, there's a lot of things we used to do, and everywhere I go, it's like it's like because we, I mean, you know, with the home schooling and the exercising, you know, my heart's been torn out and it's like.

00:52:21 EMERT

It's been hard. It's really hard and I just, you know, it's been tough.

00:52:31 EMERT

But now thank you again. I really, I really appreciate it. So I'm going to.

00:52:34 EMERT

Let you go and you promise This is what we're.

00:52:39 EMERT

Going to do this.

00:52:42 SCHUCK

I promise we're going to do something that is fair.

00:52:45 EMERT

Thank you.

00:52:48 EMERT

Thank you. And no supervised visitation please.

00:52:51 SCHUCK

call off the dogs, take the video down.

00:52:55 EMERT

Of course I will. Of course. Yeah. I just don't. I just want to do that to the kids.

00:53:03 EMERT

You know, I'll call that off and I I I yeah, I just don't want to. I just don't have to do that. It's I think it's I think it'll create resentment in both of them and I just that's my main concern and if I was a kid and I had to sit there with a you know I mean I I just that's why I wanted to Skyler I could see her going back I got to go here with my dad and sit with a stranger. You know what I mean.

00:53:24 EMERT

I could see her just being resentful as as hell about.

00:53:26 EMERT

It and like.

00:53:27 SCHUCK

Well, and her thing will right now.

00:53:30 SCHUCK

She will

00:53:32 SCHUCK

Just stay with me 100% physical and legal until she's ready and she'll.

00:53:38 SCHUCK

She will be ready, then direction talk and I think we should try to to do something like a family dinner or a something You know something to help.

00:53:51 EMERT

Like the four of us, like, do little things in there.

00:53:54 SCHUCK

**I don't want to go to Florida, so please don't**

**ask.** 00:53:57 EMERT

Just that that would have fixed a lot then.

00:53:58 EMERT

 I I don't feel it.

00:54:01 SCHUCK

No, no, no, no, no, no, dude, I couldn't even like, look at you. I'm not OK. I'm not note. Let's just leave it. Leave them laughing.

00:54:02 EMERT

That's the lottery.

00:54:10 SCHUCK

OK, I'm gonna go.

00:54:11 EMERT

OK.

00:54:13 EMERT

OK, thanks again. Bye.

## B.    04/13/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND ANDREA SCHUCK

This transcript covers a d____ssion between Rob Emert and Andrea S____k on 04/13/23 about custody of their son Bryce Emert. The below are exact quotes from the transcript. Full transcript and link to full audio below.

00:11:30 {emert}I thought we were going to come to an agreement. If you're saying no now, it means I have to go back and go and basically start going, you know, going.

00:11:44 {schuck}
I'm not saying no, Rob, I'm saying.

00:04:59 - Schuck: "I agreed that I would all I said in the agreement was I would, I would entertain going back."

Context: Schuck confirms a previous agreement existed to consider sending Bryce back to Emert.

01:16:27 - Emert: "I took the deal based on what you said."

Context: Emert confirms custody arrangement discussed as part of deal.

**Key Quotes Suggesting Reneging on Agreement:**

00:09:02 - Schuck: "No, I'm not not saying no. I'm just saying it's going to take a bit of time. It's going to take and you know..."

Context: Schuck now says it will "take a bit of time" for Bryce to go back.

00:37:04 - Schuck: "You know what? I'm not going to put Bryce first. I'm not doing that. I'm going to put Skyler first."

Context: Schuck says she will put her daughter first, not Bryce.

00:53:51 - Schuck: "We should try to do something like a family dinner to help."

Context: Schuck suggests family therapy and dinner

00:09:02 - Emert: "You're not backing out of the deal, are you?"

Context: Emert questions if Schuck is reneging on a previous custody deal.

00:38:46 - Emert: "That's fantastic. Perfect."

Context: Emert refers positively to the custody arrangement outlined by Schuck.

00:18:08 - Schuck: "I have a meeting with my lawyer tomorrow about talking about what we could do in terms of a different custody order."

**Context: Schuck refers to discussing a different custody order with her lawyer.**


00:41:02 - Schuck: "Have her lawyer Sarah draft a new stipulation to allow Bryce to live with me most of the time."

**Context: Schuck suggests having her lawyer draft an agreement for Bryce to live with Emert.**


### **Key Exchange on Detention Threat**


(00:34:16) - Schuck: "OK, what I'm saying is right now, you, you can't. You won't. They won't let you go. You can't. You can't have them anyway. So if he runs away from me, that's what his options are."

Context: Schuck threatens Bryce with juvenile detention if he tries to run away.

(00:34:54) - Emert: "He's got lots of, he's got lots of family and friends that love him, that would never turn him into a place like that."

Context: Emert says Bryce has family/friends to go to, not juvenile detention.

Emert's Response:

(00:35:27) - Emert: "Hello. Skyler had. If Skyler had a choice to be the juvie or with you, I would put it with you."

Context: Emert implies he would not threaten detention for his daughter.

(00:36:02) - Emert: "Well, there's there's something really weird there with that whole thing, and that's not. If you go there."

Context: Emert pushes back on the detention threats.

Conclusion:


The key quotes and exchanges suggest there was likely a previous custody agreement regarding Bryce as part of a plea deal that Andrea Schuck now appears to be reconsidering or delaying based on this conversation.

## Audio file

Andrea 2 (+1 760-214-8677) ↗ (phone) 2023-04-13 17-39-14 1.mp3

**SPEAKER 1 ROB EMERT**

**SPEAKER 2 ANDREA SCHUCK**

## Transcript

**00:00:07 EMERT**

Alright, so thanks for calling back so quick.

**00:00:12 EMERT**

Do you have a second? OK, cool. Alright, so I talked to Jose and I talked to Sarah. Well, e-mail Sarah and I got the the appellate thing. Just 30 days on hold. I'm pretty sure that the hearing this month can be put on hold.

**00:00:32 EMERT**

For a month.

**00:00:33 EMERT**

And my main goal is to have it all go away because I really don't want to do it anymore. I need to work, I need money and and look at it. I just, you know, both kids are hurt and bad and we both messed up bad and I know my part in it so.

**00:00:51 EMERT**

Whatever I can do to fix it.

**00:00:54 EMERT**

That's what I you know, that's that's what I.

**00:00:56 EMERT**

Want to do?

**00:00:58 EMERT**

I'm really worried.

**00:00:59 EMERT**

About Bryce, I know you are too.

**00:01:01 EMERT**

UM.

**00:01:03 EMERT**

So he's upset that I think that we're, you know, that he's being run over in this whole thing.

00:01:11 EMERT

And so I don't know.

00:01:14 EMERT

Let you know where we can do that to have him know that we're trying to work together for his best interests because like, when I hear him from, well, from what I hear somebody saying to my mom and what he's saying, Nicole and stuff, it's really just alarming. So I don't know how we can work together to fix that because.

00:01:34 EMERT

And I'm telling everybody to back off like you said, and I'm going to do the.

00:01:37 EMERT

Best I can I'm.

00:01:40 EMERT

And I'm going to, you know, I'm going to do the best I can to make all this other stuff go away, but is there? I don't know, like.

00:01:49 EMERT

I just don't know.

00:01:51 SCHUCK

I hear what you're saying and proceeded.

00:01:54 SCHUCK

I wish that.

00:01:56 SCHUCK

Your mom and Cole and everyone could have like.

00:01:59 SCHUCK

Supported him in all.

00:02:00 SCHUCK

Of this the the things that they both have done.

00:02:05 SCHUCK

And I know you don't.

00:02:06 SCHUCK

Want to hear this is for the banking person.

00:02:10 EMERT

OK, well, I know you think that, but let's just, let's not go to what can we do to fix it. And I think of Bryce, like you said, you know, if I think if Bryce will get to a point where it's you and me and we're saying here we're going to do.

00:02:25 EMERT

To help you is that but for many from I mean what I gather like I could be wrong. So if it's wrong you say well it's wrong. Then make it fantastic. I'd love to be wrong in this case, but it sounds like he's saying, is that like in the agreement that he he thinks that I'm going to basically sign something that says.

00:02:45 EMERT

Like I was mother. I mean, I was completely wrong.

00:02:50 EMERT

In that I was never should have taken him.

00:02:54 EMERT

And I'm I'm completely something like I'm completely wrong.

00:02:58 EMERT

And the the courts not corrupt or something like that. And it just sounded kind of ridiculous to what I heard. It's I'm thinking I'm sure.

00:03:06 SCHUCK

Well, I don't know who told.

00:03:07 SCHUCK

You that, but I.

00:03:08 EMERT

Well, it sounds ridiculous, you know.

00:03:10 SCHUCK

I do think that he's never going to. Ever.

00:03:14 SCHUCK

Move past things with me.

00:03:16 SCHUCK

If he has that narrative going.

00:03:18 EMERT

OK, so here's here's the thing, I want to get rid of all of that ******** now, because I wanted to be a kid and we both.

00:03:24 EMERT

Like that? So would I if when somebody when that was basically mentioned I said that's so immature, I don't even want to go there because I.

00:03:32 SCHUCK

Don't know who mentioned.

00:03:34 SCHUCK

It, but I don't completely disagree with it. OK well.

00:03:40 EMERT

But you're not going to put that kind of stuff in the agreement, right? I mean.

00:03:43 SCHUCK

Are you? No, we have.

00:03:47 SCHUCK

A little ways to go before we can do an agreement.

00:03:51 EMERT

OK. Yeah.

00:03:52 SCHUCK

It's it's a little bit more.

00:03:57 SCHUCK

Complicated than I thought it was going to be.

00:04:00 SCHUCK

So there had to be like a series of things that happened, you know, but I want.

00:04:10 EMERT

What are you talking like weeks or months?

00:04:14 SCHUCK

I don't know. I mean that that's that going into this the April 20th think and then I mean you have to I I don't even know what your legal part of it is is that if you need that it sounds like.

00:04:28 SCHUCK

What did your?

00:04:28 SCHUCK

Lawyer say.

00:04:30 EMERT

My the my criminal age has basically said, look, if you guys come to an agreement, then you can, you know, stick that in into the.

00:04:39 EMERT

You know, a headlock with the DA to say? Look, they've reached this agreement because that's how the deal was sold to me and the Criminal Court. They said, look, if you can work out a deal, then you are basically work with that deal here in Criminal Court. And then you guys can agree to it in in from the court. And that's the only reason.

00:04:54 SCHUCK

So what what I need to do is have put the DA in touch with my attorney because.

**00:04:59 SCHUCK**

**I agreed that I would all I said in the agreement was I would, I would entertain going back. I I and I've always maintained it kind of hear me.**

00:05:11 SCHUCK

But I do. I do want to share the.

00:05:13 SCHUCK

Kids with you and I, I do and.

00:05:20 SCHUCK

It's just like, you know, like after we got off the phone, I would like I cried for a really good, long time. I'm sure you did too.

00:05:28 SCHUCK

No, not that clearly, just just listen.

00:05:31 EMERT

OK.

00:05:32 SCHUCK

But you have to remember that in your you said in the beginning of this conversation I'm taking responsibility. But then you you did this thing where you like, but you did too.

00:05:43 SCHUCK

I didn't break a cord.

00:05:44 EMERT

Did did I do that? Because. OK, I'm sorry if I did that. I don't. I don't. I'm sorry.

00:05:50 EMERT

Just accept my apology.

00:05:51 SCHUCK

Both The thing is is like you haven't given me credit. You're this whole process.

00:05:59 SCHUCK

You haven't given me.

00:05:59 SCHUCK

Any credit said going up.

00:06:00 EMERT

You know, I I do because a lot of people are angry with me and they'll say I'm giving up and I'm like, no, I'm not. I'm putting the kids first, and Andrea is working with me so everyone else can go, go **** themselves. Because if Anders going to work with me to make this better for the kids, that's all I care about. And then that's going to go **** ***. So I am giving you a lot of credit.

00:06:21 SCHUCK

OK. Because I mean, I go back, I read my journal and I listen like think about the podcasts and all of the.

00:06:29 SCHUCK

Things and all of the things that have been said about me online and.

00:06:35 SCHUCK

It's mortifying. It's mortifying, and I think.

00:06:38 SCHUCK

Now, now, like and I'm not backpedaling, Rob, because the truth is, is I've said it before, and I'm saying again, but I think that what I see with you right now, I do.

00:06:49 SCHUCK

I feel bad for you, which I probably shouldn't.

00:06:53 SCHUCK

Because I sure as hell would never have done that to you. You know what? I never expected it to go down the way it did, but I was expecting you would go in for a change of circumstance because we

would fix it and it would all be back to whatever. You know, I'm saying. Like, I I didn't. You never. You never let me talk and say, well, this isn't how and what I did say.

00:07:13 SCHUCK

This isn't how it's gonna be. No, no, no, no. And like, like Pitbull on me the whole time. So, like.

00:07:20 EMERT

Well, there's a lot of good things I could have done when I had Bryce. I just kept on waiting because I thought we would get to a point where we could actually come to and and and, you know, in a great, you know, an arrangement, a really good.

00:07:33 SCHUCK

It wasn't ever going to come to a good arrangement. It's, you know, when it when it really hit me was when Bryce walking. And that's when I I like I go back and I read all my text messages between you and I. And I just kept saying, well, please, please let me talk to Bruce, please. Like.

00:07:49 SCHUCK

I wasn't gonna, you know, the other thing is you have to hear me. Really. Really. Really. This is really important, Rob.

00:07:57 SCHUCK

I never wanted to put bryce in a residential facility. I was just shocked as you were. But I was under the impression that I wasn't supposed to talk in court and you step by step to think that because I didn't say anything that that's what I.

00:08:11 SCHUCK

Wanted to do.

00:08:13 SCHUCK Then that's

on you. 00:08:15 EMERT


Well, there's there's something really weird there with that whole thing, and that's not.

00:08:18 EMERT

If you go there.

00:08:19 SCHUCK

When I can talk about that because the bottom line is, is that I didn't say yeah, let's do that. I was just like.

00:08:20 EMERT

Right.

00:08:25 SCHUCK

OK, I'm in court. My lawyer says don't talk like write it down. I was listening. I wasn't agreeing. After we hung up after that call, I went and I did research and like, no, that's not happening. But I didn't also have influences.

00:08:39 SCHUCK

Like you had.

00:08:39 SCHUCK

With this group.

00:08:40 SCHUCK Of people

who are. 00:08:41 SCHUCK

Like, oh, are you going to put them in the? I wouldn't have let that happen. And I know you said that.

00:08:45 SCHUCK

I couldn't. I couldn't have stopped it, but I could.

00:08:48 SCHUCK

I could stop and I still can stop it, but we can stop it.

00:08:52 SCHUCK

You know, like that's not.

00:08:54 EMERT

Well, let's let's put it forward because I I was really happy that you were saying that bryce is going to be able to come over here and stuff and it sounds like now.

00:09:01 EMERT

You're now. You're saying thats probably not?

00:09:02 SCHUCK

No, I'm not not saying no. I'm just saying it's going to take a bit of time. It's going to take and you know, he he.

00:09:09 SCHUCK

Your mom and Cole had.

00:09:10 EMERT

Bryce. He needs me right now. Andrea, if you if you, if you let up a little bit, he's going to circle back to. That's what I keep trying to tell you.

00:09:17 SCHUCK

That there's nothing let up on what? What? What is that to let up? What? I'm what I get in my house.

00:09:24 SCHUCK

Is Glenda and cole calling me arrogant and blah, blah blah, blah and and I try to just talk to Brittany, yelling at my face and it's because they kept up the alienation that you started. And that is the truth. You don't think you did, but you did. And you know, the truth is I may have done the same with Skylar, not known it.

00:09:45 SCHUCK

So maybe you don't recognize.

00:09:46 EMERT

Why is it OK? What if I took scholar and did the scholar? What? You know what I mean? What if I took Skylar out of her home and made her do everything my way and she hated me because I did?

00:09:57 SCHUCK

That that would be a thing I would be following the court order. Here's the thing. If the court gave you full custody of would you let me go to my dad? And I said absolutely. I would follow the court order and I stand by that.

00:10:11 EMERT

OK. Well, do you know?

00:10:13 SCHUCK

I would I would support you. I would try to. You know, that's what.

00:10:16 SCHUCK

You're trying to do right now.

00:10:17 EMERT

Well, I'm just saying it's just. No, I'm not. I'm just. See what they did that, you know, those those court orders are ridiculous.

00:10:24 SCHUCK

No, I I you know what, rob?

00:10:26 SCHUCK

The thing is is I would never.

00:10:27 SCHUCK

Anticipate it being anything.

00:10:29 EMERT

You even said you even said to me, like when when I first found out about Judge Wood, you were like, you're like, you're gonna get whatever you want now. And I was like, I don't want everything I said. 5050 is fine. Kids go back and forth. But you when I first found that out.

00:10:42 SCHUCK

Import order, Rob.

00:10:45 SCHUCK

To get 90 most of the custody of right, you kind of.

00:10:49 EMERT

Forgot that was the very beginning, but shortly after I went 5050.

00:10:55 SCHUCK

OK. Well, that's how you started it off. And I know I did the family court when we went to family court mediation. What I wanted to do was kind of break bryce of the investment and the codependency and like, establish a relationship with him without you. And at that point, I think it could have happened, but I don't. It will never happen now.

00:10:58 EMERT

So, but so did.

00:10:59 EMERT

That so did you.

00:11:15 SCHUCK

It will never. It will never branch. Will only have a relationship with me. If you say it's OK and if you and you say that you did, but your actions did not your.

00:11:27 SCHUCK

Your accent didn't matched.

00:11:30 {emert}

OK, here's the bummer part. It will look we're kind of going in circles and I don't want to do this with you. I just. I thought we were going to come to an agreement. If you're saying no now, it means I have to go back and go and basically start going, you know, going.

00:11:44 {schuck}

I'm not saying no, Rob, I'm saying.

00:11:47 emert

Because what I was going to, OK. But what I mean, if you're not doing the agreement, there's a lot of other things I can still pursue.

00:11:52 SCHUCK

Well, not that I'm not doing an agreement I wrote. I wrote up everything I wanted and I sent it to

Sarah. 00:11:59 SCHUCK

OK. And she's looking at it, but what she is telling me is that we don't just get to go. Whatever your she said. Family law, law and criminal law are two different things and that that criminal like it doesn't.

