ROBERT EMERT

2351 VISTA LAGO TERRACE

ESCONDIDO, CA 92029

760-612-9328

robemert@msn.com



**FILED**

JAN 1 0 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

## FEDERAL DISTRICT COURT OF SOUTHERN
## CALIFORNIA    '24CV0002 AGS AHG

**ROB EMERT**

           **Plaintiff**

**vs.**

**Andrea Schuck, Jose Badillo, Deputy**

**District Attorney Dawn Balerio**

**Defendants**

This is just a statement regarding a clerical error on the application to proceed in the Federal District Court of Southern California without prepaying fees. The form was initially submitted on 01/02/24 and is being resubmitted today 10/10/24 with the clerical error with reference to a 16 old removed. I am Robert Emert, the plaintiff of the lawsuit and the person on the corrected and following application. I am 54 years old.