### UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Robert EMERT,

    Plaintiff,

v.

Andrea SCHUCK, et al.,

    Defendants.



**Case No.: 24-cv-0002-AGS-AHG**

# NOTICE OF APPEAL

Notice is hereby given that Robert Emert, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order dismissing the complaint without leave to amend entered in this action on August 21, 2024.

This notice is being filed within the time allowed by Federal Rule of Appellate Procedure 4(a)(1)(A). The order being appealed was entered on August 21, 2024. Using the postmark date of August 22, 2024, and accounting for the additional three days allowed for service by mail under Federal Rule of Civil Procedure 6(d), the last day to file this appeal is September 23, 2024.

Appellant intends to appeal all aspects of the order dismissing the complaint without leave to amend, including but not limited to:

1. The dismissal of claims against all defendants;

2. The denial of leave to amend the complaint;

3. Any other rulings incorporated into or merged with the final order of dismissal.

Dated: 09/23/24

Respectfully submitted,

*Rob Emert*

Robert Emert, Plaintiff Pro Se

2351 Vista Lago Terrace, Escondido, CA 92029

760-612-9328

robemert@msn.com

**PROOF OF ELECTRONIC SERVICE**

I, Robert Emert, declare:

I am a citizen of the United States and a resident of the State of California. My address is 2351 Vista Lago Terrace, Escondido, CA 92029. I am over the age of 18.

On 09/23/24, I served the foregoing NOTICE OF APPEAL on the interested parties in this action by electronic service to:

Austin Uhler

austin.uhler@sdcounty.ca.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 09/23/24, at Escondido, California.

*Rob Emert*

Robert Emert

robemert@msn.com