

Office of the Clerk
# United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 24-5856 |
| Originating Case Number: | 3:24-cv-00002-AGS-AHG |
| Case Title: | Emert v. Schuck, et al. |

**Tuesday, November 5, 2024**
Robert Emert                                    Appeal Opening Brief (No Transcript Due)

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**