00:12:13 SCHUCK

I don't know if your criminal.

00:12:15 SCHUCK

Lawyer has much experience in family law because.

00:12:18 SCHUCK

My family law definitely doesn't have experience in criminal law and.

00:12:22 EMERT

This is the bottom line is if you and I are this in agreement.

00:12:25 EMERT

It doesn't matter if they want to say whatever they want to say. Ultimately. Are you going to ******* call and get me busted for trying to help?

00:12:31 EMERT

Our kid that's.

00:12:32 EMERT

What it comes down to, you know what I mean?

00:12:36 EMERT

Well, no. So what I'm saying is, if we have an agreement and you know what I mean, it's like, who cares what they say?

00:12:43 EMERT

I mean, ultimately, if we're trying to do the.

00:12:45 EMERT

Best by like kids.

00:12:45 SCHUCK

That's that's the problem. I care what I care what the family Court says.

00:12:51 SCHUCK

And we're going to get it. We're going to get it in writing.

00:12:53 SCHUCK

So that you don't.

00:12:54 EMERT

Get in trouble. OK, well, OK. All right, well.

00:12:57 SCHUCK

We're going to.

00:12:57 SCHUCK

Follow up court order. We're going to.

00:12:58 SCHUCK

Get a court order and we're.

00:13:00 SCHUCK

Going to follow it and that's.

00:13:01 EMERT

OK.

00:13:02 SCHUCK

What I need to hear you say I will.

00:13:03 EMERT

That, well, the the here's the thing. So far the the deal DA has lied and I, you know, and I know that you know, there's certain things that there's recordings of where the DA is going to look really stupid if that hits the air.

00:13:20 SCHUCK

Don't do this.

00:13:22 SCHUCK

You're talking about because you're playing games with me like.

00:13:25 EMERT

No, no, no. I'm just saying that there's like.

00:13:28 EMERT

I mean, they they've lied.

00:13:29 SCHUCK

That wasn't true. Like what?

00:13:31 EMERT

Oh, like how?

00:13:32 SCHUCK

plea agreement.

00:13:33 EMERT

In my plea agreement, they they lied to me to get me to, to. I mean, I was totally under duress.

00:13:41 EMERT

And I was totally sick. They completely lied. They basically she sat on a transcript. They knew I was never a threat to keep me in jail for 90 days, claiming a threat when she sat on a transcript for 90 days. I mean, it's just the with the the ethics deprived.

00:14:00 SCHUCK

OK, so but you, but you gotta remember, I'm not the DA.

00:14:00 EMERT

Is is bad.

00:14:03 EMERT

I know, I know, but here's what I'm asking you to do, and it sounds like you're kind.

00:14:07 EMERT

Of backpedaling as I need, OK.

00:14:08 SCHUCK

I'm not where I am. If you tell me that I know. So how do you stop your?

00:14:10 EMERT

OK. We'll just, OK.

00:14:15 SCHUCK

Because I'm still willing to work with you because I do think it's best for bryce.

00:14:18 SCHUCK

OK, cool. Please. Please stop pigeonholing right. OK. OK.

00:14:24 EMERT

Sorry, I I I've told everybody the fact that you're working with me. I've told a lot of people to **** ***.

00:14:32 EMERT

OK. So so just give me a little bit of credit because everybody else is telling me to do different things and I'm like, no, it's not getting anywhere.

00:14:40 SCHUCK

You know what?

00:14:43 SCHUCK

You you have to hear me.

00:14:46 SCHUCK

Your mom and cole fidelman have made my life hell and made your son's life hell and has continued on with all of the soul shape and increasing. He is spun out. He was doing really good when he first got here the first like.

00:14:59 SCHUCK

When he started.

00:15:00 SCHUCK

School. He was happy. What we want.

00:15:01 EMERT

Do you understand? I told Bryce to not run away. I told Bryce to see the best in you.

00:15:05 SCHUCK

I love you.

00:15:07 EMERT

He's. I mean, there's the last thing.

00:15:08 SCHUCK

She did until your mom. He didn't tell your mom and cole started, you know.

00:15:12 EMERT

OK, well, well, let's not talk about my mom and Cole. Let's talk about me. OK, I'm going to control me now. I'm telling you right now. I love by so much. I said, look, I see what you're going to do. I said you're going to live there. You are not going to run away and you're going to have fun, and you're going to be happy to see.

00:15:27 EMERT

Your sister. You'll be happy to.

00:15:28 EMERT

See your mom and OK, OK.

00:15:31 SCHUCK

Thank you.

00:15:32 EMERT

So that that's, that's what I. That's what I want for our son. Trust me. OK. And believe that. Alright, so I mean. But give me a little bit of credit because I'm trying to to to, to, to, to work this out.

00:15:43 EMERT

Now the way the my attorney has told me this should go down is that all of the criminal stuff should have been basically removed off the of the protective orders they promised me those were going to be removed and everything would default to family court and then we would go in there with the and the agreement and Family court where then more than likely.

00:16:03 EMERT

The the Family Court would say if this is what you agreed to, probably fine and then and.

00:16:08 EMERT

Then put it.

00:16:08 EMERT

Into the order.

00:16:10 EMERT

OK, that's how it was sold to me. And if that's not how it's going to go down, it's a bummer. But I that's what I need you to do is help me to get to that point, because it's not. Then there's other things I have to do. And I I'm just tired. I don't want.

00:16:24 SCHUCK

Like you asked me for a favor, but then you threaten so.

00:16:27 SCHUCK

This is what I'm going to say to.

00:16:28 EMERT

You about. Well, I'm sorry. I'm just. Just help me. Help me.

00:16:34 SCHUCK

Did you ever throw me a bone in the last 15 months? You had life.

00:16:40 SCHUCK

I I mean.

00:16:42 SCHUCK

You're asking for something that I'm willing to give you because I'm better than you.

00:16:47 SCHUCK

I'm kinder than you. I'm going to do it. I care about Bryce more than I care about.

00:16:53 SCHUCK

Anything else? So I'm gonna. I'm gonna. I'm not throwing you a bone. I'm helping our son because you don't deserve my kindness and my forgiveness. The way that our son deserves what he needs.

00:16:58 EMERT

Thank you.

00:17:10 EMERT

I do. I'm kinder than you think. Come on. There's I'm a good. I'm a I'm a good person. There's a lot more to the story. That's not really ask the story. That's just they're they're talking now.

00:17:19 SCHUCK

Well, here's the thing. It's like this is what, like you said, that you told a lot of.

00:17:24 SCHUCK

People to **** *** about me.

00:17:28 SCHUCK

You've put me.

00:17:28 SCHUCK

Through hell in the last year, the lessons divorce and now you just want me to like, oh, this is getting OK. It's going to happen. Yeah. OK. I'm. I'm going to do that. I'm going to do something like that, but.

00:17:40 SCHUCK

There is going to be.

00:17:43 SCHUCK

Parameters around it and a court order so that if.

00:17:45 SCHUCK

You don't follow it.

00:17:47 SCHUCK

You're in trouble.

00:17:50 EMERT

OK, price is almost 18.

00:17:54 EMERT

So you will not basically make his life hell.

00:17:58 SCHUCK

No, I don't want to.

00:17:59 SCHUCK

Make his life hell.

00:17:59 EMERT

OK, so why? Why? Hold on so tightly like.

00:18:04 SCHUCK

OK, here's why. Because our son missed a year and a half of high school not happening again because because he missed a year he missed a year and a half with his mom and his sister. That's why, because he, he was a year and a half with our family and he's been turned to get rob your whole your cousin Kate using.

00:18:24 SCHUCK

So stupid.

00:18:25 SCHUCK

My nephews don't hate Bryce. This is stupid and.

00:18:30 SCHUCK

You said to come over and over. Why?

00:18:31 SCHUCK

Didn't they come over? He. He cared. It's you.

00:18:33 SCHUCK

And then it's you like.

00:18:37 SCHUCK

I don't, I don't. We don't need to get into this. What I'm just saying is.

00:18:39 EMERT

OK, not.

00:18:40 EMERT

I never said they hate them, but OK, if you if you wanna ask a question, do you really want to hear the answer?

00:18:45 EMERT

To have that conversation right?

00:18:45 SCHUCK

For a very summary price, it's many conversations from what I can understand.

00:18:50 EMERT

Both both sounds like me because I raised him for the most part. Come on.

00:18:54 SCHUCK

Hey, rob. Chief, there's another misnomer. You stop saying that. Did you breastfeed Bryce? Did you push him out your hookah? Did you? You know.

00:18:58 EMERT

OK.

00:19:04 SCHUCK

Do all the things you wouldn't have been able to raise him. We raised him. I do not take credit for Skyler. I did not raise Skylar. We raised Skylar. Skyler's not getting this great GPA because I'm super mom of the year. It's because we raised her. Give me.

00:19:15 EMERT

OK.

00:19:23 SCHUCK

A freaking break.

00:19:25 EMERT

Thank you. Thank you. We raised both of them. Fantastic.

00:19:28 SCHUCK

So don't ever say I raised. I mean you got arrested in the first. I raised him for me. Baby. Are you kidding? Now freaking kidding me.

00:19:36 EMERT

Alright, we just talked about that. Let's move on. I got it all taken alright.

00:19:41 EMERT

So but what I'm trying to explain, the Bryce Bryce saw the way he has been treated. OK, so.

00:19:48 SCHUCK

No, but no he didn't. You told him how he. You thought he was being treated. You weren't there.

00:19:51 EMERT

OK.

00:19:56 SCHUCK

That that was it was classic alienation. Rob, you tell people research alienation. You should know you did it.

00:20:05 EMERT

You know, I got about Skyler. What's scary about anyone named for me then?

00:20:10 EMERT

Come on.

00:20:10 SCHUCK

I I hope she's not I. I tried my ask. Hard. So hard to not let that happen. No, you didn't. You didn't.

00:20:17 EMERT

OK, but I did the same for Bruce too. Yes, I did. Well, how come you even saying? How come you can see me and Bryce? But it's not. It didn't happen with you and Skylar.

00:20:25 SCHUCK

Because you didn't reach out to her, she reached out to you and you didn't reach out.

00:20:31 EMERT

To her, that's not true.

00:20:33 SCHUCK

He waiting for you to call.

00:20:34 EMERT

No, that's not true. The the I basically I was told that I wasn't going to lie to reach out to.

00:20:41 EMERT

And then basically, yeah, no, it's true. And you totally different.

00:20:44 SCHUCK

You should we go leave your court paperwork.

00:20:47 EMERT

The court paper where Katie told me that I was not allowed to talk to Skyler and I told her I told Katie to **** ***. I talked to my daughter whenever I want and she said, well, you're breaking your orders. And then what happened? But it's true. I thought I got all that.

00:20:59 SCHUCK

So I'm telling you.

00:20:59 SCHUCK

That that's not where I read the court order. So maybe you should.

00:21:02 SCHUCK

Have clarified with me and you know.

00:21:04 EMERT

And then what happened was when I was sending Skyler messages, there was, like these long delays, and I couldn't tell what was going on. And then I said that like.

00:21:12 SCHUCK

Well, that was nothing. Why don't you eat? When I I thought Bryce Block started blocking me. I started texting you like, hey, Bryce is blocking me. Can you? You know? Come on, rob. You didn't. If that was, and she took some weird messages from people saying somebody is.

00:21:29 SCHUCK

Blocking my your dad. Oh, my God. No. No, it wasn't. No, you don't. Why didn't you show up to our doorstep with the birthday present for her? Why didn't you? You know? And you've nothing I wanted to invite your mom and your sister to Skyler's play. And your dad. I really, really, really wanted to. I was really excited about it. And then we just just slowed down.

00:21:49 SCHUCK

Stupid freaking gauntlet of ********. Like. Are you kidding? Like uh, I I couldn't. I couldn't. I I.

00:21:57 SCHUCK

Kid you not.

00:21:57 emert

I think we're starting to argue that's like this is I didn't want to do this, I.

00:21:57 SCHUCK

Just ridiculous.

00:22:02 SCHUCK

No neighbor, neither. Because really, rob, you can.

00:22:06 EMERT

But sometimes he's going to beat me up.

00:22:08 SCHUCK

No, here's sync. You can scan the course and do what you want in terms. Of course if you want or you can really try here that I have that you saying well, you can be 18. Yeah. OK. So we could wait till he's 18 and I could sit here and make him miserable or we could work together and you could say that you. Well then stop telling me that.

00:22:24 EMERT

I know that's what I want to do.

00:22:28 SCHUCK

All the things that I can like I can.

00:22:30 SCHUCK

Show you other things like.

00:22:31 SCHUCK

That you've done wrong because.

00:22:35 EMERT

Let me just say, let me just let me say it again. I am sorry. I am sorry I've made a lot of mistakes. Please, let's move forward please. You tell me. Tell me.

00:22:45 SCHUCK

Take time. Demands on this. OK, I think we need to get him through the end of the school year, which would be June.

00:22:53 SCHUCK

I think we.

00:22:54 SCHUCK

Need to kick and we need to.

00:22:56 SCHUCK

And another like you to be able to talk to him because I think.

00:22:58 SCHUCK

Maybe if you talk to.

00:22:59 SCHUCK

Him and you say we're working this out. We.

00:23:03 SCHUCK

OK, baby, we'll have some hope.

00:23:07 SCHUCK

What can I do on the criminal end to make that happen?

00:23:13 SCHUCK

Want me to call your lawyer? Do you want me to call the DA? She's not at you might be back now. But hey, I'd like love to talk to you.

00:23:20 EMERT

Right. OK. What I'm asking, asking you not to do the bryce is basically just to hold the card out to a 16 year old boy.

00:23:29 EMERT

It's it's like that's, I mean, you're just gonna make him more ****** ***.

00:23:33 SCHUCK

What am I? What am I? What do you?

00:23:34 EMERT

Mean. What do you mean? Like, you know, if you're basically saying, OK, well, you can talk to your dad, but you're not going to see your dad until after after until summer starts. I mean, just.

00:23:45 SCHUCK

So you'd you'd rather not.

00:23:46 EMERT

Well, no, I'm just saying. No, no, no. I'm saying whatever. Let's work something out. But I'm just saying. Why, what? Why put a child out in front of a 16 year old? No 16 year olds at this point would be like F you and run away.

00:24:03 EMERT

I mean, are you really going to push him to that level where he's going to get hurt or something? Let's not do that to him.

00:24:05 SCHUCK

No, I.

00:24:08 SCHUCK

See you again again.

00:24:12 SCHUCK

I'm not. I'm not.

00:24:14 EMERT

He's going to get hurt. He's going to get hurt.

00:24:14 SCHUCK

Oh my God.

00:24:19 EMERT

We've got to stick. We've got to fix this.

00:24:21 EMERT

You need to help him then, if you, if you. If you keep on doing this to a 16 year old.

00:24:27 SCHUCK

Here you go. Here you go.

00:24:27 EMERT

No, I'm mad. No, I'm mad. And I'm saying look at where he's at. He's flipping out. Let it let him go a little bit loose, sleep a little bit.

00:24:35 SCHUCK

The only thing that on you.

00:24:39 EMERT

No, I'm no, I'm home.

00:24:39 SCHUCK

Or your parents or.

00:24:41 EMERT No

one who?

00:24:43 SCHUCK

I'm doing nothing.

00:24:46 SCHUCK

This is what I'm trying to tell you. He may ask to your mom and to everyone else, like I'm doing **** to him, but he I'm not doing anything to him. As a matter of fact, any minute I try to, like, go talk to her or

whatever, I don't do anything. I if anything, I'm trying to make him laugh. I'm trying to spend time with him.

00:25:05 SCHUCK

And he doesn't. He's mad.

00:25:08 SCHUCK

And he's mad because your mother.

00:25:11   SCHUCK

And that I can that.

00:25:13 SCHUCK

Is for sure 100%. I know you don't want to talk about your mom, but she she did nothing to help.

00:25:19 SCHUCK

You while you were out.

00:25:22 SCHUCK

She made things worse with your son.

00:25:24 EMERT

OK. Just you know, I'm gonna go beating up on me this conversation.

00:25:24 SCHUCK

With his mom.

00:25:26 SCHUCK

So you think if you kind of no, don't you think if you had come out of your of of this situation and we're OK?

00:25:34 EMERT

I'm really I I really don't feel good. I don't feel well and I just I I was so happy to talk with you to maybe like something.

00:25:42 SCHUCK

You know what, Rob? I am too. I I was too.

00:25:46 SCHUCK

But you don't get to come here and.

00:25:47 SCHUCK

Make demands on.

00:25:48 EMERT

I'm not making demands. Yeah, I don't. I can't make any demand at this point.

00:25:53 SCHUCK

So why don't you hear how I envision it? And you can say, OK, not what I was hoping, but OK, I can work with you on.

00:26:00 EMERT

This work with you on anything, because I don't get to make choices at this point.

00:26:06 SCHUCK

OK, so listen to what I think needs to happen.

00:26:08 EMERT

OK.

00:26:11 SCHUCK

I think that I need to talk to the DA about dropping the protective criminal order.

00:26:17 EMERT

And they they promised me that was actually already been removed as part of the deal and lied to me. And then I can.

00:26:17 SCHUCK

OK.

00:26:23 SCHUCK

I heard I'm hearing you.

00:26:24 SCHUCK

And I'll talk to them, OK.

00:26:25 EMERT

And I can accuse it, but that's going to take time and I'd rather you have work something out because in the meantime I make some time and resources.

00:26:35 EMERT

And that the that, that's me, you Bryson Scott, anywhere. So I got to just work with you and get that fixed. But if I can't, I mean, I'm saying that's that's why I'm begging you to.

00:26:43 SCHUCK

I can.

00:26:44 SCHUCK

I I can't go and draw a perfect this is the DA does that. You don't understand. It's not like I have it.

00:26:51 EMERT

Well, the DA promised me that's part of my deal is that it's going to be removed.

00:26:54 SCHUCK

When I talk to the why don't you give me some credit? Stop talking over me and just listen. Why don't you let me talk to the guy about it and say hey?

00:26:59 EMERT

OK.

00:27:05 SCHUCK

Rob and I spoke and he is concerned because he was under the impression that you had offered to take the protective order off. What do what are the next steps she wants? She was what? The first advocate to say to Bryce. Hey, I hear you. I know you want to be with your dad or and goal is to get get you there with your dad. But there's some steps we need to take and that is exactly what I'm trying to do well.

00:27:26 SCHUCK

Because I'm trying to do it correctly because I don't want to get you in trouble. I don't want you to get in trouble, and I don't want to hurt our kids anymore than possible. And they are.

00:27:35 EMERT

Being able to get in trouble is this.

00:27:39 EMERT

We went and said things to them. I mean, you know, we need these people out of our lives andrea. These people. I mean, there's some really scumbags.

00:27:47  SCHUCK   And   we

need these. 00:27:48


People out of our life, you took our kid away from us and I needed them in our life to get our kid back. So you think about that and we can go now. We can just put a kid in it.

00:27:59 EMERT

Uh, Bryce is doing pretty well, though. He was doing really, really well. You don't understand.

00:28:02 SCHUCK

OK. Do you know what, rob? He wasn't doing well. You know why he weighed 100 and \*\*\*\*\*\*\* 23 pounds. You know, he has OCD you wanted around. He was a year and a half of high school, so you can see her and say, yeah, he's working out this lady. Oh, \*\*\*\*\*\*\* \*\*\*\*.

00:28:18 SCHUCK

This kid did not come to me in good shape.

00:28:23 SCHUCK

He did not. So you say you have this year of wonderfulness.

00:28:25 EMERT

There's a million weight witnesses that say otherwise.

00:28:28 SCHUCK

OK, you know what? And he's going to say otherwise. Oh, yeah. Well, I didn't have to go to traditional school. I didn't have to be socialized. I didn't have to clean my room. I didn't have to blow, blah, blah, blah, blah, blah. OK.

00:28:39 EMERT

He was totally socialized and witnesses made all said just just.

00:28:39 SCHUCK

You know, I will.

00:28:42 SCHUCK

OK, you know what?

00:28:43 EMERT

Go back too.

00:28:44 SCHUCK

She she. That's funny. You know what I have?

00:28:46 SCHUCK

Hundreds more witnesses that say he's struggling because he's not used to being around people. So you know we can do this tip for TAT, but I don't think that that year for him, I don't think any child for Chicago or for Bryce was good. Not seeing their parents for 15 months at all. I I would have gladly met you at a Denny's and had breakfast with you.

00:29:07 SCHUCK

You never you. You thought I was just gonna show the SWAT team and I never. I didn't even want to. I didn't even put in for the.

00:29:17 SCHUCK

The DA's office to get involved until bryce started blocking me and I was begging you. Please let me talk to Bryce, please.

00:29:23 SCHUCK

Let me talk to.

00:29:23 SCHUCK

Bryce, well, you know what? If if if there was 1/4 and it was the other way around, I for sure would have made Skyler talk.

00:29:29 SCHUCK

To you and you know, I wanted to talk to you now.

00:29:33 SCHUCK

Actually, I think she should talk to you now.

00:29:36 SCHUCK

And you should try to get your relationship on.

00:29:38 EMERT

He always had a great relationship with the fact that we don't have a good relationship now is pretty weird because there's not nothing ever happened that would have made-up for bad.

00:29:39 SCHUCK

Back on traffic.

00:29:46 SCHUCK

15 going through ******* hell Friday Nicole and Bryce. Every single day I called that kid every day. I texted him. Every day I showed up your house. I sat in front of your house. I basically came to my car in front.

00:30:02 SCHUCK

Of your house for hours.

00:30:04 SCHUCK

And sitting there waiting, hoping somebody would come down. It had locked the gate so I couldn't even walk up to the door and say, hey, can we talk, you know?

00:30:13 SCHUCK

You could knock down our door any day.

00:30:17 SCHUCK

And tried with her.

00:30:20 EMERT

I kept hoping that things were going to get resolved and that got pulled along. I'm telling

you. 00:30:24 SCHUCK

Well, you pick you picked brace, you put bryce first you picked bryce first over her and she

saw that. 00:30:30 EMERT

It's not unlike you.

00:30:31 SCHUCK And I try to tell

her. 00:30:32 SCHUCK

That's not true, but that's what she thinks.

00:30:34 EMERT

OK. So let's OK, we're going in circles that they're not married in which you don't have to do this.

00:30:38 EMERT

And that's what can we do to fix it? I'm going to take it. You can get what? What can you do? What can you do?

00:30:42 SCHUCK

But sounds like.

00:30:46 SCHUCK

Can you like what you?

00:30:47 SCHUCK

What you want me to do?

00:30:48 SCHUCK

Is just be like.

00:30:49 EMERT

No, no, I OK, I don't. I I'm. I know I'm asking you, what can we do? What I'm asking you to do for Bryce is to let him start coming over or talking to me.

00:31:00 EMERT

Quickly so that I'm hoping that if you need let let up a little bit that will be like OK to be there at the school. I can talk to them and give advice. Why don't you just be OK with it at the school? It's a good

school and then I can start talking to you about about maybe staying them up and so passed off about it. But if you if you hold on too.

00:31:21 EMERT

Tightly to a 16 year old when you are forcing him, it's just gonna end up battling for him. But that's my my that's my suggestion.

00:31:28 SCHUCK

Are forcing him to go to school? Yes, forcing him to go to that school. Let me tell you this, he said. Actually, I'm not.

00:31:31 EMERT

OK.

00:31:33 EMERT

But you. But if you if you hold on too tight, he's getting away with something or worse.

00:31:37 SCHUCK

OK, OK.

00:31:39 SCHUCK

OK.

00:31:40 EMERT

So that's not first start this it's work together.

00:31:42 SCHUCK

But you know, at this moment, if he runs away, he's going to do these. So that's I'm not. I'm I'm not. I'm not. I want to run away Rob. I know they're not holding on too tight. I can't even get near him without him. Like get out of room. Get the **** away from me. Get the **** away from.

00:31:46 EMERT

Why would you do that? Why would you?

00:31:47 EMERT

Write him e-mail out.

00:31:57 SCHUCK

Me, I mean.

00:31:58 SCHUCK

You probably get on the phone when you screaming out.

00:32:01 EMERT

Hello. Skyler had. If Skyler had a choice to be the juvie or with you, I would put it with you. And it's it's concerning is that you're like, well, advice of the choice. I'm.

00:32:13 EMERT

Going to put in choosing.

00:32:13 Speaker 2

No. What I'm saying is right now, you, you can't. You won't. They won't let you go. You can't. You can't have them anyway.

00:32:19 Speaker 2

So if he runs away from me, that's what his options are. I don't like it. I don't want it. And I'm not going to try to change it, but not to keep, oh, my God, you're right. We're not married, and we don't have to talk to this. And I do want to say I do want to work with you, but I don't have to. So don't act like this is all my fault.

00:32:38 EMERT

And not that that's your fault. And you don't have to talk to me and it's going to be. I'm going to take what you give me. So that's what I.

00:32:43 EMERT

Understand that maybe you're misunderstanding.

00:32:45 SCHUCK

I. No, I and I I wrote it all out to Sarah. She just said to me, Andrea, there's steps we have to take.

00:32:54 SCHUCK

We need to 1st like we don't just blow into family court and up to upheaval a judgment. We need to go through. What the the 20th is. She was trying to continue and whatever that was. And you know, you're asking me to take a big leap with, you know, like appreciate the video being down. But you know what? Put it back up if that makes you feel better.

00:33:13 SCHUCK

Because really it's just more embarrassing for Bryce and for you than it is for me. So I did it.

00:33:19 EMERT

We can't talk about that. I took it down. I've never seen. I never stopped.

00:33:21 SCHUCK

I know, but to say like.

00:33:23 SCHUCK

Good, because it was motivating.

00:33:25 EMERT

OK.

00:33:26 SCHUCK

But what I'm saying is that.

00:33:32 EMERT

This is why. Why hold on so tight with price? He's 16, OK?

00:33:38 SCHUCK

When you think.

00:33:38 Speaker 2

I'm holding on so tight. What do you mean?

00:33:40 EMERT

OK, OK.

00:33:41 SCHUCK

Give me an example because I don't know.

00:33:43 SCHUCK

What you're talking about?

00:33:44 EMERT

So if you want to stay with me.

00:33:45 EMERT

He goes to juvi.

00:33:47 SCHUCK

I I didn't say that.

00:33:48 SCHUCK

That's what the the the District Attorney investigators

said. 00:33:52 SCHUCK

Don't run away.

00:33:54 SCHUCK

If you went away when they catch him, like what?

00:33:58 SCHUCK

Like how the hell do you run away?

00:33:59 EMERT

He's got lots of, he's got lots of family and friends that love him, that would never run him in a place like that. Why? Why do that?

00:34:05 SCHUCK

Like that either. Do you think I want that? Do you think that I want that he needs to stay with his mom?

00:34:12 EMERT

OK, so either way, she's staying with me and do what I say.

00:34:16 EMERT

Or you're going to get a juvi. I'd like to let you go somewhere else. I mean, this is. It's something that just kind of ask.

00:34:22 SCHUCK

You said you, I said. So let me ask you, Sir, you are you asking me to let him go somewhere else right now? Until you can, we can work it out for you to meet with him. OK. And what? What do you ask?

00:34:29 EMERT

No, no, of course not.

00:34:32 SCHUCK

Why are you saying that?

00:34:33 EMERT

Well, you're saying it's just it's just it's kind of disturbing.

00:34:37 Speaker 2

I'm just saying. He ** *** really shouldn't.

00:34:40 SCHUCK

OK, what I'm saying is he really can't run away. It's not an option for him because the options for him right now are not good if he runs away and I he can run away to your family or whatever and you could padlock them back up in your thing. But it's.

00:34:54 SCHUCK

Not gonna be good for you either, so the truth is, is we need to have bryce make.

00:34:58 SCHUCK

The healthy smart choices.

00:35:00 SCHUCK

And right now that get put and we will work on you and I will work on this, this plan. And so I have some ideas about. I wrote down all my ideas.

00:35:09 SCHUCK

I'm not. If you want to hear them right now or you're just too sick to hear them.

00:35:12 SCHUCK

But I think you would be interested.

00:35:14 EMERT

OK, OK, that's fine. And again, it's your I'm going to take what you give. I'm just going out suggestions here there and all I'm saying is.

00:35:24 EMERT

If you might want to think about.

00:35:26 EMERT

Having a good relationship with Bryce in the future, and if you really.

00:35:32 EMERT

If you clamp down on him too tight now you think that you're not gonna get that back.

00:35:35 SCHUCK

What were you thinking of? You're not even letting me talk about what my plan would be. And and also clamping down. I'm just trying to like, dude, I'm. I am.

00:35:41 EMERT

OK. Go, go. That's it.

00:35:48 EMERT

I think if you let him start to talk to me more and a little over here about that.

00:35:52 SCHUCK

OK, but this is.

00:35:53 SCHUCK

What I'm saying, until that we can get that criminal criminal order protection listed.

00:35:58 SCHUCK

That can't happen.

00:35:59 EMERT

They that already.

00:36:00 EMERT

Was supposed to be gone, that was.

00:36:01 EMERT

Part of the deal.

00:36:01 SCHUCK

OK, so this is what I'm.

00:36:02 SCHUCK

Saying let's work it out with the DA.

00:36:04 SCHUCK

And get that dropped. How?

00:36:05 EMERT

About that. That should take. Like, that's because I'm already asking to. I'm already withdrawing my plea because that wasn't that wasn't part of the deal.

00:36:16 EMERT

Because they, they they the way it was.

00:36:17 SCHUCK

You know, and I've always said to you from the very beginning, Rob.

00:36:21 Speaker 2

Is do what you got to do, but every time you do what you got to do, it gets our family more in a **** show. So. And for me too, when I have to do what I have to do, it just gets us into a **** show. So if you want to do that.

00:36:33 EMERT

So that when you do it now, I don't want to do this.

00:36:35 EMERT

When I'm talking to you.

00:36:36 SCHUCK

What? What are you asking? What do you want?

00:36:37 SCHUCK

From me right now. 00:36:40

SCHUCK

What? What is it that you want to to go get Bryce on the phone for you right now? You talk to Bryce. What is it? What is it? This is what happened. We were married. You would. You would push me push.

00:36:48 SCHUCK

Me. Push me. Push me. Push me until I gave you what you want.

00:36:51 SCHUCK

And then you were happy and you got what you wanted. So just tell me what you ******* want and I'll give it to you because I can't. I can't. I can't do this anymore.

00:36:59 EMERT

OK, let's let's put bryce 1st and I think that's that's what that's going to.

00:37:03 EMERT

Look like.

00:37:04 SCHUCK

You know what? I'm not going to put bryce first. I'm not doing that. I'm going to put Skyler first. I'm going to put Skyler first, so I'm going to put Skyler first. I'm gonna.

00:37:11 EMERT

That's that's not. That's not what I meant. Overdoing you.

00:37:12 SCHUCK

Put Skyler first, yeah.

00:37:15 SCHUCK

No, but I'm going to put Skylar first, because right now Skyler's been last in this family and she deserves you first. So you hear that right now? I'm going to put Skyler. What?

00:37:23 SCHUCK

She needs and right now she doesn't need Bryce. So that's why I'm willing to play ball with you so you can hear.

00:37:30 SCHUCK

That's the truth. And if you've been recording me this whole time, I'm going to tell you. That's so ****** **. And that's so I'm not consensual.

00:37:36 EMERT

No, I'm not.

00:37:38 SCHUCK

Or if anyone's listening to me.

00:37:39 SCHUCK

They can go **** ***.

00:37:40 EMERT

You know, nobody's listening and they give us credit. It's just me and you trying to work this out. And again, I'm just happy you're talking to me. That's it.

00:37:50 EMERT

OK.

00:37:50 SCHUCK

Yeah, because my people are telling you to tell you to **** ***, too.

00:37:53 EMERT

OK, so let's, let's put our kids first and and.

00:37:57 SCHUCK

And honestly, you don't have a big deck plate. Your hand is very small right now, so you should be listening to me.

00:38:02 EMERT

I know, I know it is. I'm telling you that I know that. That's why I keep saying you get to ******* tell me.

00:38:05 SCHUCK

So stop telling me to stop clamping down because I'm not clamping down.

00:38:10 SCHUCK

I'm not clamping down as a matter of fact, I'm unclamping. I'm like Bryce. You have to go anywhere. The only thing.

00:38:15 SCHUCK

You have to.

00:38:15 SCHUCK

Do is go to school. That's all you have to do. That's all I ask of.

00:38:18 SCHUCK

Him is to go to school. I don't ask him anything.

00:38:19 EMERT

OK, tell me. Tell me what your deal looks like.

00:38:22 SCHUCK

I was just.

00:38:23 SCHUCK

Thinking that I'd love I I would love for us and you can say no. But all of us, the four of us, go to mass. 00:38:31 SCHUCK

On Sundays, evenings together. And then Bryce come home with me.

00:38:36 SCHUCK

Goes to school on Monday.

00:38:38 SCHUCK

Come, come have Monday night dinner.

00:38:40 SCHUCK

Go to school on Tuesday. You pick them up, you keep them until we go to mass on Sunday.

00:38:46 EMERT

That's fantastic. Perfect.

00:38:49 SCHUCK

OK. So can you ******* clamp your **** up?

00:38:58 SCHUCK

I mean, you never even let me get out. What? I was going to say before. You're like, you can't again.

00:39:02 SCHUCK Clunk again,

clamp. 00:39:03 SCHUCK

Down. You know your mom is hassling my son, and she's also answering the phone during school hours. 00:39:04 EMERT

No, no.

00:39:09 SCHUCK

That she can't do that anymore.

00:39:11 SCHUCK

She can't do that. You know, she you know what he does? He goes into the office.

00:39:12 EMERT

OK.

00:39:14 EMERT

That's that's a great a great. Thank you. And you tell you something. Thank you. Because I think that's very reasonable and it's super.

00:39:22 EMERT

On all fronts. So thank you very much for that.

00:39:26 SCHUCK

Additionally, I would like GPS on his phone and it always turned on.

00:39:32 EMERT

Fine, I figured you'd be on anyways.

00:39:35 SCHUCK

He won't. He won't let me have GPS.

00:39:37 SCHUCK

On his phone.

00:39:40 EMERT

Well, I'll fix that for you. Right. OK.

00:39:40 SCHUCK

So OK, so I mean I could be able to and you should be able to have Skyler's GPS.

00:39:47 SCHUCK

For sure.

00:39:49 SCHUCK

I want reunification therapy.

00:39:53 SCHUCK

I want it for you and I want it for me and I heard how you felt when you were arrested about reunification therapy. I don't care here we think.

00:39:54 EMERT

OK, OK. But there's certain.

00:40:01 EMERT

Well, are you talking about like is your your? It depends on your definition of the information that we're talking about, just the four of us all going to therapy to the others that kind of.

00:40:08 SCHUCK

Well, I I think Bryce.

00:40:10 SCHUCK

And I need to go. And you and Skyler need to go and.

00:40:12 SCHUCK

Maybe we all.

00:40:12 SCHUCK

Four need to go together if you'd like to pick the.

00:40:13 EMERT

OK.

00:40:15 SCHUCK

Therapist. Then we could do that too.

00:40:17 EMERT

That's fine. That's. That's fine therapy. I agree with that. That's not my definition of the unification therapy, but that's that's fine.

00:40:24 SCHUCK

What's your definition of reunification therapy?

00:40:26 EMERT

The the the more, uh.

00:40:31 EMERT

The ones where they take the kid and they put them into a home and.

00:40:35 SCHUCK

No, I'm not doing that. I'm not putting brakes. Anyway, if you ever ******* ask me, you would have known. I want that.

00:40:36 EMERT

Exactly. OK, OK. OK, that's fine. That's I'm talking about it.

00:40:42 EMERT

OK.

00:40:43 EMERT

OK, great. OK, fine. Check you check the box. It's the one. Yes, that's great.

00:40:45 SCHUCK

Did you assume the film makes an ask of you all the time your assumptions have been made you?

00:40:51 SCHUCK

An idiot.

00:40:53 EMERT

OK, alright.

00:40:54 SCHUCK

I'm sorry, I'm mad at you.

00:40:56 EMERT

Yeah. So you're what you're offering is?

00:40:59 SCHUCK

You could give me some mean.

00:41:00 SCHUCK

Things to me, if you want to. I don't care.

00:41:02 EMERT

No, I I just, I don't, I just, I'm going to get through this and if what you're offering is fine and I think we're going to be able to to get it done and.

00:41:13 SCHUCK

And then I think once we go start going to math together, then you and Skyler could see each other and then we.

00:41:19 SCHUCK

Can go a little bit more on her end.

00:41:21 SCHUCK

And she was 13.

00:41:21 EMERT

Well, I don't think so. Here's the thing. I'll do whatever you want, and I think it's great that we'll we'll see each other and stuff, but I really don't think you want to see me at all and that you might. OK. OK.

00:41:30 SCHUCK

I don't, I really don't. But.

00:41:31 SCHUCK

I'll do anything for these kids.

00:41:33 EMERT

OK, well that's fine. And if you choose not to be there because I think I think you're going to see me and be really upset and.

00:41:42 EMERT

You know, I don't. I don't know.

00:41:42 SCHUCK

Why? Why?

00:41:46 EMERT

I just don't because you think you hate me. And then I just don't.

00:41:46 SCHUCK

We had the.

00:41:49 EMERT

You go on.

00:41:49 EMERT

Your own so.

00:41:50 SCHUCK

You don't know the definition of hate.

00:41:54 EMERT

But everything you're saying is awesome, so I take it fantastic.

00:41:57 SCHUCK

And I'm not promising this, this is.

00:41:59 SCHUCK

Just my thoughts.

00:42:00 EMERT

OK. Yeah, I know that part of community.

00:42:01 SCHUCK

OK, this is.

00:42:02 SCHUCK

And I went. I went over this with Sarah. Today I talked to my parents about it because I'd like to start price out on.

00:42:08 SCHUCK

His week.

00:42:09 SCHUCK

I'd like, and I know he'd rather be with you on the weekends, so that's why I'm offering most of the weekend. But I'm not offering. I'm just saying this is my additional thoughts is that if I could get him. No, he's at school. Start off on a Monday. I could check in with him.

00:42:22 SCHUCK

And he, you're going to have to do some Rob magic on wanting him to stay at my school because he has been told by your mom how horrible the school it is. And. Yeah, yeah. Yeah, that sucks. Yeah. Yeah, yeah. Yeah. That sucks. And it has not done him any favors.

00:42:40 EMERT

And that's what I'm saying. I'm I'm not. I'm not. I'm going to have to work. I'm gonna have to get it done so.

00:42:48 SCHUCK

And he's got on a really good graduation plan.

00:42:51 SCHUCK

Like they've done.

00:42:53 Speaker 2

Bent over backwards to get this kid to.

00:42:54 SCHUCK

Get a diploma.

00:42:56 SCHUCK

He's got to take summer school.

00:42:58 SCHUCK

He's got.

00:43:00 SCHUCK

You know, he's got some credit recovery to do, but we're going to do it.

00:43:04 SCHUCK

Because the truth is.

00:43:06 SCHUCK

**You could have kept bryce the whole time if you had been in school.**

00:43:11 SCHUCK

I wish you'd known that if I could have talked to him and.

00:43:13 SCHUCK

He'd been in school. I would have left you alone.

00:43:16 EMERT

You know, it's not the dude that could have shut out, OK? Because there's.

00:43:18 SCHUCK

No, but this is. This is how I stand.

00:43:20 SCHUCK

By this, everyone, everyone, everyone knows that all of your court watcher people, I said it 100 times. You could.

00:43:29 SCHUCK

If he had been getting an accredited education and I just don't believe in home school, Rob, I just don't. My public school teacher, I don't like it. I don't particularly know how schools are awkward.

00:43:37 EMERT

There's something that just that I want to post that I want to just throw something out there to you is that I hope you give me and don't answer this, but I hope you give me a little bit of credit because the condition.

00:43:51 EMERT

Emotional that bryce was in.

00:43:54 EMERT

At that point in the I know this, but for the year and a half, I mean he was he was doing so well.

00:43:56 SCHUCK

Back there now.

00:44:02 SCHUCK

He wasn't being asked to do things like an like a schedule on an average thing. Rob, you don't. You're not you, for you're missing. Is not anyone. It was. It was great. And you know the church is. He hasn't been around kids or teens since, like.

00:44:19 SCHUCK

Like that wonky school at at Woodland Park, like he hasn't been around normal kids for a really long time, and I I regret the woodland school thing. I didn't know what we were getting into. I just believed what Trish Fleming said. I believed her. I listened to her, I trusted her and I didn't know.

00:44:40 SCHUCK

I wish that we had been able to, with COVID time to go over and check out what that was. I wish that I had known more. I would never have let him go there, ever, ever.

00:44:49 EMERT

$1000 bad, but they used.

00:44:51 EMERT

OK.

00:44:52 SCHUCK

I do think that San Marcos is harder than Carlsbad and you know, so many people rooting for him at Carlsbad. He has looked down to the like security guards who like, look out for him in a good way and like so many people that.

00:45:05 SCHUCK

Just like are so.

00:45:07 SCHUCK

Cool and nice to him, but there's always ****** kids in high school. You know, there's just ****** kids. It's.

00:45:12 SCHUCK

That way the Marcos it's that way. It'd be that way, anywhere he goes here, he has people who are bending over backwards to help him with his IP and his tests in his testing center and and. And he always has somewhere to go. He always can go in my room.

00:45:24 SCHUCK

And you know, like it's.

00:45:27 SCHUCK

He goes in my room and he calls your mom and he yelled out about me to your mom, but yeah.

00:45:31 EMERT

So here's the here's the thing I'm going to work with you on all of that. Just, you know, I don't know what he's really upset about the terms of. You and I are talking. So just basically say just, you know, you know, just don't.

00:45:47 SCHUCK

Here's why Bryce here's why, Rob.

00:45:49 SCHUCK

Because he thinks that anything that I have come up with, anything that's he thinks you're. I'm not in your jurisdiction. These are words like court words like they're like water, right. I don't. I mean that's because you didn't doctor nated him in court.

00:46:04 SCHUCK

Life and that was a big mistake. But here's what I'm going to say.

00:46:10 SCHUCK

It is under mine.

00:46:12 SCHUCK

And you know it and I know it and I not really sure it's completely right, but it is right now. So what we need to do is make him understand that it's our decision.

00:46:22 EMERT

Thank you. I appreciate that.

00:46:24 EMERT

The so.

00:46:27 EMERT

OK, let's do this because I really appreciate the the the general idea of the general. Maybe offer is great. Hopefully it went from my understanding is that that we'll be able to make that happen. And if you need, if you need, change it for whatever reason.

00:46:49 EMERT

Here's the thing you it's your say at this point and I understand that. So let's say for example, you say he's at your house from Monday until the next Sunday. We have the case if.

00:46:58 EMERT

You want him?

00:46:59 EMERT

Home on a Thursday, for whatever reason, I will get him over on Thursday. OK, so I know that you're you're offering. Love is great stuff up, but I'll still do.

00:47:07 SCHUCK

OK.

00:47:09 EMERT

So you don't have to have it all in writing, because I'm going to do what you ******* tell me to do because I want.

00:47:13 EMERT

I'm I'm trying to get this to work.

00:47:15 SCHUCK

I think for myself I need it in writing the other portion of this is.

00:47:20 SCHUCK

You know, while we both have our swords up high, we've had them.

00:47:23 SCHUCK

Up high from.

00:47:24 SCHUCK

The first.

00:47:26 SCHUCK

Weekend and I want. I really want you to hear me say this from the there's two things from the bottom of.

00:47:31 SCHUCK

My heart, the day that I called the police, I never wanted you to get arrested. I never wanted any of that. I just didn't know what to do. I I'm so sorry about that night, because that's like the catalyst for all of the really negative.

00:47:46 SCHUCK

Stuff that happened to us.

00:47:50 SCHUCK

I I literally I called for protecting the peace officer. I never, ever, ever, ever. It was after I left there in handcuffs that I.

00:48:00 SCHUCK

And I and I know that pot, kettle black. But I'm telling you, I'm so sorry about that. And I wish that.

00:48:07 SCHUCK

Had never happened.

00:48:08 EMERT

Thank you. Been 90 days in jail. I I.

00:48:11 SCHUCK

Yeah. No, that's what I'm saying. I understand. And I couldn't. I didn't wish that on you.

00:48:15 EMERT

I'll never I'll never recover from that.

00:48:18 SCHUCK

No, I'm sure you won't.

00:48:20 EMERT

Yeah, I'm telling you, I just, I mean the scar is, is deep. And I just you know.

00:48:26 EMERT

UM.

00:48:29 SCHUCK

That's why, like when you're sitting here telling me, like, oh, it was the year, it was all this good stuff. It really wasn't because it brought you that.

00:48:38 SCHUCK

You thought you were doing the right thing. The right thing would have been to. OK, so here's my the next thing I was going to say. We've both had our swords up high says that since that event, like we've been in a like a a sword fight since then. And right now you're on the ground. And I have my sword up. But your sword is still up. And you could jump up and.

00:49:00 SCHUCK

And stab me with your sword sword. But I still have the upper hand, cause you're on the.

00:49:05 SCHUCK

So what I'm saying is, drop your sword and.

00:49:07 SCHUCK

I'll drop mine too.

00:49:09 SCHUCK

Drop your sword. But you want me to, like, drop mine and know that you could jump up and stab me.

00:49:15 SCHUCK

That's the problem.

00:49:16 EMERT

OK, what So what am I holding up? I don't because that.

00:49:18 SCHUCK

You're holding up the civil case against me and you're holding up a appellate case against our case. 00:49:28 EMERT

OK, so for that you needed a while.

00:49:28 SCHUCK

I don't want to go to court anymore.

00:49:30 SCHUCK

And you don't think.

00:49:31 SCHUCK

I understand you think I don't want to go back.

00:49:33 SCHUCK

To court on Gemma court.

00:49:34 EMERT

Me too. So what? What? So in the agreement. So. And you dismiss those two things.

00:49:41 SCHUCK

See, The thing is is like you got to put.

00:49:43 SCHUCK

Your sword down first. At least one of them drop one of them.

00:49:49 EMERT

Well, in the agreement, why don't you just say?

00:49:52 EMERT

That I do this and you do this.

00:49:52 SCHUCK

This is the thing I can agree to this only unless this happens, but it's like.

00:49:59 SCHUCK

This is what Sarah and I were talking about today. I don't know that because it's your history and the history of, like, all of the.

00:50:06 SCHUCK  Things  that

you've. 00:50:07 SCHUCK

Done to **** me over in the last three years.

00:50:11 SCHUCK

That you that you'll do what you're going to say you're going to.

00:50:16 EMERT

Well, we both have to do what we say we do in.

00:50:18 EMERT

The agreement or blows up.

00:50:18 SCHUCK

Yeah, but how do I have to do my? I have to have my.

00:50:22 EMERT

You're not. We did that before putting our swords down at the same exact time because we don't agree to the agreement.

00:50:28 SCHUCK

Well, see, I think like I signed that and then you go and you leave your appellant and you leave your civil thing. And The thing is I could care less if you sue. Freaking leave showman and all of those people, I could care ******* less. You still wait, Rob. But I had nothing to do with anything. And I don't believe there was any corruption on my end at all.

00:50:48 SCHUCK

I I absolutely do not think that I I.

00:50:50 EMERT

No. Well, maybe there wasn't. But you rode that wave and you could have helped me. And you saw what they were doing to there.

00:50:54 SCHUCK

No, I well.

00:50:55 SCHUCK

I didn't. There was no way for me. You don't understand. I was just as in the dark going into court as you were. That's where you think that I thought that I had some upper edge. I never did.

00:51:04 EMERT

They were pummeling me. They were pummeling me. And you could.

00:51:05 SCHUCK

I always put it there.

00:51:07 SCHUCK

Bob. Bob. Yeah. Because we're not profiling you. You were fighting like a bear back into a cage when you weren't even being fought, like, like a little bit of like.

00:51:20 SCHUCK

Stand down for you would have gone a long way with everyone, OK? You just kept them coming like you like I'm.

00:51:28

Gonna fight you now? I'm gonna.

00:51:29 SCHUCK

Fight you now.

00:51:30 SCHUCK

OK issue, there's a problem. Let's work this out. That kind of like what you're doing now. You're trying to work. This is what should have happened three years ago.

00:51:40 EMERT

OK. Well, let's just do it now. So I will give you whatever you want. Realistically, OK, most. I mean, I give you. So you mean I because I seriously. I I.

00:51:49 SCHUCK

You didn't have to give me any.

00:51:50 SCHUCK

I mean like don't.

00:51:51 EMERT

And you will be on so. So you know when you say drop all that stuff, I'm going to drop all and I'm going to what? I'm going to ask you to do to help me is because I need to make money.

00:52:00 EMERT

I need to have the UM, the felony A misdemeanor, because they I'm gonna. I'm gonna ultimately I I can get it appealed anyways and in the higher court I will have it. I will have it overturned and they know that. But I don't want to go there, OK.

00:52:17 SCHUCK

I don't think they know that.

00:52:20 EMERT

OK. Well, yeah, yeah.

00:52:22 SCHUCK

I'm just telling.

00:52:22 Speaker 2

You like? From what I know that.

00:52:27 SCHUCK

I hope that's true. I don't want that for you. I didn't want this for you in the 1st place. I just wanted to freaking talk to our kid and get.

00:52:33 EMERT

Into school like so.

00:52:37 SCHUCK

And you know what? I have that documented upside down inside out that.

00:52:41 SCHUCK

This is I.

00:52:41 SCHUCK

Offered you, I offered you the moon.

00:52:45 SCHUCK

And you went off calling off, telling everyone that I gave you custody when I. That wasn't what I said. I just said, hey, you look.

00:52:52 SCHUCK

We've been with you and this.

00:52:55 EMERT

OK, stop beating me up about, like where we're at. OK, let's just do. I mean, we're right here. We're here now. OK, so I appreciate what you are suggesting so far.

00:53:06 EMERT

So let's do that. I've talked to.

00:53:11 EMERT

My criminal attorney guy and he is trying to. He's probably gonna talk to Sarah and then the the DA people to try to get something worked out because.

00:53:24 EMERT

You know there.

## C.    04/13/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO

This is a call transcript betw    Rob Emert and Jose Badillo on 04/1    119

In the below excerpt, Jose Badillo confirms that DDA Balerio did not disclose to him the interview that she had with Bryce where it appears Bryce recorded the conversation.  Jose Badillo filed a motion to compel all discovery.  This is DDA Balerio withholding exculpatory evidence. There is a link below for the full audio recording.

00:07:37 {jose badillo}

Not yet. Like I'm still looking at the different angles we have and then I'll approach. I'm actually talking to her on a different case. So we've been in communication.

00:07:46 {rob emert}

And it's it's again, it's not about me, not it's about bryce telling me he's hurting. You should.

00:07:49 {jose badillo}

Well, that's like you said from day one.

00:07:51 {rob emert}

You should talk to him, man. It's like it's it's this is. This is horrible. Did. Did. Did she ever, did she ever tell you about her conversation with Bryce?

{jose badillo}

NO

00:08:01 {emert}

See, there's something weird there because that's huge right there. That she didn't disclose that, but I'm

Audio file

041323 mark 17 dda balerio didnt disclose to badillo.mp3

**Speaker 2 rob emert**

**Speaker 1 jose badillo**

Transcript

00:00:08 EMERT

Hey, jose it's rob. How are you?

00:00:10 BADILLO

Good buddy. What's up? How you feeling?

00:00:13 EMERT

Horrible. Yeah. So, I mean, I'm thinking the the COVID thing is another reason to to withdraw my plea when I.

00:00:22 BADILLO

When did the?

00:00:24 BADILLO

When did you get the diagnosis?

00:00:27 EMERT

Yeah, I know. I mean, the day after I was, like, totally sick, it started like right after. So I did one of those home test things. And so it came back positive. And I just like, oh, that sucks. But I I didn't really think much about it is because most of those home tests aren't all that accurate. So it's like, yeah, whatever. Because I think this home test, I think most of the tests.

00:00:46 EMERT

It's the coronavirus, so it's like if you have any kind of virus, it can still set it off or something, but UM, but I went over to the UM.

00:00:56 EMERT

To the CVS and got a test for it too, so I'll probably get that back in.

00:01:00 EMERT

A day or so, but the.

00:01:02 BADILLO

Or you did the.

00:01:03 BADILLO

Not only the the home one you.

00:01:05 BADILLO

Did the one that the the CVS.

00:01:07 EMERT

Yeah, went to CVS, but I'm sure we're going to come back and say it was.

00:01:11 EMERT

After the fact, but.

00:01:13 {rob emert}

You know, I I talked to andrea and she acted like she's going to be all super.

00:01:18 {rob emert}

Nice about everything.

00:01:19 {rob emert}

But Bryce is coming undone. Dude, I'm telling you, she's Andrea is a piece of work.

00:01:25 {rob emert}

And now from my understanding is that in the in the in the agreement that she's working on to get to you and everybody else, basically trying to beat me with into the ground, basically saying that admitting that I was wrong and how basically I never had any right to take bryce.

00:01:45 {rob emert}

Those and all the stuff about the court is ********. So then she can get, you know, all the corruption. I was wrong and mistaken. She's trying to get me to admit all. That's something she can shove it and bryces face.

00:01:57 {rob emert}

And and and just beat him down.

00:01:59 {jose badillo}

They're trying to include.

00:02:00 {jose badillo}

That in the.

00:02:01 BADILLO

Some type of the stipulation.

00:02:04 {rob emert}

I mean I I could I I could be wrong, but that's what it sounds like because Bryce andrea is basically hounding Bryce. So your dad's going to sign something where he's admitting he was completely wrong and Bryce is now flipping out.

00:02:05

00:02:19 EMERT

And this is this is what I'm talking about. What's going on here to Bryce is so wrong.

00:02:25 EMERT

I seriously. I mean, I almost, I mean, I mean, if I told you how I really feel, I mean that you would be really upset. You'd be really sad and upset. These people have ****** over me and my kids and I know what you mean is really bad position then. But I need you to really fight hard for me. I I just can't, you know, you fighting for me and fighting for bryce.

00:02:45 EMERT

Place and he needs this whole thing is so upside down.

00:02:51 EMERT

That I mean, so everybody to harass this boy. It it doesn't make any sense.

00:02:57 EMERT

And now she's got even, you know, now she's going to keep harassing him. And I just, I I don't know what to do. Ma'am, do you have any good news about you haven't?

00:03:07 BADILLO

Do you know when they're going?

00:03:08 BADILLO

To like you said.

00:03:09 BADILLO

The medical issue I got your check this morning so.

00:03:11 BADILLO

I'm looking into that.

00:03:13 BADILLO

But if you.

00:03:13 BADILLO

Could get me with the test. Did you take a photo?

00:03:16 BADILLO

Of the other one or no.

00:03:19 EMERT

So it's funny.

00:03:21 BADILLO

You know, I probably can pull out the trash can. We can at least just so that we have that and hopefully we'll see what the other one says. Once you get back. When are you getting that back?

00:03:32 EMERT

Probably tomorrow I would, I would guess.

00:03:34 BADILLO

Could you? Wouldn't you take it yesterday or today?

00:03:36 EMERT

today

00:03:37 EMERT

So, but I mean it didn't, you know?

00:03:39 BADILLO

So they might.

00:03:39 BADILLO

Be might be able to get it by tomorrow.

00:03:42 EMERT

Between you and I, I had COVID for sure because yeah, I I'm.

00:03:45 BADILLO

Thanks for letting.

00:03:46 BADILLO

Me know, man.

00:03:47 EMERT

No, no. And you know, I didn't know it at the time. And you know, of course I, you know, I didn't.

00:03:52 EMERT

Know it but.

00:03:52 EMERT

I I didn't feel well, but what happens when you're in jail? I don't know.

00:03:55 EMERT

If I told you this when you're in jail, you tell them, yeah.

00:03:59 BADILLO

It's going to.

00:04:00 BADILLO

Quarantine your.

00:04:01 EMERT

Oh yeah, it's ******* horrible. I said like, hey, you're so good. They're like, you know, so, you know.

00:04:05 BADILLO

So I hear.

00:04:05 BADILLO

You here and if.

00:04:06 BADILLO

You tell them you have a headache. They're just going to put you in quaranteen.

00:04:09 EMERT

Yeah, it's horrible, but I've been.

00:04:11 BADILLO

But let me yeah, give me that stuff. If you could take out the trash and take a photo. I'm actually about to take off right now, so send me the stuff and then we'll touch base tomorrow.

00:04:20 EMERT

OK. What do you think the chances are? I'm pretty.

00:04:23 BADILLO

Sure, the judge though, man, those are tough. Those are really tough, like I said.

00:04:27 BADILLO

I'm looking at every you know, angle we can. So let me continue to do that. Like I said, I'll be honestly, it's going to be tough, but we'll see what we can do.

00:04:36 EMERT

OK, because the judge is going to.

00:04:37 EMERT

Say **** ***.

00:04:37 EMERT

Now, so when he does that, then I.

00:04:39 EMERT

Just have to appeal that, I would imagine.

00:04:42 BADILLO

Right. Like I said, if you want.

00:04:43 BADILLO

To go down that road, but let's try to get everything together. Then we'll put our heads together and then see what we can do.

00:04:48 EMERT

Do you think if I basically did, if I just plead to a misdemeanor, do you think the DAand said that this guy will stop it and and he'll lose any legal rights to suing and all that stuff? Do you think she'll maybe go down that road?

00:05:02 BADILLO

I don't think so, but like I said, let's.

00:05:05 BADILLO

First see you.

00:05:06 BADILLO

Know what kind of leg we're standing on, and then we.

00:05:08 BADILLO

Can decide kind of strategize what we're going to do.

00:05:11 EMERT

OK, what's your feelings on it? So if I know, you're gonna go so.

00:05:13 EMERT

Thanks for picking up on that. Thank you.

00:05:13 BADILLO

No, I think it's going. It's going to be.

00:05:15   BADILLO

Tough it's an uphill.

00:05:16 BADILLO

Battle. So like you said, there needs to be some really stronger basis. But you know the medical thing, the, the red thing, we'll see.

00:05:21 {rob emert}

I really did. I had no idea. I mean, I really, I mean, and they're sitting on. I mean, here's the thing.

00:05:28 {rob emert}

And you know.

00:05:28 {rob emert}

What they were sitting on, I mean.

00:05:31 {rob emert}

That DA is torturing my kid and she basically told you. Did you listen to that thing? Where where bryce, talk to her. And she said, oh, I promise I would have this have a say and then now and then she turns around and and doesn't let him in. I mean, when all that gets leaked out, man, she's going to look like an idiot. And you know what I mean? And.

00:05:51 {rob emert}

You know, there's a lot of people out there with their time just waiting to put that information out there. And so it's not like although I've lost at this point pretty bad. You know, I can still keep going for a very long.

00:06:03 {rob emert}

Fine, I'm fighting, but I'm trying, you know.

00:06:05

No, I know.

00:06:06 {jose badillo}

I think we made it, but like you said, you're trying to prevent that from happening and then we could resolve it a different way.

00:06:11 {rob emert}

Yeah. And I just, I'm giving up a lot by by trying to be the bigger person. But right now, bryce is losing. If you heard him crying and calling everybody, so please don't let my dad give up on me because he thinks I'm giving.

00:06:23 {rob emert}

Up on him.

00:06:25

Right.

00:06:25 EMERT

And he's like flipping out. And he's saying, you know, it's going to happen, is if he ends up killing himself.

00:06:31 EMERT

It's going to be on all these, all these people.

00:06:34 EMERT

And it's it's it's like he doesn't want to be with his mom. The fact that CPS or somebody hasn't stepped in to say you guys, this is what's going on here. This is really, this is so insane. Put him with his dad. His dad raised him and that's what I don't understand is why are we going to cps? Why are we getting an autism pecialist to talk to him and say?

00:06:54 EMERT

He's going to say, put him with his dad and that's why I'm calling you. It's good. There's something really, really wrong here. And maybe it's because I didn't have enough money to pay you more money to to get to research the stuff more. I I just don't know. And I'm just really desperate.

00:07:10 BADILLO

All right. Like I said, we'll put our heads together. I'll keep looking at the stuff and then.

00:07:14 BADILLO

We'll touch base tomorrow.

00:07:15 EMERT

OK. And nothing actually goes in. I thought it did. The sentencing was next month. So I thought until it it, it goes into sentencing I can withdraw the plea.

00:07:24 BADILLO

You have time before the sentencing. Then there's also a time period after. But like you said, if you're going to do it, I think you should be done before the sentence.

00:07:32 EMERT

OK. Have you talked to the DA to workout, any kind of magic there deals there or she comes?

00:07:37 {jose badillo}

Not yet. Like I'm still looking at the different angles we have and then I'll approach. I'm actually talking to her on a different case. So we've been in communication.

00:07:46 {rob emert}

And it's it's again, it's not about me, not it's about bryce telling me he's hurting. You should.

00:07:49 {jose badillo}

Well, that's like you said from day one.

00:07:51 {rob emert}

You should talk to him, man. It's like it's it's this is. This is horrible. Did. Did. Did she ever, did she ever tell you about her conversation with Bryce?

{jose badillo}

NO

00:08:01 {emert}

See, there's something weird there because that's huge right there. That she didn't disclose that, but I'm going to let you know if I appreciate you picking up. So what you.

00:08:09 EMERT

Gonna call you gonna call me tomorrow?

00:08:09 BADILLO

Alright buddy.

00:08:10 BADILLO

Yeah, we'll chat today, tomorrow.

00:08:12 EMERT

Alright, thanks. Bye bye.

00:08:13 BADILLO

Bye bye. Take care.

## D.    04/25/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO

**This is a transcribed p.    .ae call between Rob Emert and j   .e Badillo on 04/25/23**

**There is a link to the full audio file on the transcript below.**

**At time stamp 7: 40; any reasonable person will clearly hear and read that Jose Badillo references the deal as part of the plea agreement where Bryce was to come home.**

00:07:40 {jose badillo}

Like I said, I don't think she and in my conversation with her with your ex like I said.

00:07:46 {jose badillo}

She's on record talking to myself and the DA. As to you know, what she wants you out of you and what she wants in regards to your participation in bryces life. She wants that she wants help. She needs help. So like I said, she told that directly to myself.

00:08:01 {jose badillo}

And to the DA.

Now she's

00:08:04 {jose badillo}

Saying that now she trying to backtrack that then that's a

00:08:07 {jose badillo}

Whole different ball.

00:08:07 {jose badillo}

Game. You know what? Because then, like I said, if the turn. Yeah. It puts her tight spot.

00:08:08 Speaker 1

Right. she's just completely backpedaling.

00:08:12 {rob emert}

But what she's doing now is basically saying she wants me to drop everything before she'll even come to the table. Basically now. So I have my appellet court case.

00:08:18 {jose badillo}

What do you mean drop everything?

Audio file

042523 1040 920 6 and 430 marks badillo.mp3

**Speaker 1 rob emert**

**Speaker 2 jose badillo**

Transcript

00:00:00 EMERT

Hey man, thanks for calling.

00:00:02 BADILLO

Hey, I called you this morning.

00:00:03 BADILLO

Your call went straight to voicemail.

00:00:06 EMERT

Yeah, that's weird.

00:00:07 BADILLO

Yeah. And I'm in. I was in court. That's why I didn't answer your phone call. So I'm not sure why you're accusing me of things.

00:00:14 EMERT

Well, yeah, I I just, I I hope I'm wrong, so I'm, I'll apologize if I'm wrong.

00:00:19 EMERT

It's just it's.

00:00:19 EMERT

It's been a long time and and and I'm just really frustrated.

00:00:24 BADILLO

Well, I know you have been frustrated since the beginning. I know that. I know what what you're about. So I understand that.

00:00:31 EMERT

The UM.

00:00:33 EMERT

So if you figured out because I I know you're in a tough spot, you know, I just know you're in a bad spot too. And I know that there are certain things that you can or can't do. I mean, I know I've talked to retired judges. I I know what's going on here. So I'll give you credit.

00:00:47 EMERT

That you know exactly what's going on too.

00:00:51 EMERT

I've I've read up on the law. I mean, I'm not, you know, the smartest tool in the shed, but I'm not stupid either.

00:00:57 EMERT

UM, you know, I've read up on withdrawing my plea. And what the prosecutor did and what the judge has done that was, it's a railroad job. I mean, this is a real, railroad job.

00:01:10 EMERT

So I don't know if you know what you can do or willing to do to help me.

00:01:18 BADILLO

Well, it is like a tough situation in the sense. Like I said, it's.

00:01:22 BADILLO

Depending on what you're alleging, like you said, it's hard. Usually when these type of situations come up, it would be a different attorney that files a motion to withdraw the plea.

00:01:34 BADILLO

Like I said, you're claiming different things. You know, whether it's duress, the COVID, which is kind of a combination of both. You know, obviously those are grounds in order to do it. The issue is whether it's going to be sufficient.

00:01:47 BADILLO

You know, like I said, it's going to be a tough uphill battle, as you know, whether the judges even grant this.

00:01:54 BADILLO

That's what we had talked about from the beginning, whether you wanted to go forward with it, whether you just wanted to see what happened, if we file it, you know, they could always ask to put you back in custody. Like so we don't know what's going to happen yet.

00:02:07 EMERT

Yeah, they they can put them back in custody and they probably will. But you know the they they never had and this that was my concern is that basically somebody said and I don't know if this is accurate or not, somebody said that the judge threw out.

00:02:23 EMERT

Something to do with the the FBI call or something like that. I never heard that. But the fact

that. 00:02:29 BADILLO

No, we said the judge.

00:02:31 BADILLO

Indicated during the rulings that that likely would not be coming in against you. That would be a trial.

00:02:39 BADILLO

That it was not relevant in regards to the charges against.

00:02:44 EMERT

But that's what was keeping me on no bail for 90 days, which was.

00:02:47 BADILLO

But that's different. That's different whether it's an evidentiary issue in regards to the charges and the other issue is in regards to bond, those are separate issues he didn't like throw it out of the, you know, the entire case. It was just something that was not going to be allowed to present it to the jury for them to consider.

00:03:06 EMERT

Well, here's my.

00:03:07 EMERT

Here's a question that I never would have been an answer to is that basically.

00:03:11 EMERT

You know, I know. And you know, and you, you don't have to admit it. I'm. But you need more credit, you know. But basically what the DA has done is just.

00:03:20 EMERT

Unethical and probably illegal.

00:03:23 EMERT

They sat on that, that evidence of the conversation she had with Bryce, which easily exonerated me on a lot of fronts.

00:03:33 EMERT

They sat on the transcripts.

00:03:35 EMERT

You know, because what I said was not a threat. And I know that the Constitution, what I said was constitutionally protected.

00:03:42 EMERT

And it was not a.

00:03:42 BADILLO

So you did say Second Amendment you.

00:03:44 BADILLO

Did say that.

00:03:45 EMERT

I did. You know, you're you're correct. I did I.

00:03:47 BADILLO

If you say you you initially say you know your rights under the Constitution, but later on in the conversation you do know you do stay there. I know.

00:03:56 BADILLO

My Second Amendment rights.

00:03:57 EMERT

Right. And there's nothing wrong in saying that it wasn't a threat. I'm allowed to say that.

00:04:02 EMERT

OK. And they know it and they know it too, and I know you know it. I know what I said. I'm allowed to say. And then that that's not a threat. They took it out of context and it kept me in jail for 90 *******
days and almost killed me. And I got ******* COVID.

00:04:17 EMERT

And not doing so good.

00:04:20 EMERT

And you know my these people.

00:04:22 BADILLO

At the end of the day, like what?

00:04:24 BADILLO

Is the game plan. What do you want to do? Obviously you want to file the motion to withdraw the

plea. 00:04:30 EMERT

Well, how come? But here's something that I everybody keeps asking me and I I never really got an answer, is that when I was in there for 90 days.

00:04:38 EMERT

And all we had to do was get that transcript.

00:04:41 EMERT

To show that it clearly wasn't a threat.

00:04:43 BADILLO

That's not clear. That's that's why you're saying like that. They're obligated to turn over Discovery, obviously, for trial. Obviously, we didn't waste time. Which things get? You know, this is part of the court, to be honest, things like this happen. You know, whether it was unethical, whether you believe it, you know, it's illegal. The whole different argument.

00:04:56 EMERT

OK.

00:05:03 BADILLO

To be had. But we had it. The tape does not exonerate.

00:05:07 BADILLO

Great to you.

00:05:08 BADILLO

It gives some context as to what the full conversation is, where there could be some potential arguments to be made, but it does not exonerate.

00:05:17 EMERT

It makes her look really bad because she went to the judge and was basically saying we can't have Bryce testify and she's on that recording basically saying how great Bryce is doing and how she's going to let him testify.

00:05:31 EMERT

Talking out of both sides of her ass.

00:05:34 EMERT

And to do that to a child when she knows where Bryce is really at and then running to the judge saying that me and my family are the ones that are stirring the pot when she talks to me directly knows that's not true.

00:05:47

Right.

00:05:48 Speaker 1

What a sack of ****.

00:05:49 BADILLO

No, like I said, that's a different argument that needs to be made if you're going to make that that separates in the bond issue, that's separate then.

00:05:57 EMERT

Well, I'm going to make. I'm going to make that issue and it's going, that information is going to get out there and I'm going to hold these people accountable and there's.

00:06:03 EMERT

Going to try to probably throw me in.

00:06:04 BADILLO

Well, like I said, we need to decide what you want to do.

00:06:07 BADILLO

Like you said, you really want to file that motion you indicated before. You want to kind of use it. Try to use it as leverage. Or do you want to actually file it?

00:06:15 EMERT

Well, I'm asking. Well, you're an attorney, and you're supposed to be a really good one. And I believe you. So I'm trying to figure out what.

00:06:21 BADILLO

Well, you just to be honest, I don't think that it's going to be granted, it can be filed. Yes. Then like you said, you know, you have some other appellate ground that you can do stuff if you wanted to.

00:06:32 BADILLO

You know, the last conversation we had you were saying? Yeah. You want to do it, but not really that you want all this to end you, that you don't want to appeal it either. You know, it just depends on what you want to do.

00:06:42 BADILLO

Like I said, do I think this is a strong argument where you're going to prevail? No. Can you file it? Yeah. The issue is what you want to do.

00:06:50 EMERT

OK. So you're saying that the fact that I was under duress and 90 days in jail and I was trying to get out to basically do with the family Court, the judge is basically even saying you're saying and the prosecutors saying that, oh, everything is going to default to family, family court and.

00:07:08   EMERT

And then I realized.

00:07:08 BADILLO

And when we talked about that, we can always go back to modify the protective order, like you said if.

00:07:14 BADILLO

We get the documentation from her saying, hey, you know what, we're setting up a plan where you're going to be able to see bryce and there's no.

00:07:22 BADILLO

Issue in regards to family court to having you not being able to see him then we just modify in Criminal Court like you said the DA and I think the Court now realizes that your son wants to be with.

00:07:34 BADILLO

The issue is doing that but doing it in a lawful manner ensure everything is done correctly.

00:07:40 {jose badillo}

Like I said, I don't think she and in my conversation with her with your ex like I said.

00:07:46 {jose badillo}

She's on record talking to myself and the DA. As to you know, what she wants you out of you and what she wants in regards to your participation in bryces life. She wants that she wants help. She needs help. So like I said, she told that directly to myself.

00:08:01 {jose badillo}

And to the DA.


Now she's

00:08:04 {jose badillo}

Saying that now she trying to backtrack that then that's a

00:08:07 {jose badillo}

Whole different ball.

00:08:07 {jose badillo}

Game. You know what? Because then, like I said, if the turn. Yeah. It puts her tight spot.

00:08:08 EMERT

Right. she's just completely backpedaling.

00:08:12 {rob emert}

But what she's doing now is basically saying she wants me to drop everything before she'll even come to the table. Basically now. So I have my appellet court case.

00:08:18 {jose badillo}

What do you mean drop everything?

00:08:22 BADILLO

Oh yeah, the family court stuff.

00:08:23 EMERT

Right. And then I have the lawsuit that's hanging out there, which this is the the main reason why they they they coerced the.

00:08:31 EMERT

The guilty plea, I mean it's because they, they, they, they you know, these people know they're going to get sued and the the guilty plea I probably it's going to be really difficult way to sue and they know that and so you know again I just I had I mean I really don't have I mean I don't have any experience with like Criminal Court.

00:08:51 EMERT

Or guilty pleas of felonies and all that stuff. Just saying. I really didn't understand at all, given the fact that I was under duress and I had COVID and I just was getting pummeled with for 90 days in jail. I didn't realize how bad this can affect my life.

00:09:08 EMERT

And and I wouldn't be able to get any custody like was talked about.

00:09:15 EMERT

In the when we were talking like like for example the everything was supposed to default to family court, but then it still has that protective order on there that was never part of the deal.

00:09:25 BADILLO

I know well. We talked about that. We talked about that in detail.

00:09:30 BADILLO

Like I said, I don't know. I understand what you're saying. I understand the ground you have, but what I'm telling you is that all this was explained to you. I explained it to you. Michelle explained it to you. We had long conversations about it. I even told you, hey, if you don't want to do it, let's move forward with trial. Like you said, this was your decision. I understand what you're saying now.

00:09:50 BADILLO

But that's why I'm saying it puts us in.

00:09:52 BADILLO

A tight spot.


00:09:54 BADILLO

But if you're saying it's based on duress, COVID and all that, that's a.

00:09:58 BADILLO

Whole different sort.

00:09:59 EMERT

Well, no, I'm just saying that. I mean, it's like again that I mean I just there's no way and after sitting in jail for 90 days and I'm just seeing this crazy.

00:10:08 BADILLO

No, I completely understand what your argument is. I do like. I'm not disputing that.

00:10:14 EMERT

How come we never? Because everybody keeps asking me that when even when we finally got the full transcript in, how come we didn't file for a motion to get out on bail?

00:10:26 EMERT

Because the judge could clearly see there was never any threat or why didn't we ever call the FBI guy or bring him into a subpoena to show there wasn't a threat? And I guarantee you, the DA.

00:10:38 BADILLO

He's not indicating his what the courts going to consider in regards to what was said by you, you know, hey, the FBI goes out. I didn't believe. I didn't think it was true. But in regards to the information that's been presented and then based on the conduct of the case regarding not complying with the court order, those are what they're looking at in its totality.

00:11:00 Speaker 1

Right. But the totality is that's a funny point you make there because the totality is that that this is an ongoing investigation for almost a year.

00:11:11 EMERT

That the judge and the.

00:11:12 BADILLO

I understand that I said, like you said.

00:11:14 BADILLO

I understand what you're saying. Like I said, we argued it. The court denied it.

00:11:20 BADILLO

Like that, we still don't even have the transcript.

00:11:25 EMERT

Which transcript?

00:11:27 BADILLO

Of the phone call, we.

00:11:27 BADILLO

Just have the actual phone call.

00:11:32 EMERT

Uh, the one that the one that they took, the one.

00:11:34 EMERT

Out of context.

00:11:35 BADILLO

Right now, now we have the the recording before we didn't have the recording.

00:11:41 BADILLO

We just had that blurb in the report.

00:11:43 EMERT

Yeah, but when they turn that back over to us, why didn't we then basically?

00:11:48 EMERT

Try to get out on bail.

00:11:49 EMERT

Why did we? You know, I mean.

00:11:51 BADILLO

That we're in the middle of trial, that's could have been something once that evidence is presented that that's going to be grounded in order for a change of circumstance.

00:12:00 BADILLO

That's a whole separate

issue. 00:12:02 EMERT

I know, but I mean like when I was sitting there and asking like, when they're pushing that deal. And I'm like, thinking why? And I kept asking why are we not asking to get out on bail now since we have the full transcript?

00:12:15 BADILLO

Because like you said, we have different interpretations. You think it completely exonerates you and it doesn't.

00:12:24 EMERT

Well, everybody, I even the FBI guy, basically says you're not. You're deemed to not be a threat and there's no way that the DA didn't know that. There's no way they didn't call that guy that I met with basically to figure that out. And I have to just forward those records and and ask them comes about what you didn't basically call that guy.

00:12:43 EMERT

By to to basically exonerate me to for and to do to get that information.

00:12:48 BADILLO

It's not an exoneration. It's not a you have to look your what? The judge looks at and what you're saying are two different things.

00:12:56 EMERT

So you you really I mean because again I know.

00:12:58 BADILLO

I'm not saying I agree with what they're saying. I'm telling you what the judge is looking at.

00:13:04 BADILLO

That's why when we got the information.

00:13:07 BADILLO

It puts it in a different context. Yes, I agree with that, but that's like in trial where we're going to be, we're like sitting in the middle of trial like about to start.

00:13:17 BADILLO

And we're about to present evidence, and the judges can exclude that.

00:13:23 BADILLO

And we're either going to move forward or.

00:13:25  BADILLO

Not move forward.

00:13:26 EMERT

They can exclude it and then you make your objection now. And so then it goes to an.

00:13:29 EMERT

Appeal the appellate court.

00:13:30 BADILLO

No, no, no. I know that well, we did object for him not letting Bryce come in because that was the whole issue.

00:13:37 BADILLO

And I think we were going to readdress the issue to try to.

00:13:40 BADILLO

Still get him to testify.

00:13:42 BADILLO

Like I said, certain things weren't litigated because you decided to resolve the case.

00:13:49 BADILLO

There were still things in limbo that.

00:13:50 BADILLO

The judge hadn't completely ruled on.

00:13:54 BADILLO

Hey, let me call you back in a few.

00:13:55 BADILLO

I gotta go back in, OK?

00:13:56 EMERT

OK.

00:13:57 EMERT

Alright, bye.

E.     05/01/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO

**05/01/23 transcribed phone call between Rob Emert and Jose Badillo.  THERE IS A LINK DOWN FURTHER TO THIS ENITRE recording.  In listening to this call, and the other 3, any reasonable person knows a deal for Bryce coming home was discussed as part of the plea agreement.**

**At time stamp: 4:23;** there is reference to the plea deal agreement

{Rob Emert}And so, you know, she's trying to come in with unclean hands to a deal. She wants me to drop like my lawsuits, drop, my appeals. She wants me to drop everything before she even comes at the table. And I didn't say. 00:04:37 {Rob Emert} This to her but. 00:04:38 {Rob Emert} I mean, come on. That, that's that's not how people make agreements. That sounds more like fucking blackmail. 00:04:43 {Rob Emert} I don't know what it sounds like, but it doesn't sound. 00:04:45 {Jose Badillo} Is that an e-mail or is that per the conversation? 00:04:48 {Rob Emert}That's all in email 00:04:50 {Rob Emert} Yeah. So, yeah, so now she's backpedaling and I'm like, and I I didn't, you know, I was super nice.

**At time stamp 6:51;** there is reference to me being concerned over the "plea agreement" that is nothing like what was discussed.  I tell Jose Badillo that with this "plea agreement", it is discovered that the ramifications can have huge negative impacts on my parental rights in family court which was NEVER discussed with me and Jose Badillo blows it off and acts like this plea deal WILL NOT have negative impact on my parental rights in family court.  At the 11/20/23 hearing, Jose Badillo stated clearly that he informed me of the potential negative consequences of this plea agreement on my parental rights and this reference clearly states the opposite.  In addition, in this section, Jose Badillo goes on to say that Andrea Schuck is on the record as speaking with him and the DA about the agreement and if she is backpedaling on the deal, that is an issue.

00:06:51 {Rob Emert}
And you know, when I when I realized that it was, I mean, it was explained to me that you're not going to get anything in family court with a freaking felony charge of this nature. And. And I'm like, well, yeah, I didn't know that it wasn't explained. I, you know, I I just took.
**00:07:06 {Jose Badillo}**
**I don't know where.**
**00:07:07 {Jose Badillo}**
**You're getting that from** like you said.
00:07:10 {Rob Emert}
Felony kidnapping. They're not going to give me anything.
00:07:14 {Jose Badillo}
Like you said, you're not charged with kidnapping from the beginning. Like you said, the way will be resolved. The conversation we had with the DA that I explained to you, you know, many times, like you said, she's on the record talking to the DA and I. That's why I'm asking if you have those emails, because if she's backtracking on that. 00:07:35 {Jose Badillo} Obviously that could be an assistance for you in regards to whether you have a viable motion to withdraw your plea.

At time stamp 16:33; this is a reference from Jose Badillo indicating for Rob Emert to send him the emails about Andrea Schuck backpedaling on the deal that was part of the plea agreement.

At time stamp 16:58; this is a reference from Jose Badillo who indicates that both he and the DA know that Rob Emert resolved the case based on the conversation that Jose Badillo and the DA had with Andrea Schuck where Andrea Schuck indicated she wanted Rob Emert out of jail because she needed help with Bryce.  At time stamp 17:09, Jose Badillo goes on to explain if Andrea Schuck is backpedaling on that and not agreeing to the deal as part of the plea agreement, this could be an issue.


00:16:33 {Jose Badillo}
Why don't you do this?
00:16:35 {Jose Badillo}
Forward me the e-mail you had with Andrea in regards to the issue that you were talking about about her backpedaling
00:16:43 {rob emert}
Yeah, yeah. Now I'll send them right over to you. And she basically says.
00:16:46 {rob emert}
In a nutshell.
00:16:46 {jose badillo}
We're targeting those issues and we can see what we're going to do.
00:16:50 {rob emert}
OK. Because then the deal basically was like it says the default to family court and it's is it in the? 00:16:55 {Jose Badillo}
But also the thing with that is I'm.
00:16:58 {jose badillo}
Sorry, the DA knows. 00:17:00 {jose badillo} That you resolved the case based on the conversation she and I had with Andrea. So if she is backpedaling on that and not agreeing to that, that could be an issue that can be raised.

## Audio file

050123 5 and 120 marks badillo (2.mp3

**Speaker 2 rob emert**

**Speaker 1 jose badillo**

## Transcript

00:00:01 EMERT

So what do you think? I mean again, I I just, I wish you could kind of maybe pull a rabbit out of.

00:00:06 EMERT

Your hat. But I I you know, I I just think it's probably that's probably best and I figure you'd be happy.

00:00:12 EMERT

To to get rid of the case and UM.

00:00:15 BADILLO

Being happy came with the case, like you said.

00:00:18 BADILLO

I've been asking you.

00:00:19 BADILLO

And like you tell me different things and.

00:00:20 BADILLO

You kind of go.

00:00:21 BADILLO

Back and forth, I think it is an issue if you're going to try to withdraw your plea.

00:00:27 BADILLO

Whether you know it was the arrest or you didn't understand, you know some of the things that's Harding me for me to argue with because I disagree with this.

00:00:36 BADILLO

And also I was.

00:00:37 BADILLO

There and I'm the one that was.

00:00:39 BADILLO

present, when you?

00:00:41 BADILLO

You know, sign the plea for.

00:00:44 BADILLO

So they're going to be asking me, you know, whether I felt you were under duress. And I feel that you understand.

00:00:50 BADILLO

The plea agreement that you know your rights and consequences, which you acknowledged in front of the judge, which I acknowledge, so I'm not going to change my stance to say, you know what?

00:01:02 BADILLO

I felt he was under duress because like I said, only you can attest to that because that's you under, you know, your mindset, having time to think about it, think to that nature. And as I told you from the beginning, it's going to be an uphill battle, you know, it's going to be definitely not feel battle as to whether you know you're going to prevail on it. That's the same thing you talked about.

00:01:23 BADILLO

Whether you want to go through with this, you want to just end it. You want the stress.

00:01:27 BADILLO

You only want to deal with the family court. Like you said, you kind of gone back and forth several times. It's just a matter of what you want to do. I think if you're going to move forward with trying to withdraw your plea, it probably is best that you have a different lawyer doing it, whether it's a public defender or you hire someone else, that's up to you.

00:01:50 EMERT

Yeah. No, I mean I, I've. I've gone through it and I've I've done my homework on all this kind of garbage and it's just.

00:01:56     EMERT

Like, yeah, I mean I.

00:01:59 EMERT

I've gone through some of the stuff you've sent over to and it's just the stuff the DA has said. I mean, like one of the most one of the things is.

00:02:06 EMERT

When you read their complaint.

00:02:08 EMERT

It's like they're acting like I'm a crazy man talking about how the whole system's corrupt and all that ********. And even in the first phone call.

00:02:17 EMERT

That I listened to that I had with Macintosh. It's like I even say hey, no, you know, 95% of the people. I'm sure out there doing a good job and are honest. But I said I'm dealing probably with the the you know the few 5% that you know I'm just getting hammered and you know so they just they they misrepresent.

00:02:38 EMERT

And it's like it's just disgusting. And I I know you see it, you probably can't comment on it, but it's just what they've done to to me and my family is just not OK with this. DA Person has done to Bryce when she knew the truth.

00:02:54 EMERT

I mean it. It's not OK. And I know that they'll probably try to do is, you know, if I withdraw my plea, they'll probably try to harass me to fill me back in jail, you know, because that's how they roll.

00:03:03 BADILLO

Right.

00:03:06 BADILLO

That's what something that probably gonna ask for, whether the judge will grant it remains seen like the the good thing for you is you know you've been out, there's been no issues. You've been in discussions with your ex in regards to, you know, them drafting some type of stipulation or.

00:03:21 BADILLO

Paperwork for family.

00:03:22 BADILLO

Court, you know, unless he's going to try to allege something else. As far as I know from what you've told me, there hasn't been any issues between you guys.

00:03:31

No, she, she.

00:03:32 EMERT

Backpedaled. It was really a bummer. I I called her the first time and she it thing sounded really promising. And then there's been a bunch of communications thereafter where she's basically backpedaling and sending, sending me over. Like she said, she's working on something, but but she's also sending over.

00:03:48 BADILLO

OK.

00:03:51 EMERT

E-mail saying like you need to stop. You need to stop your mom and Cole and everyone else from stirring the pot with bryce, basically. And I'm.

00:04:00 EMERT

Like dude, I can't control everybody else. And you know, Bryce was fine. If you love him so much, he was doing fantastic with me, so why don't you let him come home and he'll. You'll see him every day at school and we can work this out and she won't. I mean, because that's how. That's how they roll. It's like, you know, that's how she roll.

00:04:21 EMERT

He knows, right?

00:04:21 EMERT

Now I'm stuck.

00:04:23 EMERT

And so, you know, she's trying to come in with unclean hands to a deal. She wants me to drop like my lawsuits. My drop, my appeals. She wants me to drop everything before she even comes at the table. And I didn't say.

00:04:37 EMERT

This to her but.

00:04:38 EMERT

I mean, come on. That, that's that's not how people make agreements. That sounds more like ******* blackmail.

00:04:43 EMERT

I don't know what it sounds like, but it doesn't sound.

00:04:45 BADILLO

Is that an e-mail or is that per the conversation?

00:04:48 EMERT

That's all in email

00:04:50 EMERT

Yeah. So, yeah, so now she's backpedaling and I'm like, and I I didn't, you know, I was super nice. And on my emails because I I don't want to **** her off. And you know, I'm being really nice. I'm just like saying, hey, this you know what I mean? And this is what's crazy about it. I'm like.

00:05:05 EMERT

I even said.

00:05:06 EMERT

This is look, she's saying, like, acting like Bryce is being misbehaving.

00:05:10 EMERT

That's my fault. And I'm like, no, dude, I I told him not to run away because that's how much I care about and love him. And I told him to try to get along with you. I mean, this is insanity if you would think I would, you know, say otherwise. And I said I said, think about this, Andrea, if I was able to go snitch Skyler because I had some court order saying it was OK.

00:05:28 EMERT

Me to do it and I want to go and ****** Skyler and basically she was ****** *** at me and my family and being resentful to us for snatching her and and, you know, turning her life upside down on what she wants.

00:05:42 EMERT

You know she.

00:05:43 EMERT

Would be disrespectful and and rightfully so she'd be pissed off and it wouldn't be right of me to do it. I would never do that to her. That's how much I love our daughter. And that's what you're doing to Bryce. Why is it OK for you to do it to Bryce? This is just insanity. And the fact that people sign off on it it is, is even more ridiculous, you know? But I don't waste your time.

00:06:03 EMERT

Because I just.

00:06:04 EMERT

You know, I I I'm going to withdraw it. It's just a matter of how I how I do it. I already have. I've already drafted it up best I could.

00:06:14 EMERT

To withdraw. UM. You know, you know because. Yeah, there's so many things that I that I went through and I've gone through the evidence that you sent over so far. You know I never even got to copy the plea deal and from what I can tell it's nothing even like what we've discussed.

00:06:30 EMERT

And even the judge, I mean, when you know from well the best I can recall, even the judge was saying, look, go back to. This doesn't belong here in Criminal Court, you know, get back to family court, work it out there and everything will default to family court. And I was so sick and tired I had COVID and that actually sounded somewhat plausible.

00:06:51 EMERT

And you know, when I when I realized that it was, I mean, it was explained to me that you're not going to get anything in family court with a freaking felony charge of this nature. And. And I'm like, well, yeah, I didn't know that it wasn't explained. I, you know, I I just took.

**00:07:06 BADILLO**

**I don't know where.**

00:07:07 BADILLO

**You're getting that from** like you said.

00:07:10 Speaker 2

Felony kidnapping. They're not going to give me anything.

00:07:14 BADILLO

Like you said, you're not charged with kidnapping from the beginning. Like you said, the way will be resolved. The conversation we had with the DA that I explained to you, you know, many times, like you said, she's on the record talking to the DA and I. That's why I'm asking if you have those emails, because if she's backtracking on that.

00:07:35 BADILLO

Obviously that could be an assistance for you in regards to whether you have a viable motion to withdraw your plea.

00:07:42 BADILLO

You know, we can go back and forth about this all the time, all day. The question is, what do you want to do? Are you going to file it on your own? Do you want to be appointed a public defender? What do you want to do?

00:07:46 EMERT

Right.

00:07:55 EMERT

Well, I I really what I'd like to do is you know the case, you know that I'm getting ****** over big.

00:08:02 EMERT

Time, and I mean it's just, I mean anybody would dispute that was looking at the evidence is is ludicrous and you know, it's as dumb and for people to say like, I'm unhinged, I listen a bunch of those calls. It's like I'm not unhinged. I'm, I'm a pisssed off dad. I mean, I'm almost died because of what I've been put through. And this is just ridiculous.

00:08:22 EMERT

So what I would like to do is I.

00:08:24 EMERT

I wish that I, you know, you're you're good at what you do. I know it. So I'm thinking that there's got to be a way to, you know, to work this out where you go to the DA and say, look, this guy is going to withdraw his plea. He's never going to give up and I won't give up. And when they, if they kick back my my withdrawal of my plea deal.

00:08:45 EMERT

I'm going to take you to the appellate court and I know it's going to take years, but I am not guilty of a felony. They ******* know it. And when that judge was.

00:08:54 BADILLO

Robert, we had this conversation many, many times.

00:08:59 BADILLO

And I explained to you and I was we were ready to go. Like I said, we and I told you from day one about, you know, the case with our issues are where we're going to litigate. And you know, you're saying it's a guaranteed victory. I said no, it's not. No. Case is a guarantee. So I don't know if you didn't like that or what.

00:09:19 BADILLO

The issue was, but I'm being brutally honest with you as to, you know, if you wanted to fight the case, I was willing to go to the map for.

00:09:27 BADILLO

But I also know that you were going through a lot. I also know that you wanted the case to end. I also know that you cared about your son and you didn't want to put him through it. Like I said, and we explained all the consequences to you, and we did it several times. I did it the night before in jail. We took a long time before we even entered this plea because I wanted.

00:09:47 BADILLO

To make sure this is something you really wanted to do.

00:09:51 BADILLO

Like I said, I understand what you're saying and your frustration with the system, but you can't talk about things in absolutes because they're not. They're not known. You said anyone. Look, they said they're going to overturn it. That's not true either. We just don't know the issue for you is whether you want to move forward. Because if we start saying, hey, you know what, he's looking to withdraw.

00:10:11 BADILLO

Please just say. Alright, let him try to.

00:10:13 BADILLO

You know, put it on counter. She's not going to agree to it.

00:10:16 EMERT

Right. Well, then I have to appeal it.

00:10:18

Was that?

00:10:20 EMERT

I can appeal it.

00:10:20 BADILLO

You know, I'm sorry.

00:10:22 EMERT

I can still appeal it and.

00:10:23 BADILLO

You could still appeal it, but what is that going to you think you're going to win on appeal?

00:10:29 EMERT

Well, when, with all the evidence, I mean, and this is what's what's kind of concerning to me is that even the judge looked like he was basically biased by basically saying I couldn't even. Basically, Bryce would not be able to testify that and the DA knew what Bryce was more than capable to testify. And then she said and she said that to bryce.

00:10:50 EMERT

I don't know if you  listened that recording yet.

00:10:52 BADILLO

Like I understand what you're saying with this like the those.

00:10:55 BADILLO

Are factual issue.

00:10:57 BADILLO

You know, we had the inclination from the judge as to what his ruling was. That's something that could have been readdressed later. The whole issue about bryce testifying, you know, all that could have been addressed because he hadn't ruled on that issue yet. So before we even raised that point like that, you made the decision to resolve the case.

00:11:01 EMERT

Right.

00:11:16 EMERT

Yeah, **under massive amounts of duress because at the same time I was saying, why aren't we doing a motion to Get Me Out on bail? Because we had the full transcript and the and the FBI guy even told me straight up I wasn't a threat, which he definitely gave that information to the DA and.**

00:11:33 EMERT

She sat on it.

00:11:35 BADILLO

But we don't.

00:11:35 BADILLO

Even have that?

00:11:36 EMERT

Well, I mean it's out there because there's, I mean, if there's a threat, OK, I I know what I did for like 2 1/2, three hours and he called me back and said, yeah, determine you want a threat, dude. And so I FOIA'd that. But you could subpoena him or subpoena that record, and we could have done that when it was completed. And that again.

00:11:55 EMERT

And I had that that would have been like, dude, let the guy out on bail. There's no criminal history. I mean, he doesn't even own a freaking gun.

00:12:02 EMERT

Then to keep me in there with that is is *** **** and clearly.

00:12:07 BADILLO

I agree with you on that partner in regards to you being not being allowed.

00:12:11 BADILLO

Out, I agree.

00:12:12 BADILLO

With that part of this.

00:12:13 EMERT

Thank you. Thank you because.

00:12:14 BADILLO

That's why that's why you see, you also see the motion we filed that I included in the packet I sent you all the letters and the motion we filed for the bail issue.

00:12:24 EMERT

Right. I mean the total it was of course and 90 days.

00:12:26 EMERT

In jail, dude, I.

00:12:27 EMERT

With a heart condition, my parents condition.

00:12:31 BADILLO

So OK, let's get back to what do you.

00:12:33 BADILLO

Want to do?

00:12:33 EMERT

Well, I want to withdraw it, and if there's anything because I'm not going to take a felony. I mean, I I didn't understand the ramifications of the felony because I just. That's not my life. I don't understand that kind of stuff.

00:12:44 BADILLO

OK, so if that's what you're arguing then like I said, you probably are going to need another lawyer. So I'm not saying that just to say it, I'm telling you, because if you're saying you did not understand the ramifications of a felony, that's something that's gonna have to be litigated.

00:13:02 EMERT

Yeah, well, what about Andrea's backpedaling?

00:13:03 BADILLO

And that's what you're saying, because in essence, what you're saying is that I did not advise you properly.

00:13:11 EMERT

Yeah, it it all. I mean, I was out of, I mean again I had COVID, OK, so I was, I mean, and I can prove that. So the fact that I was sick with COVID and 90 days in jail, nobody's going to be thinking that straight.

00:13:24 EMERT

You know what I mean? I mean, it was.

00:13:25 BADILLO

One. OK, let's go back like this. The things you're saying in regards to.

00:13:31 BADILLO

You know not understanding properly because that's.

00:13:36 BADILLO

That's going to be have to be litigated, whether they're going to call me as a witness or what have you. Because usually with these type of situations, when someone is withdrawing plea on those type of grounds, there's going to have to be another lawyer involved.

00:13:53 EMERT

I won't even be able to get my licensing back.

00:13:57 EMERT

I mean, that's a big deal right there. I have licensing and mortgage lending and real estate. Oh, that's not going to. That's not going to ******* happen.

00:14:05 EMERT

And you know, so and that definitely wasn't talked about, so you know.

00:14:09 BADILLO

Yes it was, we went over that with you

00:14:10 BADILLO

Plea agreement.

00:14:14 EMERT

Yeah, OK. Well, I don't. I don't remember that, but again, but if you, but if you have, if you have ideas like for example Andrea backpeddling like for example when I said I'm doing this for Bryce because I was trying to get out do this for Bryce and you know I was trying to help Bryce and now it's basically worse and he's begging.

00:14:33 EMERT

Everybody for help and nobody's ******* helping them.

00:14:37 EMERT

And it's just it basically just kills me and every there's no way that anybody doesn't listen to voice recordings and what he's basically the investigative guy that I read that report from that guy, anybody that the guy that Bryce is crying for help and that DA could do all this *** ****.

00:14:57 BADILLO

He doesn't wanna be with her.

00:14:58 EMERT

Yeah, I mean and I, I mean, I'm an educated, smart, kind person. Why? Why would you know? I mean, it's just this whole thing is is ridiculous. And for the DA to act, you know, for them to say that he that that the judge was saying I'm not gonna allow any of that information in. And I'm like, I'm reading up on legal necessity. Well, clearly that's bias from the judge right there.

00:15:19 EMERT

Like like like.

00:15:21 BADILLO

Like the the legal necessity is a whole different issue. Like say you could call them bias. It's an incorrect ruling. You know, I we would still readdress it because I.

00:15:31 BADILLO

Think it was.

00:15:31 BADILLO

Still relevant. Like I said, there's a lot of things that.

00:15:36 BADILLO

Because you resolved the case, we're not presented, we can't go back and say, hey, this is the merits of the case you if you want to withdraw your plea, you have to concentrate on what issues are targeted to that issue. So that's what I need.

00:15:50 Speaker 2

Your help with.

00:15:50 EMERT

Because again, I don't. I don't, I mean.

00:15:51 EMERT

There's there's so many.

00:15:52 EMERT

Issues to choose from I'm like.

00:15:54 BADILLO

I'm telling you is.

00:15:58 BADILLO

If you're alleging certain things about not understanding fully the consequences of your plea, in essence you're saying you were not properly advised or did not understand them, which in essence is attacking or saying that I did something wrong. I cannot go in there and.

00:16:16 BADILLO

Be a witness and an attorney in the case at the same time.

00:16:20 EMERT

What? Well, there's other issues that we can bring up, which is I was.

00:16:24 EMERT

Sick with COVID.

00:16:28 EMERT

The duress under, you know, help trying to get out to basically help Bryce.

00:16:33 BADILLO

Why don't you do this?

00:16:35 BADILLO

**Forward me the e-mail you had with Andrea in regards to the issue that you were talking about about her backpedaling**

00:16:43 EMERT

Yeah, yeah. Now I'll send them right over to you. And she basically says.

00:16:46 EMERT

In a nutshell.

00:16:46 BADILLO

We're targeting those issues and we can see what we're going to do.

00:16:50 EMERT

OK. Because then the deal basically was like it says the default to family court and it's is it in the?

00:16:55 BADILLO

But also the thing with that is I'm.

00:16:58 BADILLO

**Sorry, the DA knows.**

00:17:00 BADILLO

**That you resolved the case based on the conversation she and I had with andrea.**

00:17:08 EMERT

OK. So you think that would?

00:17:09 BADILLO

**so if she is backpeddling on that and not agreeing to that, that could be an issue that can be**

**raised.** 00:17:14 EMERT

So that so yeah. So again, if we could work something out there because andrea said she's going to send over something, but what she's basically saying is that I need to drop everything, and she's going to keep what she's going to do is keep moving the goal posts.

00:17:31 EMERT

That's the best way to put it.

00:17:32 BADILLO

OK, just send it to me so.

00:17:33 BADILLO

I can take a look at it.

00:17:34 EMERT

OK.

00:17:35 BADILLO

And then we'll chat.

00:17:36 SEMERT

OK. And then again, I I just you know the case and I know you're good at what you do and so there's some things we can just agree to disagree on there, if you know what I mean, if if if you think we can get something done, but I know that I picked off the wrong people and they want to ******* squish me and it's it's not, it's I. You know, I'm not going down.

00:17:57 EMERT

Like that? I'd rather ******* die.

00:17:59 Speaker 2

You know what I mean? It's not OK, but they're trying to do to me and I don't deserve this. And you know that DA it it it. She should basically make it a misdemeanor. She ******* knows it because I don't think I'm guilty of a misdemeanor, but a felony for being a good dad. And I was transparent with the DA's office the entire time. That Penal Code doesn't even *******.

00:18:20 EMERT

Why let me with the with the exceptions? I know we've talked about that before, but I mean it's just, I mean there's no way that I think they were going to ever get a jury to convict me. And I was just so beat down after 90 days that again, I mean, I didn't understand ****. And is it my fault? I don't know. Is it your fault? I I really don't know.

00:18:40 EMERT

All I know is I didn't ******* get it and I was ******* coerced for 90 days in jail to to squeeze, to squeeze.

00:18:48 EMERT

For that, for that. For what exactly? What they wanted, I mean.

00:18:51 BADILLO

OK. Well, like you said, send me.

00:18:53 BADILLO

The e-mail so we could.

00:18:54 BADILLO

Take a look at it, then we can chat.

00:18:56 EMERT

OK. And then how does that work out, let's say?

00:18:58 EMERT

Hypothetically, you know you.

00:19:00 EMERT

Say, OK, well, it's probably not going to.

00:19:01 EMERT

Workout with us, you know, as again as.

00:19:05 BADILLO

Then, if you wanted the public defender, then when we go into court, I would ask for one to be appointed.

00:19:11 EMERT

If it wouldn't, we have to do that before Monday.

00:19:14 BADILLO

No, because like I said, if you're they're not going to appoint someone before the hearing, it would have to be at the hearing. So if I go in there and say that you're looking to file a motion with all your plea and you need to be appointed counsel, they'll do that. They're required to do that, and then they'll set a new.

00:19:31 BADILLO

Motion and sentencing day.

00:19:33 EMERT

OK. Because I mean, here's another thing is I I I got a good vibe for you. I know you're a good person, but I also know the system and you know, I know you don't even say it. You know, I know, you know the system, and there's something really, really wrong with what? What they what they've done to me and maybe I should have. Maybe I should have not popped off and tell people their dog shit.

00:19:53 EMERT

Even though they are dogs, ****, they you know is if it is what it is, you know and you know.

00:19:58 BADILLO

Gotta deal with it now.

00:20:00 EMERT

Yeah, and it, but it yeah, to deal with it and but also it's.

00:20:03 EMERT

Like I mean.

00:20:05 EMERT It's just it's

beyond. 00:20:07 EMERT


I just. I'm I'm. I'm just coming to flabbergasted like that. The DA looks at it, and she's probably just being told what to do. And but she there's no way that she doesn't see what's going on and to bury me like this. It's it's just. I mean, I don't. I mean, I think it's really just disgusting. I really do. And you know, maybe I'm going overgrown Boy Scout.

00:20:26 EMERT

And at heart, and you know.

00:20:28 EMERT

I expect you know too much from people, but you know, I don't know if you know when I send these emails, go back to her and say, look, this is that wasn't part of the deal. He did under duress because he's tried out for Bryce and now and now she's backpedaling on the  deal.

00:20:43 BADILLO

Yeah. So like I said, send me the e-mail so I could take a look at them and then we can chat and.

00:20:48 EMERT

Decide what we're going to do, OK. And then on the down on the downside. Let's say hypothetically, Monday we, you know I I we swap out, we do the substitution.

00:21:00 EMERT

What? What's the kind of the the downside of that? The downside?

00:21:05 BADILLO

So like I said, they could ask.

00:21:06 BADILLO

For you to be remanded.

00:21:08 EMERT

Back in jail. Correct. Right. And they probably will.

00:21:12 BADILLO

That's the only thing that can happen. The judge, if you're asking for someone to look at withdrawal of plea, the judge cannot move forward with sentencing. So that's not going to be the issue. The the case will get continued no matter what. The only issue is whether they're going to try to remand you into custody.

00:21:30 EMERT

Right and again, but I, but I and I'm sure they will and I would actually expect that judge to probably throw me back in jail and that's if that's what happens. That's what happens but and and I'll take and I'll you know I'll take that lump but the but it's not right and I know you know it's not right you know but.

00:21:48 BADILLO

I know that that right.

00:21:50 EMERT

I mean, I just you know, with, with the evidence that that that they never should have been in there like that.

00:21:55 EMERT

And they they know it.

00:21:56 BADILLO

Like I said, send me the emails then we can reassess.

00:21:59 BADILLO

What we're going to do.

00:22:00 EMERT

OK, alright, thanks. Alright, bye bye.

F.      05/03/23 TRANSCRIBED CALL BETWEEN ROB EMERT AND JOSE BADILLO

**This is a call transcribed between Rob Emert and Jose Badillo on 05/03/23**

There is a link to the full audio file below.

At time stamp 2:06; Jose Badillo clearly references the plea deal that was welched on.  At this time stamp, Badillo says that he thinks DDA Balario will follow up with Andrea Schuck to make sure she is not backing out of the deal based on the conversation that he and DDA Balerio had with her.

00:02:06 {Jose Badillo}

sHe would be willing.

00:02:06 {Badillo}

To, you know, talk to Andrea again to make sure that she's on the same page and not backing out based on the.

00:02:14 {Badillo}

Conversation that we have with her.

00:02:16 {Badillo}

And they you, she has told you that.

00:02:19 {Badillo}

You know, they were going to propose something and provide that to you, which they haven't done so yet, right?

**This is another excerpt from the transcribed phone call on 05/03/2... tween Badillo and Emert.**

In this excerpt, Badillo is indicating that because Schuck is working on the deal that was discussed between Schuck, Badillo and DDA Balerio as part of the plea agreement, Badillo is going to ask DDA Balerio for a continuance until the deal can be finalized.

It is important to note that Jose Badillo, attorney for Rob Emert, clearly never put this plea agreement in writing which is ineffective counsel at best. In one of the other transcribed audio calls, you can clearly hear Rob Emert asking for the plea agreement that he never received and now parties are claiming no deal like this was ever discussed. Between all the transcribed calls between Rob Emert and Badillo; between Rob Emert and Andrea Schuck, it is clear to any reasonable person that some deal regarding custody was part of the plea agreement and there for Rob Eemrt should be able to withdrawal his coerced plea agreement under the threat of not getting out of jail after 90 days of illegal incarceration.

That she told you.

00:13:00 {Badillo}

That they were going to her.

00:13:01 {Badillo}

Lawyers were going to draft something and propose it to you, correct?

00:13:07 {Badillo}

And you have not received that yet.

00:13:09 {Emert}

Correct. And it and what it seems like when I first spoke with her, it was going to be done, you know, pretty quickly, you know.

00:13:17 {Badillo}

That's why I'm saying.

00:13:19 {Badillo}

The other option is I can contact the DA and say we're going to be requesting a continuance.

00:13:27 {Badillo}

Of the.

00:13:29 {Badillo}

Sentencing so that that agreement can be finalized before you're sentenced.

## Audio file

050323 13 7 and 50 marks badillo.mp3

**Speaker 1 Rob Emert**

**Speaker 2 Jose Badillo**

## Transcript

00:00:08 Speaker 1

Hello, what's going on?

00:00:11 Speaker 1

Nada. So hey, I want to run something by you. Thanks for picking up. So again, ideally, I mean, I'm. I'm gonna on Tuesday. You know. Of course you know, withdraw my plea and I'm working on that motion and then you know, give it to you. So you can kind of read it and all that kind of stuff.

00:00:26 Speaker 1

But again, what I'd rather do is come to some kind of an agreement and move on, but I don't think they're going to do it and that's the bummer part. It's because, you know, I just, I can't have that felony on there. I won't be able to get ******* licensing. And there's bunch of other problems and, you know, and it's just not fair. It's.

00:00:45 EMERT

Not right. I'll leave it at that.

00:00:46 EMERT

But if you think that Andrea is going to do what she said she's going to do.

00:00:53 EMERT

And she's going to come up with an agreement where, you know, you know, like she told me the first day said, no, Bryce is going to live with you and he'll be at school with me and we'll get through. This sounds like great, fantastic. And and then she started backpedaling, saying, well, and, you know, kind of that ****.

00:01:07 EMERT

That I I sent over to you. So clearly she has no intention of honoring the agreement and she's going to keep moving the goal posts.

00:01:15 EMERT

Which again isn't part of, wasn't part of the deal.

00:01:19 EMERT

So I don't know if you think could you maybe you know get a couple days extra you know push out the Tuesday and you know give us like two or three days where basically you and the prosecutor can work with Andrea to try to come up with some deal where what he's kind of happy and I get a misdemeanor.

00:01:41 EMERT

I mean that's that. I think that's fair because I as far as I'm concerned, I didn't do anything wrong and I'm willing to go to trial and appeal it for the next ******* two years to say I'm right. But I'd rather say I'm, you know, a a take a deal just.

00:01:57 EMERT

To make this go away.

00:01:59 EMERT

You know, what do you think?

00:02:01 {Jose Badillo}

Like I said I doubt the DA is going to do that. Like I said, I'm sure.

00:02:06 {Jose Badillo}

sHe would be willing.

00:02:06 {Badillo}

To, you know, talk to Andrea again to make sure that she's on the same page and not backing out based on the.

00:02:14 {Badillo}

Conversation that we have with her.

00:02:16 {Badillo}

And they you, she has told you that.

00:02:19 {Badillo}

You know, they were going to propose something and provide that to you, which they haven't done so yet, right?

00:02:26 EMERT

Yeah. So again, I mean, when you look at those emails that I sent over to you, you know, from Andrea what she's going to do and this is just how she rolls, I I know, you know, I know what she's going to do. She's going to keep pushing it out. And I have, like, my appellate brief. Do I have two motions within the family court? And I have the federal case.

00:02:46 EMERT

I'm working on a federal injunction, you know, to to just to pause all of this crap, you know, uh, for, you know, all the reasons that, you know, I've told you about. So there's a lot of stuff I can do and I'm working.

00:02:58 EMERT

On it. But again, I really don't want to.

00:03:01 EMERT

And it's just that, you know, so, you know, I hope she just comes to the table with clean hands and basically says, yeah, let's let's look at a view for the best interest of bryce. But she she's not going to do it. Basically, she wants me. She's running the clock out on me to will I come up against my deadlines on my appellate case and all that stuff because.

00:03:22 EMERT

If I if I if I get a decent judge, which is very possible in the appellate court and they look at this, they're gonna be.

00:03:27 EMERT

Like, Oh my gosh, there's no way.

00:03:30 EMERT

That they're not going to stay those orders. And if they stay those orders, that's going to have repercussions on the criminal case because if they stay the orders now and I go back to Criminal Court, they're going to be like, yeah, so we have to undo this because we do them in jail based on orders that are now stayed.

00:03:49 EMERT

And that's on the DA because the DA told me that they were going to wait for final rulings.

00:03:55 EMERT

On the family court and the appellate court before they ******* took me in jail. So again, there's such a mess here. And I know I've told you this a bunch of times, but it just kind of blows me away. I maybe I rambled too much about it, but just so that you're clear on this part, I think you are basically in the family court. It is, you know, 5050.

00:04:16 EMERT

For two years.

00:04:17 EMERT

And then that Commissioner came in that took all my rights away with a supervising judge, his friends, with my ex-wife. Right. So then, you know, and she, uh, she passed on my peremptory challenge and a bunch of other just crazy ****. So I went to the presiding judge and said, hey, look, got a problem here. Need some help and.

00:04:37 EMERT

I had the heart attack right? So I said, hey, look, I need a continuance or, you know, a remote hearings because the heart attack and the COVID and ****. And she she's like, no.

00:04:48 EMERT

So I mean, court protocol dictate that I get a continuance or a, you know, or remote hearings given that scenario. And she basically just said no and railroaded through her orders. Now for the.

00:05:01 EMERT

You know, so.

00:05:03 EMERT

For the for the DA to not take that into consideration and for the judge to basically say that that's not relevant. I mean, Oh my gosh, I mean, come on. I mean that's.

| 00:05:14 | | EMERT | | 1 |
|---|---|---|---|---|
| Just | that | | just | stinks. |

00:05:16 EMERT

Of you know, whatever. I mean, it's just it's beyond stinky.

00:05:22 EMERT

And I you know, again, I appreciate the spot you're in. You know, I get it and I won't make you say it, but you know, I I know where you're at, so, but you know, I'm a good guy and you there's got to be something you can.

00:05:33 EMERT

Do to you know to push back at these knuckleheads and to basically say, look, this guy has a lot of options and you better hope he doesn't get a national.

00:05:43 EMERT

You know, firm to pick this thing up on contingency. You know what I mean? Because if I do and I'm working on it, you know, you know, they're going to get pummeled and they know it, and that's why they're trying to, you know, squeeze me so hard is for me to go away. I think what they're going to probably do.

00:06:00 EMERT

Is like I said in my text message to you, they gonna probably throw me back in jail on Tuesday. And again, there's no. There's no reason they could possibly give at this point.

00:06:11 EMERT

UM.

00:06:13 EMERT

You know, because the you know, like I asked you that question. The the judge threw out

the. 00:06:19 EMERT

The so-called threat.

00:06:20 BADILLO

Yeah. But like I said about that, he was not going to allow it to be presented at trial. But the judge can still consider that in regards to.

00:06:31 BADILLO

The bail issue.

00:06:33 BADILLO

It's not completely like it never happened. It's not like he's saying that it's not relevant.

00:06:38 EMERT

But they're not, they're not even charging me with it.

00:06:39 EMERT

Not even charging me with it if it was relevant, they would.

00:06:42 EMERT

******* charge me with it.

00:06:44 BADILLO

Not necessarily. That's not true either.

00:06:47 BADILLO

I agree with you that you were never charged with it. That's an argument that we made and can continue to make. But in regards to the judge not allowing A pretrial, which is the correct call.

00:06:58 BADILLO

Does not mean that he cannot consider it.

00:07:00 BADILLO

For a bail.

00:07:03 EMERT

Did you call the FBI or get the because you know the DA has the report? I mean, there's no

way. 00:07:10 EMERT

They don't have that report.

00:07:13 EMERT

I mean, they're sitting on exculpatory evidence right there. I mean, there's no way they don't have the report because they're the ones that basically, you know, was working with the FBI. And I met with that guy for three hours and he told me straight up, I'm not a threat. So the DA has that report.

00:07:28 EMERT

And that they're.

00:07:29 EMERT

Withholding it, you know they to have it.

00:07:31 EMERT

And you, you filed, you filed that paperwork that basically says they have to turn over everything, including exculpatory evidence. I don't know. It's called, but there's a form for that. And I think you said you filed it right.

00:07:43 BADILLO

Right. You saw the file I sent you.

00:07:45 Speaker 1

Yeah. No, I'm sure. Yeah. I didn't say. Yeah, that's fine. But I'll take a look for it. But so my question to.

00:07:50 EMERT

You is is that you know.

00:07:53 EMERT

That they're sitting on that it's impossible for them to not be sitting on that.

00:07:57 EMERT

And for them not to give that to us.

00:08:01 EMERT

Is that's like, that's the rules for like. I mean, holding exculpatory evidence. I mean, that's a big deal. I would, I would guess. I mean, I'm not a lawyer, but I would guess it's a pretty big deal. So if you even asked them for that.

00:08:14 BADILLO

Yeah, I talked to them at the.

00:08:15 BADILLO

Beginning of the case, because that was one.

00:08:17 BADILLO

Of the issues.

00:08:18 EMERT

So what do they what do they say?

00:08:19 EMERT

They say they don't. They still don't.

00:08:22 BADILLO

They've turned over everything they have.

00:08:26 EMERT

Have you tried to get it from that? From the uh from link? Because you know they have it. I.

00:08:31 EMERT

Mean. It's like, come on, give me a break.

00:08:31 BADILLO

I don't know.

00:08:32 BADILLO

If they have, but I don't know if every part was ever generated like it said as you just indicated, DA's office is obligated to turn over all that evidence.

00:08:44 BADILLO

Like think you can say there's a report.

00:08:47 BADILLO

Like that, we don't know if there is one. We don't have the evidence. There is one, but we don't

know. 00:08:52 BADILLO

If the one exists. If it did exist, it did if.

00:08:54 EMERT

If the call goes in, come on, that's common sense.

00:08:57 EMERT

If if a.

00:08:57 EMERT

Call goes into the national call center. The FBI the DA is trying to claim that there was a threat made, and I actually met with the guy for three hours and they're going to try to say, I mean, that's a strained their ******* credibility to to the maximum. They say that there wasn't actually an investigation.

00:09:13 EMERT

That was done.

00:09:15 EMERT

You know, I'm saying to mean there's no way that something wasn't generated to say. Yeah, we looked into it. And yes, he's a crazy man or no, he's fine. And he told me straight up and I'm fine and so. And that's exculpatory Evidence they're sitting on. And what I'm thinking about doing is that it's probably not a good idea, but.

00:09:35 EMERT

You know if if the way things are going and how they're sitting on that evidence.

00:09:41 EMERT

And they're not, you know, and the judge isn't even looking at putting this thing in the larger picture, where I reached out to the DA a year in advance with all of these complaints.

00:09:53 BADILLO

Where like I said, it's.

00:09:55

We can't, we.

00:09:56 BADILLO

Keep going. I understand what you're saying. I understand what your position is on the case. The issue is, what are we going to do for Tuesday? Like I said, you're you said you're working on the motion. Is that something you're going to file in pro per? Or do you want me to request you to be appointed counsel? What you want to do?

00:10:15 BADILLO

Because from all the text messages you're sending me, like I said, a lot of it. Like I said, there's information that things you want to address in the motion, which I cannot address because I was the attorney of records in regards to advising you in regards to the plea agreement. And you're saying you didn't completely understand that, so.

00:10:35 BADILLO

Obviously, someone's gonna have to come in and litigate that issue and I can't move because in essence, like you said, you're saying that I did not properly advise you.

00:10:44 EMERT

I mean well.

00:10:47 EMERT

There's there's ways, I mean, again, because I I just think you and I should agree to disagree on a couple of things, but.

00:10:54 EMERT

That the the main issue is that I was sick with COVID. That's a big deal, OK? And I can prove it. CVS report, I think.

00:11:02 EMERT

I sent that.

00:11:02 EMERT

Over to you, I had COVID so that covers a lot.

00:11:05 BADILLO

That in itself does not.

00:11:09 BADILLO

Say that the.

00:11:10 BADILLO

Duress was involved.

00:11:11 BADILLO

There has to be more than that, OK?

00:11:14 BADILLO

People that have been in custody that suffered from COVID have COVID to take plea agreement. They sign their plea agreement and understand.

00:11:23 BADILLO

Like this? That's why I'm saying that. That's why it's definitely an issue in regards to you putting out in the next sense it's saying that.

00:11:34 BADILLO

You should not have pled and I.

00:11:36 BADILLO

Let you  plea

00:11:39 BADILLO

So in essence.

00:11:39 BADILLO

Like I said, you're saying that you did not completely understand it, and you're correct.

00:11:46 EMERT

Well, that that's one aspect of it, absolutely. But I was. I was.

00:11:49 BADILLO

I know, but you see, I know it's only one aspect, but you see raising that so.

00:11:56 BADILLO

Like that.

00:12:00 BADILLO

Like you weren't, it seems like for certain going to want to withdraw your plea. So based on the information you're giving me.

00:12:07 BADILLO

We either have to ask for appointed counsel. You have to retain counsel or you're.

00:12:13 BADILLO

Going to do it yourself.

00:12:17 EMERT

OK. Well, and that's why I was hoping maybe you could squeeze us another couple of days while we try to work with Andrea on some kind of a deal, because I can look at a deal that's great and we all move on you.

00:12:30 EMERT

Know what mean?

00:12:30 BADILLO

I can contact the DA and say, you know what?

00:12:38 EMERT

Say that again.

00:12:41 BADILLO

We want to continue to make sure that.

00:12:47 EMERT

You kind of broke up on that, but I'm thinking you said something along the lines. Could you get a small continuance because we'll work because we're working on a deal, basically. Is that kind of what you said?

00:12:57 {badillo}

Yeah, because you indicated to me.

00:12:59 {badillo}

That she told you.

00:13:00 {Badillo}

That they were going to her.

00:13:01 {Badillo}

Lawyers were going to draft something and propose it to you, correct?

00:13:07 {Badillo}

And you have not received that yet.

00:13:09 {Emert}

Correct. And it and what it seems like when I first spoke with her, it was going to be done, you know, pretty quickly, you know.

00:13:17 {Badillo}

That's why I'm saying.

00:13:19 {Badillo}

The other option is I can contact the DA and say we're going to be requesting a continuance.

00:13:27 {Badillo}

Of the.

00:13:29 {Badillo}

Sentencing so that that agreement can be finalized before you're sentenced.

00:13:35 EMERT

That sounds great because again, I really, yeah.

00:13:39 BADILLO

OK, let's. OK, let's start off with that. I'm going to contact the DA and then I'll let you

know. 00:13:45 EMERT

OK, because again, my my health dude, it's not well and I'm going to ******* croak.

00:13:49 BADILLO

Like I said, you know you don't need the stress in your life, man.

00:13:52 BADILLO

It's like you're putting yourself in a tight place. You're gonna have another heart attack.

00:13:56 EMERT

No, I will. And I'm not well. I'm dizzy. And that's where that's what.

00:14:00 EMERT

Happened. You know when?

00:14:04 BADILLO

There's a way to do things, so let me talk to you.

00:14:07 EMERT

Thanks man.

G.     04/18/23 EMAIL BETWEEN ROB EMERT AND ANDREA SCHUCK
WHERE Andrea Schuck WANTED TO ALTER THE PLEA AGREEMENT
WITHOUT PUTTING ANYTHING IN WRITTING.

**From: Rob Emert <robemert@msn.com>**
**Sent: Tuesday, April 18, 2023 8:30 PM**
**To: Andrea Schuck <andrea.schuck@carlsbadusd.net>**
**Subject: Re: Working on it**

Andrea,

I look forward to an agreement.

You need to set Bryce free.  If you love someone, you need to set them free.

Bryce's health and education has always done fantastic under my watch.

Please end this before things get worse for Bryce.

Please 🙏

**From: Andrea Schuck <andrea.schuck@carlsbadusd.net>**
**Sent: Tuesday, April 18, 2023, 8:09 PM**
**To: Rob Emert <robemert@msn.com>**
**Subject: Working on it**

Rob,

I am working on an an offer. We will then present you  the offer and if you agree we will make court date, we can't just go in on the May 18th hearing and present this.  That is not how it works, we can only talk about the motion that you have before the court. It will be a different court date for a settlement agreement. I am willing to work with you, so please drop the other cases and let's get this going. Please do not respond to this email with anything other that court related matters. I want to keep communication open but focused. Please don't hassle me and tell me how miserable Bryce is. I told you my focus is on his health and education. So it would really be the best for Bryce to focus on school and not court Please ask your mom to NOT answer his calls during school hours. I will be in touch with offer.

Regards,
Andrea
Ms. Andrea Schuck
3557 Monroe Avenue
Carlsbad, CA. 92008
(760) 331-5764

**From: Andrea Schuck <andrea.schuck@carlsbadusd.net>**
**Sent: Thursday, May 18, 2023 1:05 PM**
**To: Rob Emert <robemert@msn.com>**
**Cc: Dave Schulman <dschulman@msmfamilylaw.com>; Linda Hansen**
**<lhansen@msmfamilylaw.com>; Sarah Bear <sbear@msmfamilylaw.com>; Kelley Castillo**
**<kcastillo@msmfamilylaw.com>; Balerio, Franciesca <Franciesca.Balerio@sdcda.org>; Peter**
**Schluederberg <peter@pqslaw.com>; Linda <lindalaw@juno.com>**
**Subject: Negotiations**

Rob,

We are not in negotiations nor will we be until you do as I have requested and drop your other cases. At that point I will work with you for some shared physical (only) custody of Bryce, not Skylar. You don't get to tell me how this works,  I am telling you this is what I need to happen before I will negotiate at all.  You are the one who is dragging all of the frivolous  court matters out.  I want all of these court matters behind us. I am telling you how to make that happen.

I reiterated this to you on May 4th see below.

BELOW SENT MAY 4th
Rob,
I will not send an offer for shared  child custody change with Bryce until you drop the civil and appeal case. FULL STOP. I am willing to work with you after you drop those cases. Dropping those cases will NOT be written into an offer for shared custody of Bryce. You will need to show good faith and do that first.

Andrea

Ms. Andrea Schuck
3557 Monroe Avenue
Carlsbad, CA. 92008

VERIFICATION

IT IS HEREBY certified that the facts in the foregoing is true and correct under penalty of

perjury to the best of my knowledge and belief. Attachments to this are true and correct copies of

the items they purport to be.

Dated 01/01/24

By: _Rob Emert_

Robert Emert

2351 Vista Lago Terrace

Escondido California 92029

robemert@msn.com

(760) 612-9328


ELECTRONIC SERVICE

I, Glenda Emert, certify that on 01/01/24, I served the foregoing Federal lawsuit under 28 U.S.C.

§1331 and 42 U.S.C. §1983 electronically by email to the following: sdag.docketing@doj.ca.gov ;

franciesca.balerio@sdcda.org ; jbadillo_law@yahoo.com

da.appellate@sdcda.org ; Sandiegodaprop65@sdcda.org ;  aemert@carlsbadusd.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is

true and correct.

Dated: 01/01/24

_glenda emert_

Glenda Emert